IN THE UNITED STATES DISTRICT COURT
FOR THE __CENTRAL__ DISTRICT OF ILLINOIS
__SPRINGFIELD__ ;DIVISION

FILED
OCT 0 6 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MR. WILLIE WYATT JR._____,
                    PLAINTIFF,

-VS-
ILLINOIS DEPARTMENT OF HUMAN SERVICES
et.al.

_____,
          DEFENDANT(S),

CASE #:_____

JURY DEMAND __Yes__

## PLAINTIFF'S COMPLAINT

This Complaint asserts a Civil Rights Action Pursuant to Title 42 of the United States Code, Section 1983 For violation of certain rights of the Plaintiff's Civil Rights as Guaranteed under the United States Constitution as well as Numerous Federal and State Codes and Statutes.

### I.  FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution, other Federal Laws and Pendent Jurisdiction of Civil Actions Arising under the Illinois Constitution and other State Statutes. All Claims are based in violation of Federally Secured Rights, Federal Questions, and in violation of the same or similar rights guaranteed additionally by the State Of Illinois.

### II.  THE PARTIES

1. THE PLAINTIFF(S): ILLINOIS DEPARTMENT OF HUMAN SERVICES
   CURRENT ADDRESS:  I.D.H.S.
   _____
   _____

2. **DEFENDANT #1:** Rushville Treatment and Detention Facility
   **JOB TITLE:** IDHS/TDF
   **CURRENT ADDRESS:** 17019 County Farm Road.
   Rushville, IL. 62681

3. **DEFENDANT #2:** Rushville City Post Office
   **JOB TITLE:** City P.O.
   **CURRENT ADDRESS:** Rushville
   Rushville, IL. 62681

4. **DEFENDANT #3:** Ms. Shara Miller
   **JOB TITLE:** Security Therapy Aid/Mail Staff Member
   **CURRENT ADDRESS:** 17019 County farm Road.
   Rushville, IL. 62681

5. **DEFENDANT #4:** Mrs. S. Demaree
   **JOB TITLE:** Rushville Mail Room Staff Member
   **CURRENT ADDRESS:** 17019 County Farm Road.
   Rushville, IL. 62681

6. **DEFENDANT #5:** Mrs. Holler
   **JOB TITLE:** Rushville Trust Fund Busness Office
   **CURRENT ADDRESS:** 17019 County Farm Road.
   Rushville, IL. 62681

7. **DEFENDANT #6:**
   **JOB TITLE:**
   **CURRENT ADDRESS:**

8. **DEFENDANT #7:**
   **JOB TITLE:**
   **CURRENT ADDRESS:**

For Additional Defendant(s) Provide the Information in the same format as above on a seperate page.

## III. LITIGATION HISTORY

A. Have you brought any other lawsuits in State or Federal Court dealing with the same facts involved in this case? YES ___  NO  X

   If Yes, Please Describe: ___N/A___

B. Have you brought any other lawsuits in Federal Courts while Incarcerated? YES  X   NO ___

C. If your answer to B is Yes, How Many? __1__ Describe the Lawsuit(s) Below:

1. Name of Case, Court And Docket Number: Willie Wyatt Jr. v Illinois Department of Human Services,et.al.   Case# 4:23-cv-04144-JBM

   Basic Claim Made: Medical Care Neglect
   Disposition(That is, How did the Case end? Was the case Dismissed? Was it Appealed? Is it still pending?) Ongoing

For Additional Cases, Provide the above information in the same format on a seperate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

   Prisoners must exhaust available Administrative Remedies before filing an Action in Federal Court about Prison Conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove axhaustion of Administrative remedies in the Complaint. However, Your case must be dismissed if the defendants show that you have not exhausted your Administrative Remedies, or lack of Exhaustion is clear from the complaint and it's Attachments. You may attach copies of materials relating to exhaustion, such as Grievances, Appeals, And official Responses These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a Grievance Procedure available at your Facility/Institution? YES  X   NO ___

B. Have you filed a Grievance concerning the facts relating to this complaint? YES  X   NO ___

If your answer is NO, Explain why not: ___

C. Is the Grievance Process Completed?: YES  X   NO ___

ANOTHER PEICE OF PAPER USING THE SAME OUTLINE)

A) NAME OF CASE AND DOCKET # : _____
_____
_____

B) APPROXIMATE DATE OF FILING LAWSUIT: _____

C) LIST ALL PLAINTIFF'S: _____
_____
_____
_____

D) LIST ALL DEFENDANT(S): _____
_____
_____
_____

E) COURT IN WHICH LAWSUIT WAS FILED: _____

F) JUDGE PRESIDING: _____

G) BASIC CLAIM MADE: _____

H) DEPOSITION OF THE CASE: _____

I) APPROXIMATE DATE OF DEPOSITION: _____

---

A) NAME OF CASE AND DOCKET #: _____N/A_____

B) APPROXIMATE DATE OF FILING LAWSUIT: ____N/A_____

C) LIST ALL PLAINTIFF(S): _____N/A_____
_____
_____
_____

D) LIST ALL DEFENDANT(S): _____N/A_____
_____
_____
_____

E) COURT IN WHICH LAWSUIT WAS FILED: _____

F) JUDGE PRESIDING: _____

G) BASIC CLAIM MADE: _____

H) DEPOSITION OF THE CASE: _____

I) APPROXIMATE DATE OF DEPOSITION: _____

3-A

## V. STATEMENT OF FACTS

Place(s) of the Occurrence: RUSHVILLE TREATMENT AND DETENTION FACILITY

Date(s) of the Occurrence: _____

State here briefly the **FACTS** that support your case. Describe what each Defendant did to Violate your Federal Rights. You do not need to give any Legal Arguements or cite Cases or Statutes. Number Each Claim in a seperate Paragraph. Unrelated Claims should be raised in a seperate Civil Action.

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** Federal Rule Of Civil Procedure 8(a) requires only a "SHORT AND PLAIN STATEMENT" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including Dates, Places, And Names.

I Willie Wyatt Jr.are Fileing this Complanit Form Toady Because Illinois Department of Human Services, Rushville Treatment and Detention Facility, Rushville City Post Office and The Security Therapy Aid Name:Ms.Shara Miller, Have been Violateing my 1st Amendment Rights to the Freedom of Speech to my Legislatures of my Elected Officials to Share my Questions,and Concerns with them. I have Mail Out Over 500+Letters and Haven't Received a Reply for Over 2 Months.These Mail Out Letters have cost me $400.oo, For Mail Postage + Page Copies of my Personal Letter to Legislatures.The Illinois Department of Human Services, will Blame Rushville Treatment and Detention Facility,they will Blame Rushville City Post Office Department,and They will Blame Rushville TDF that has Now Appointed the Security Therapy Aid/ Mail Staff Member name:Ms.Shara Miller,who is Not Qualified to handle the Resident's Personal Mail or Legal Mail. This have Created Suspicious Conduct of Staff Mail Tampering to Discourage, and Deprive me from Contacting my Federal,State,and Local Elected Official.These are not Allegations,I have 9 Witnesses,and Proof Evidence to File this Lawsuit Against These Defendant's The Illinois Department of Human Services,Rushville Treatment and Detention Facility,Rushville City Post Office,and Ms.Shara Miller They have Violated my 1st Amendment of my Freedom of Speech,and Deprived me from Contacting my Elected Officials and There has to be some Accountability for Charging me Money for all the Postage Exhibit#1, Photocopies Charging Exhibit#2, Envelopes Cost,and For the Ongoing Discouragement of Not Receving any Responses from Over 500+Letters to my Elected Officials Due Mail Tampering to Suppress and Silence my Voice of Grievance, Questions and Concerns on Many Issues.There is No Reason to Shred,Demolish,and Deprive my Personal Mail or Legal Mail from my Attention being Mail Out and Never Arrived to those Appointed Destinations.

## RELIEF REQUESTED

(State what relief you want from the court.)

My Relief Requested is Urgent Termination of the Security Therapy Aid Name: Ms. Shara Miller of Employment at Rushville TDF/IDHS Facility. Also Compensation of $1.000.000. For The Violation of my 1st Amendment Rights, and Staff Mail Tampering...

JURY DEMAND   Yes [X]   No [ ]

Signed this __October__ day of __5th__, 20 __23__.

_Willie Wyatt Jr._
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| MR. WILLIE WYATT JR. | N/A |
| Address: 17019 County Farm Road. Rushville, IL. 62681 | Telephone Number: #(217)-322-3204 |

8