Willie Wyatt, Jr.
January 21, 2025

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
 2
 3   WILLIE WYATT, JR.,      )
                             )
 4              Plaintiff,   )
                             )
 5        -vs-               ) No.  23-4170
                             )
 6   SHARA MILLER,           )
                             )
 7              Defendant.   )
 8
 9
10        The deposition of WILLIE WYATT, JR.,
11   taken pursuant to the Rules of Civil Procedure for
12   the United States District Courts pertaining to
13   the taking of depositions, taken before Pamela S.
14   Morgan, a Certified Shorthand Reporter in the
15   State of Illinois, on January 21, 2025, at the
16   hour of 10:04 a.m. via Zoom Videoconferencing.
```

Page 2

```
 1   APPEARANCES REMOTELY:
 2   KWAME RAOUL, ATTORNEY GENERAL, STATE OF ILLINOIS
     BY:  MR. ZHERONG KANG
 3        ASSISTANT ATTORNEY GENERAL
     500 South Second Street
 4   Springfield, Illinois  62701
     (217) 557-0261
 5   Zherong.Kang@ilag.gov
     Appearing on behalf of the Defendant
 6
 7   MR. WILLIE WYATT, JR.
     Appearing Pro Se
```

Page 3

```
 1              I N D E X
 2   WITNESS                                    PAGE
 3   WILLIE WYATT, JR.
 4   EXAMINATION BY MR. KANG                      7
 5
 6
 7          E X H I B I T S
 8          (NO EXHIBITS MARKED)
```

Page 4

```
 1       (The witness was duly sworn.)
 2       MR. KANG:  Good morning, Mr. Wyatt.
 3       MR. WYATT:  I want to ask you a question.  I
 4   would like to get this postponed until I hear from
 5   the judge.  So that's what I filed in my motion,
 6   to get this postponed until I get a lawyer --
 7   until they give me a lawyer.  That's the motion.
 8       I filed two motions.  This one asks them
 9   to postpone this until they retain me a lawyer to
10   represent me.
11       MR. KANG:  Did you file a motion to amend the
12   scheduling order?
13       MR. WYATT:  Yes, I did.  I filed it right
14   here.  This is what it says right here, I filed
15   this, "Now come Plaintiff Willie Wyatt, Jr.,
16   appearing pro se and move that honorable court
17   with this motion, Willie Wyatt, Jr." -- hold on,
18   let me get this paper together, I have a bunch of
19   them together here.
20       MR. KANG:  Let me just ask you this, instead
21   of reading the whole thing, what discovery
22   deadline are you proposing?
23       MR. WYATT:  Well, I am asking that until the
24   judge get back with me so I could know something,
```

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179


Page 5

1  because on this here, I filed right here, okay,
2  let me get this so I can say this, if the judge
3  could get back to me at a later date, because I am
4  trying to get a lawyer to represent me.
5      MR. KANG:  So what specific date are you
6  proposing?
7      MR. WYATT:  Well, can I get like another 90
8  days or something?  Because I am trying to get a
9  representative to represent me for this.
10     MR. KANG:  Did you already file that motion?
11     MR. WYATT:  Yes, I just filed it, I got a
12 chance to file this today about maybe 9:00,
13 something like that.  I couldn't get it last week
14 because it was shut down, it was closed up.
15     MR. KANG:  Okay.  So are you going to take
16 your deposition today or are you refusing to give
17 deposition?
18     MR. WYATT:  No, I am asking for a continuance,
19 I am not denying it, I am asking for a continuance
20 for a later date so I can get back from the court
21 to get me representation so I can just have a
22 lawyer.
23     MR. KANG:  So here's the thing, because of
24 deposition we need to pay the court reporter, it's

Page 6

1  not free, so if you continued today's deposition,
2  there will be additional fee.  It's either
3  incurred by you or by me.
4      MR. WYATT:  Well, I am indigent, I don't have
5  no money because they don't pay us money here,
6  they pay us points, I don't have any money.  So, I
7  am trying to think about my best interest.
8      MR. KANG:  So if you lose this case in the
9  end, you will be responsible for the deposition
10 cost.
11     MR. WYATT:  Go ahead, I am listening.
12     MR. KANG:  So that's not dependent on whether
13 you have money or not, it will be your cost, there
14 will be a cost on you if you lose this case.
15     So to save cost for either you or us,
16 it's better to take the deposition today, to
17 answer the questions today.  If you want to have
18 something else afterwards, we can, you know, see
19 what else you want, or do you want to take another
20 deposition, or sign an affidavit to make any
21 corrections.
22     So if you refuse to give deposition
23 today, I will file a motion for sanction and
24 motion for dismissal of this case because as a

Page 7

1  party of this case you are obligated to answer
2  questions.
3      So do you want to continue with the
4  deposition today?
5      MR. WYATT:  Yes.
6      I've got a question to ask you.  Why am I
7  obligated to questions that you never sent me any
8  questions to let me know what questions you want
9  to ask me?  Because you could be asking me any
10 kind of questions that is against me.
11     MR. KANG:  That's the purpose of the
12 deposition.  And because you are the plaintiff of
13 this case, so you have the burden to move this
14 case along and you have to answer questions.
15     MR. WYATT:  I am willing to take it today.
16     MR. KANG:  You want to take it?
17     MR. WYATT:  Yes, I want to.
18     MR. KANG:  Okay.
19         WILLIE WYATT, JR.,
20 called as a witness herein, having been duly
21 sworn, was examined and testified as follows:
22         EXAMINATION
23 BY MR. KANG:
24     Q.  I will just start.

Page 8

1      So can you first just start by state and
2  spell your name, please?
3      **A.  My name is Willie Wyatt, Jr.  W-I-L-L-I-E**
4  **W-Y-A-T-T J-R.**
5      Q.  And have you used any other names before?
6      **A.  Only by my name Junior, that's it.**
7      Q.  Have you ever given a deposition before?
8      **A.  No.  No, I haven't.**
9      Q.  Just some ground rules, and I have
10 explained to you some of the rules and purposes of
11 the deposition.
12     First and most important one is that you
13 are under oath, and the court reporter just swore
14 you in, and everything is being written down by
15 the court reporter.  So everything you say has the
16 same effect as if you are testifying in the court.
17     **A.  I have a question to ask you.  So if we**
18 **are doing all this, why there's not a judge**
19 **present so I can talk to a judge, also?**
20     Q.  If you want to talk to a judge, you can
21 file motion for hearing for anything you want to
22 talk to, it's up to the judge whether to grant
23 that motion or not.
24     Today is a record -- so it's the same as



Page 9

1  if you are sending written questions to the
2  defendants, the defendants need to answer under
3  oath. This is just an oral question. So it's
4  easier to just ask questions and then you answer
5  those questions.
6      A.  I understand.
7      Q.  Okay. And also, because we have the
8  court reporter here, everything is being written
9  down. So please wait until I finish asking a
10 question before you give an answer so we don't
11 talk over each other. Also, when you are giving
12 an answer, I will wait until you finish before I
13 ask the next question.
14     A.  No problem.
15     Q.  And also, please give your answer only in
16 verbal words. So no body language, because those
17 won't be able to be captured by the court
18 reporter. So just say yes, no, and no body
19 language, head shake or head nodding, things like
20 that. Okay?
21     A.  I understand.
22     Q.  Okay. So is there anything that may
23 prevent you from testifying truthfully today?
24     A.  No.

Page 10

1      Q.  And are you currently on any medication
2  that may affect your memory?
3      A.  No.
4      Q.  So besides this lawsuit we are going to
5  talk about today, have you filed any other
6  lawsuits?
7      A.  Not against Miss Miller, no.
8      Q.  Any, so not just against Miss Miller, any
9  lawsuits at all?
10     A.  Well, I have one because I had a medical
11 problem with my knee, they refused to give me
12 medical for my knee, but then they ended up giving
13 me medical.
14     Q.  And was that in federal court or state
15 court?
16     A.  State court.
17     Q.  And which county was that?
18     A.  Central Court. I forgot what county it
19 was.
20     Q.  So some county in the Central Illinois
21 area?
22     A.  Yes.
23     Q.  And who is the defendant in that case?
24     A.  VHS Health Care Center here, it has to

Page 11

1  deal with Wexford here. I don't know exact. I
2  forgot. I didn't bring the paper with me because
3  I didn't figure we were going to be talking about
4  that.
5      Q.  And besides this one, did you file any
6  other cases?
7      A.  No.
8      Q.  And have you discussed with anyone about
9  your deposition today?
10     A.  I don't have representation. I am trying
11 to get representation, I am trying to get somebody
12 to represent. So I really don't have anybody to
13 talk to because we don't have anyone here really
14 to help us file this.
15     Q.  Okay. So you did not talk with anyone
16 about your deposition?
17     A.  No.
18     Q.  And did you write the complaint of this
19 lawsuit yourself?
20     A.  Yes, I did.
21     Q.  And then I know that -- so sometime last
22 year you sent me some affidavits, right?
23     A.  Yes.
24     Q.  Okay. So who is Donell Boleen? Let me

Page 12

1  spell this out. D-O-N-E-L-L. Last name is
2  B-O-L-E-E-N.
3      A.  Now that you mention it, yeah, he and a
4  few other guys part of this, they was -- was also
5  filing a suit against them, also, because their
6  mail was being kept, also.
7      Q.  And have you read Mr. Boleen's complaint?
8      A.  The only thing I know about that was I
9  was on the unit with him and we both send out
10 mails to different parts of places, and then they
11 was sent back and they were refused to be sent out
12 because they said due to lack of points. But I
13 produced evidence that I had points to send it
14 out, and my mail was claimed to be sent out, but
15 my points was tooken off.
16        Come to find out, my mail was being
17 thrown away because I haven't gotten response
18 back, other people were getting response back from
19 the same people I was writing to.
20     Q.  Okay. So did Mr. Boleen write the
21 complaint for you?
22     A.  No, he didn't.
23     Q.  And did you write Mr. Boleen's complaint
24 for him?

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179


Page 13

1  A. No, I didn't.
2  Q. So before your move into Rushville, were
3  you ever incarcerated by the Illinois Department
4  of Corrections?
5  A. I understand that. But what does that
6  have to do about this part of mail tampering?
7  What does that have to do with that? I am just
8  asking questions. Of course I was locked up, they
9  brought me here. But what does that have to do
10 with me filing this motion?
11 Q. So are you objecting to this question?
12 A. No, I am not objecting to it. They got
13 it on record. I was incarcerated, yes, I was. I
14 am just curious about why they trying to use my
15 background against me about me filing a motion
16 about mail tampering.
17 Q. That is admissible evidence under the
18 Federal Rules of Evidence.
19    So let me ask you this. Were you
20 convicted of any crime involving dishonesty for
21 more than one year?
22 A. Well, no, I wasn't.
23 Q. So where was -- when did you first came
24 to Rushville Treatment and Detention Center?

Page 14

1  A. 2021 of January, the 22nd.
2  Q. And so when you first came to Rushville,
3  were you provided a resident handbook?
4  A. Yes. Yes, I did. Yes, I was.
5  Q. Okay. And so, does the handbook say how
6  residents can send out mails?
7  A. They say as long as we have points in the
8  trust fund we can send mail out, legal mail,
9  regular mail, you know, stuff like that, yes.
10 Q. Okay. Does the handbook say all of the
11 outgoing mail must include your return address?
12 A. Yes. Yes, they do. Yes, they do.
13 Q. And do you always put your return address
14 on the envelope?
15 A. Yes, I do.
16 Q. So what are you -- so can you describe to
17 me what is the process that you have to do to send
18 the mail out?
19 A. Well, I write the letters, put my address
20 where I am sending it from and then the address
21 that I am sending it to, I put it in the post --
22 in the mailbox, and then it go to property to be
23 sent out, because they have to -- they have to
24 take it out of the trust fund to mail it out for

Page 15

1  you.
2  Q. So do you put the letter into the
3  mailbox?
4  A. Yes, I do.
5  Q. And after you put it in the mailbox, do
6  you need to do anything for it to be sent out?
7  A. No.
8  Q. So who is Shara Miller?
9  A. That is the STA that works here.
10 Q. So by STA, can you explain what that is?
11 A. She's part of the security team for
12 working here, but then they also change them from
13 security, put them into different other areas of
14 this building, they put them in the mailroom, they
15 put them all over the place. So really, I don't
16 know how they do that, but they do.
17 Q. And when did Shara Miller work at the
18 mailroom?
19 A. Well, this happened back in 2023, like
20 October, September and October of 2023.
21 Q. So everything we talk about today will be
22 in this time period, correct?
23 A. Yes.
24 Q. Okay. So in the complaint you say that

Page 16

1  Shara Miller interfered with your mail. Can you
2  just describe what did she do that interfered with
3  your mail?
4  A. She wouldn't send our mail out, it was
5  being tossed away.
6  Q. So she tossed your mail away?
7  A. Not only mine but numerous of people,
8  they was filing ATRs and grievance was filed about
9  the situation, and then come to find out that it
10 was happening to numerous of people, not just me,
11 but numerous other people, also. All the legal
12 work that was being filed and sent out was being
13 distracted and it wasn't being delivered.
14 Q. When did you -- first, did you see Shara
15 Miller toss your mail away?
16 A. I have no access to the mailroom.
17    There were numerous occasions also that
18 sent mail back to me, I sent out 50 letters at a
19 time, sent them back to me saying I didn't have
20 any points, and then I produced evidence that I
21 had points because I showed it to the staff, and
22 they call to the mailroom and say, yes, he do have
23 points. So why is there a problem sending my mail
24 out? Send it out. And also, send them back to me



Page 17
1  by bundles. So once I produced the evidence, they
2  had me resubmit mail to them and they claimed they
3  sent them out, but they never sent them out.
4    Q.  Okay. So that sounds like a different
5  point. Let me go back to you saying that she
6  tossed your mail away.
7        So how did you know that Shara Miller
8  tossed your mail away?
9    A.  Because the fact is when I was mailing
10 out letters to the same people that other people
11 was mailing theirs to, they were getting a
12 response back. And also the ones that was filing
13 complaints about the mail getting tossed away and
14 then it was brought to our attention that she was
15 handling the mail, and the mail was getting tossed
16 away.
17       So that way, numerous of people that was
18 working in the mailroom was quitting because with
19 us filing ATRs and grievances about it, so they
20 doesn't want to be involved in it, so they tried
21 to shift to different people in the mailroom.
22   Q.  So is it fair to say that the reason you
23 think she tossed your mail away is because some
24 people got response from the mail recipient and

Page 18
1  some did not get a response?
2    A.  I am not stating that. I am saying that
3  this actually happened because I had over a
4  thousand points and I am sending mail out, and
5  then she was sending paper back and saying I don't
6  have the funds, and I produced evidence that I
7  did, and I sent it back to her again because they
8  told me to resubmit them, and then they never got
9  sent out because I can't -- what I am saying is
10 she never sent them out, because I never got a
11 response back from the people that was sending
12 them out.
13       And then also, since I filed this
14 complaint, up to now there's letters been coming
15 back to me that I sent a long time ago and being
16 sent back -- never made it to the senders, I am
17 still getting back mail now from 2023 that I sent
18 out.
19   Q.  It sounds like there's two issues. One
20 is that you are saying that she tossed some mail
21 away, and then the other is that she never sent
22 those out. So I am asking about the tossing mail
23 away part. So I haven't got to the second part
24 yet.

Page 19
1    A.  Okay.
2    Q.  So what evidence do you have to show that
3  Miller tossed your mail away?
4    A.  What evidence do I have? The evidence I
5  have is that I send it out in bulk and never got a
6  response back. And other people, I send it to the
7  same people, and they telling me that I am sending
8  out too many mails to senators, governors to
9  petition for my freedom. So now once I start
10 doing that, my letters are not reaching the
11 destination that I am sending it to.
12   Q.  Okay. So because you did not get any
13 response, you are saying Shara Miller tossed your
14 mail away?
15   A.  A lot of my mail has been tossed away by
16 her.
17   Q.  Because you -- so because you did not
18 receive a response, is that the evidence?
19   A.  Not only that, but also the ones that
20 they did -- she did send back to me and I had to
21 resend them back, because I talked to somebody
22 over her and I proved to her that I did, and they
23 told me to resend it back. So it had numerous
24 problems with the mailroom once they put her in

Page 20
1  there.
2    Q.  So the second part of what you said,
3  although you have postage, Shara Miller gave some
4  of your mail back saying that you did not have
5  postage?
6    A.  Yes. And I produced evidence that I did
7  have postage, and they said we noticed that you
8  do. Now I will send it back and when I send it
9  back, for some reason my mail was still not sent
10 out because everybody that sent their mail out to
11 the same ones that I send them to was getting the
12 same response back except for three, four, that
13 their mail being tampered with.
14   Q.  So when did Shara Miller send your mail
15 back saying that you did not have enough postage?
16   A.  Well, I didn't bring that paper with me,
17 but I have it in the room back there. Let me see.
18 No, I don't have the date that she sent it back,
19 but I have the date for that paper.
20   Q.  So did you have a receipt saying that?
21   A.  What?
22   Q.  That you did not have postage?
23   A.  Insufficient funds, yes, I have to search
24 for that. That's why I am trying to get a later



Page 21

1  schedule so I can produce this evidence because I
2  had -- due to moving us around here, they decided
3  to pack my stuff up so I couldn't really get to
4  all the papers I need.
5      Q.  So, yes, once you find that, you need to
6  make a copy and send it to me.
7          So was it more than once?  Or how many
8  times did that happen?
9      A.  Numerous of times when I got mail.  There
10  was a time that I sent out 700 letters over time,
11  plus 750 letters that was sent back to me.  I sent
12  out another time approximately 500 letters and
13  those were sent back to me.  So there were
14  numerous of times.  The whole year of 2024, by
15  then my letters weren't coming, so I stopped
16  writing, what's the purpose of me sending letters
17  out if they are not going out.
18      Q.  So you just said that everything about
19  this lawsuit was about September and October of
20  2023, right?
21      A.  That's when it started, all of it
22  started, yes, and it has grown from there.
23      Q.  So let me ask you, so after October of
24  2023, was Shara Miller still working in the

Page 22

1  mailroom?
2      A.  Well, after numerous of people was
3  complaining about their mail and filing ATRs and
4  grievance, they moved her out of there then after
5  that and they put her in another spot, put her in
6  another area.
7      Q.  So do you know when in October Shara
8  Miller was no longer working in the mailroom?
9      A.  No, I don't, sir.  I really can't tell
10  you the exact date, I don't know, but I know that
11  they moved her out of there.  I don't know the
12  exact date or nothing like that.
13      Q.  Okay.  So in October of 2023, how many
14  times were your mail returned by Shara Miller?
15      A.  Maybe two or three times it's come back
16  because I was sending out, like, 50 at a time, and
17  then it seemed like the next following, then I get
18  the mail back and like what's going on, and they
19  bring me back big mail stacks like this, I have
20  send out 50 at a time.
21      Q.  So when they sent the mail back, did you
22  go to the mailroom or did someone bring those?
23      A.  We don't have no access to get to the
24  mailroom.  They send it back to us through the

Page 23

1  stacks.  We don't have no access of going to the
2  mailroom or anything like that.
3          So when we get with them, we have to
4  write request slips or stuff like that.  They
5  don't even respond back to us.  We isolated from
6  areas, like all the areas.
7      Q.  Okay.  So did you talk to Shara Miller
8  when the mail was given back to you?
9      A.  They don't allow us to talk to staff
10  members like that.
11      Q.  Okay.  So you've never actually
12  personally talked to her, is that accurate?
13      A.  Myself, they don't -- they consider when
14  you talk to staff members here, it's called --
15  they figuring that you are fraternizing, you are
16  trying to groom them, so they tell us that we
17  can't talk to staff members or they can't talk to
18  us.  So I really don't have no access to her to
19  request about my mail because I am trying to not
20  get in any trouble, I am trying to follow the
21  rules.
22      Q.  So when they -- so when a staff member
23  bring your mail back and you just said you
24  received something in writing saying that you have

Page 24

1  insufficient fund, is that accurate?
2      A.  Yes.
3      Q.  So did you send out those mail again?
4      A.  Can I correct you on something?  When
5  they say insufficient funds, they get it from the
6  mailroom.  But I had points, I guess they didn't
7  check for my points, because they give us a trust
8  fund sheet to let us know how many points and
9  money that we have in the trust fund.
10          So they made an incorrect statement
11  saying I have insufficient funds, but when it came
12  back -- when that letter came to me by the
13  officer, I went in my room and got a paper,
14  because they give us a sheet every week on how
15  many points we have.
16          Because I work in the dietary, so I've
17  got points, I have over 3,000-some points.  So I
18  produced them, and I said this is my sheet from
19  last week and this week showing that I do have
20  funds to send this out.  He said, yes, I do see
21  that.  So he called down to the mailroom and said
22  he have proof, because I see it right here.  So
23  they told him, well, have him resubmit, send the
24  envelope back through the mail.  He said also, I



Page 25

1  don't see how they could misplace that you have
2  over 3,000 points.
3         You know, that's what I'm saying, I was
4  stating when I got the letter from them, they sent
5  me the letter, not the staff, not the trust fund,
6  because the trust fund can verify that I have the
7  fund.
8    Q.  So after that, did you resubmit your
9  mail?
10   A.  Yes, sir, I did.
11   Q.  And were they sent out after that?
12   A.  I don't really know because I didn't
13  get -- I haven't gotten anything back.  Look, if I
14  am sending out 50 letters at a time to senators,
15  because they do respond back to us, I know
16  somebody going to respond back to me, I didn't get
17  not one response from my letters.  So I know that
18  out of 50 letters somebody is going to write us
19  back, to answer our letters.
20   Q.  Was your postage deducted from your fund?
21   A.  After I produced that I had the point,
22  yes, it was tooken off, once it was taken out for
23  me sending the letter, claiming to be sent out.
24  But after they claimed that they took the funds

Page 26

1  out, I didn't get no response from no one.  I know
2  out of 50 letters, somebody is going to write me
3  back.
4    Q.  So when you filed this lawsuit, did you
5  do it by mail?  Did you have electronic access?
6    A.  No, I filed it by mail, I put down legal,
7  I put down legal on the mail, and I was surprised
8  that it made it to central court because usually
9  they -- right now, anything that we send out has
10  got legal on it, for some reason is getting held
11  up.
12   Q.  Did you say any of your legal mail was
13  held up in 2023?
14   A.  The only thing I can -- well, I wouldn't
15  put it past them, I am not going to speak on that,
16  I don't want to speak on that issue.  I want to
17  speak about these letters right here because, you
18  know, I don't want -- because I don't want to
19  discriminate against myself, you know.
20   Q.  Okay.  So this lawsuit, you are not going
21  to talk about any of your legal mail?
22   A.  The legal mail, I only send out letters
23  to the senators.  How is that legal mail?  I am
24  talking legal by attorneys and stuff like that.

Page 27

1    Q.  Yes.  So that's the question I want to
2  ask you.
3         So is that -- so you are only talking
4  about your regular mail in this lawsuit, is that
5  accurate?
6    A.  The letters I am sending out to like
7  senators, governors, yes.  I am talking sending
8  out legal mail to my attorneys, my appeal
9  attorneys and all that stuff.  For some reason the
10  mail not getting to the destination, I guess,
11  because, you know, usually people send it out and
12  they get it coming back.
13   Q.  I just want to clarify again because you
14  mentioned legal mail again.
15        So is this lawsuit only about your
16  regular mail, not about your legal mail?
17   A.  Well, letters to the senators, yes, and
18  governors, yes, that could be legal mail.  I guess
19  that can be considered legal, too, then.
20   Q.  But not about anything that you sent to
21  attorney or courthouse or law school?
22   A.  Who?
23   Q.  Law school, courthouse, attorneys.
24   A.  I can't understand what you are saying.

Page 28

1  Can you clarify that to me what you just said?
2  You said lawsuit and law school?  What did you
3  just say?
4    Q.  Law school, courthouse, attorneys.
5    A.  Oh, okay.  Well, yeah, that can be
6  classified as legal mail, too, yeah, because I
7  sent out, that is legal, right, legal work, send
8  it to the senators and governors, right?
9    Q.  All right.  You said that you sent to
10  senators and governors.  But I am asking are you
11  saying any of your legal mail was being interfered
12  with?
13   A.  Well, I am saying I don't know exactly,
14  but to my opinion I think that is, too, you know.
15   Q.  Let me ask you this, so for all this
16  mails, did you write "legal mail" on the envelope?
17   A.  No, I didn't.  No, I didn't.  I just had
18  the governor address on there to where I was
19  sending it to, the senator, and my name, stuff
20  like that.
21   Q.  So none of the mail you said had "legal
22  mail" marked on the envelope, correct?
23   A.  No.  No.  It's been so long since I sent
24  them out, so none of them had "legal."

888-893-3767           Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179



Page 29

1  Q. Okay. So what damages are you seeking
2  from Shara Miller?
3  A. I am seeking to be reimbursed because I
4  was -- the money was taken from me. I worked in
5  here seven days a week, I was working seven days a
6  week trying to get -- so I can collect me some
7  money, because I don't have any money coming in
8  here to support me, I am indigent, I can barely
9  take care of myself in here.
10  Q. And how much would that be?
11  A. How much would that be? I am presuming I
12  want at least a thousand dollars from my points
13  and stuff, you know.
14  Q. Okay. So that's all my questions.
15     So after this deposition, you have an
16  option to either preserve your signature or waive
17  your signature.
18     So if you preserve signature, you can
19  take a look at the transcript and make any -- make
20  any corrections to typos but you can't change what
21  your answers are.
22     Or if you waive your signature, it means
23  this transcript will automatically become official
24  record.

Page 30

1  A. Official record? You say it will become
2  automatic official record if I waive my signature?
3  Q. Yes.
4  A. So I am still concerned about that, about
5  trying to get a lawyer. But if you respond back
6  to me about my lawyer, I would like him to go over
7  this because I spoke with you and I didn't have no
8  attorney.
9  Q. So I want to respond to it. It's really
10  up to the court whether they will appoint an
11  attorney or not. So I don't object to it, but
12  it's really up to the judge.
13  A. How would I go about getting a copy of
14  this, what we just talked about?
15  Q. So are you saying preserving signature?
16  So you will get a copy when I file a motion for
17  summary judgment at the end of this case. So you
18  will receive a copy of that.
19  A. All right.
20  Q. So do you want to preserve your signature
21  or waive your signature?
22  A. I would like to preserve my signature.
23  Q. Okay. So if you preserve signature, we
24  can send a copy to the facility and you can --

Page 31

1  A. Okay.
2  Q. -- and you can sign.
3  A. Okay.
4  MR. KANG: So that's everything for today.
5  COURT REPORTER: Mr. Kang, are you ordering
6  the transcript?
7  MR. KANG: Yes.
8  COURT REPORTER: E-tran?
9  MR. KANG: Yes, just PDF.
10  COURT REPORTER: Okay.
11     (The deposition of Willie Wyatt, Jr.
12     concluded at 10:41 a.m.)

Page 32

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE CENTRAL DISTRICT OF ILLINOIS
2
3  WILLIE WYATT, JR.,     )
                          )
4         Plaintiff,      )
                          )
5     -vs-                ) No. 23-4170
                          )
6  SHARA MILLER,          )
                          )
7         Defendant.      )
8
9     I hereby certify that I have read the
10  foregoing transcript of my deposition given on
11  January 21, 2025, at the time and place aforesaid
12  and I do again subscribe and make oath that the
13  same is a true, correct and complete transcript of
14  my deposition given as aforesaid, with
15  corrections, if any, appearing on the attached
16  correction sheet(s).
17
18         --------correction sheets attached.
19         _____
20              WILLIE WYATT, JR.
21  SUBSCRIBED AND SWORN to
    before me this    day of
22  _____, A.D., 2025.
23
24  _____
         Notary Public



Page 33

1    I, PAMELA S. MORGAN, Certified Shorthand
2 Reporter in the State of Illinois, do hereby
3 certify that WILLIE WYATT, JR., was first duly
4 sworn by me to testify the whole truth and that
5 the above deposition was recorded stenographically
6 by me and was reduced to typewritten form by means
7 of Computer-Aided Transcription.
8    I further certify that the foregoing
9 deposition transcript is a true, correct, and
10 complete record of the testimony given and of all
11 proceedings had before me.
12    I further certify that I am not a
13 relative, employee, attorney or counsel of any of
14 the parties, nor financially interested directly
15 or indirectly in this action.
16
17       *Pamela S. Morgan* (signature)
18    PAMELA S. MORGAN, C.S.R.  084-001687
19
20
21
22
23
24

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                California Firm Registration #179



### 1

**10:41** 31:12

### 2

**2021** 14:1
**2023** 15:19,20 18:17 21:20,24 22:13 26:13
**2024** 21:14
**22nd** 14:1

### 3

**3,000** 25:2
**3,000-some** 24:17

### 5

**50** 16:18 22:16,20 25:14,18 26:2
**500** 21:12

### 7

**700** 21:10
**750** 21:11

### 9

**90** 5:7
**9:00** 5:12

### A

**a.m.** 31:12
**access** 16:16 22:23 23:1,18 26:5
**accurate** 23:12 24:1 27:5
**additional** 6:2
**address** 14:11,13, 19,20 28:18
**admissible** 13:17
**affect** 10:2
**affidavit** 6:20
**affidavits** 11:22
**ahead** 6:11
**amend** 4:11
**answers** 29:21
**appeal** 27:8
**appearing** 4:16
**appoint** 30:10
**approximately** 21:12
**area** 10:21 22:6
**areas** 15:13 23:6
**asks** 4:8
**ATRS** 16:8 17:19 22:3
**attention** 17:14
**attorney** 27:21 30:8,11
**attorneys** 26:24 27:8,9,23 28:4
**automatic** 30:2
**automatically** 29:23

### B

**B-O-L-E-E-N** 12:2
**back** 4:24 5:3,20 12:11,18 15:19 16:18,19,24 17:5, 12 18:5,7,11,15, 16,17 19:6,20,21, 23 20:4,8,9,12,15, 17,18 21:11,13 22:15,18,19,21,24 23:5,8,23 24:12, 24 25:13,15,16,19 26:3 27:12 30:5
**background** 13:15
**barely** 29:8
**big** 22:19
**body** 9:16,18
**Boleen** 11:24 12:20
**Boleen's** 12:7,23
**bring** 11:2 20:16 22:19,22 23:23
**brought** 13:9 17:14
**building** 15:14
**bulk** 19:5
**bunch** 4:18
**bundles** 17:1
**burden** 7:13

### C

**call** 16:22
**called** 7:20 23:14 24:21
**captured** 9:17
**care** 10:24 29:9
**case** 6:8,14,24 7:1,13,14 10:23 30:17
**cases** 11:6
**Center** 10:24 13:24
**central** 10:18,20 26:8
**chance** 5:12
**change** 15:12 29:20
**check** 24:7
**claimed** 12:14 17:2 25:24
**claiming** 25:23
**clarify** 27:13 28:1
**classified** 28:6
**closed** 5:14
**collect** 29:6
**complaining** 22:3
**complaint** 11:18 12:7,21,23 15:24 18:14
**complaints** 17:13
**concerned** 30:4
**concluded** 31:12
**considered** 27:19
**continuance** 5:18, 19
**continue** 7:3
**continued** 6:1
**convicted** 13:20
**copy** 21:6 30:13, 16,18,24
**correct** 15:22 24:4 28:22
**corrections** 6:21 13:4 29:20
**cost** 6:10,13,14,15
**county** 10:17,18, 20
**court** 4:16 5:20,24 8:13,15,16 9:8,17

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F. California Firm Registration #179



10:14,15,16,18 26:8 30:10 31:5,8,10
**courthouse** 27:21,23 28:4
**crime** 13:20
**curious** 13:14

**D**

**D-O-N-E-L-L** 12:1
**damages** 29:1
**date** 5:3,5,20 20:18,19 22:10,12
**days** 5:8 29:5
**deadline** 4:22
**deal** 11:1
**decided** 21:2
**deducted** 25:20
**defendant** 10:23
**defendants** 9:2
**delivered** 16:13
**denying** 5:19
**Department** 13:3
**dependent** 6:12
**deposition** 5:16,17,24 6:1,9,16,20,22 7:4,12 8:7,11 11:9,16 29:15 31:11
**describe** 14:16 16:2
**destination** 19:11 27:10
**Detention** 13:24
**dietary** 24:16
**discovery** 4:21

**discriminate** 26:19
**discussed** 11:8
**dishonesty** 13:20
**dismissal** 6:24
**distracted** 16:13
**dollars** 29:12
**Donell** 11:24
**due** 12:12 21:2
**duly** 4:1 7:20

**E**

**E-TRAN** 31:8
**easier** 9:4
**effect** 8:16
**electronic** 26:5
**end** 6:9 30:17
**ended** 10:12
**envelope** 14:14 24:24 28:16,22
**evidence** 12:13 13:17,18 16:20 17:1 18:6 19:2,4,18 20:6 21:1
**exact** 11:1 22:10,12
**EXAMINATION** 7:22
**examined** 7:21
**explain** 15:10
**explained** 8:10

**F**

**facility** 30:24
**fact** 17:9

**fair** 17:22
**federal** 10:14 13:18
**fee** 6:2
**figure** 11:3
**figuring** 23:15
**file** 4:11 5:10,12 6:23 8:21 11:5,14 30:16
**filed** 4:5,8,13,14 5:1,11 10:5 16:8,12 18:13 26:4,6
**filing** 12:5 13:10,15 16:8 17:12,19 22:3
**find** 12:16 16:9 21:5
**finish** 9:9,12
**follow** 23:20
**forgot** 10:18 11:2
**fraternizing** 23:15
**free** 6:1
**freedom** 19:9
**fund** 14:8,24 24:1,8,9 25:5,6,7,20
**funds** 18:6 20:23 24:5,11,20 25:24

**G**

**gave** 20:3
**give** 4:7 5:16 6:22 9:10,15 10:11 24:7,14
**giving** 9:11 10:12
**Good** 4:2
**governor** 28:18
**governors** 19:8

27:7,18 28:8,10
**grant** 8:22
**grievance** 16:8 22:4
**grievances** 17:19
**groom** 23:16
**ground** 8:9
**grown** 21:22
**guess** 24:6 27:10,18
**guys** 12:4

**H**

**handbook** 14:3,5,10
**handling** 17:15
**happen** 21:8
**happened** 15:19 18:3
**happening** 16:10
**head** 9:19
**Health** 10:24
**hear** 4:4
**hearing** 8:21
**held** 26:10,13
**hold** 4:17
**honorable** 4:16

**I**

**Illinois** 10:20 13:3
**important** 8:12
**incarcerated** 13:3,13
**include** 14:11
**incorrect** 24:10

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F. California Firm Registration #179


**incurred** 6:3
**indigent** 6:4 29:8
**insufficient** 20:23 24:1,5,11
**interest** 6:7
**interfered** 16:1,2 28:11
**involved** 17:20
**involving** 13:20
**isolated** 23:5
**issue** 26:16
**issues** 18:19

**J**

**J-R** 8:4
**January** 14:1
**Jr** 4:15,17 7:19 8:3 31:11
**judge** 4:5,24 5:2 8:18,19,20,22 30:12
**judgment** 30:17
**Junior** 8:6

**K**

**Kang** 4:2,11,20 5:5,10,15,23 6:8, 12 7:11,16,18,23 31:4,5,7,9
**kind** 7:10
**knee** 10:11,12

**L**

**lack** 12:12
**language** 9:16,19

**law** 27:21,23 28:2, 4
**lawsuit** 10:4 11:19 21:19 26:4,20 27:4,15 28:2
**lawsuits** 10:6,9
**lawyer** 4:6,7,9 5:4, 22 30:5,6
**legal** 14:8 16:11 26:6,7,10,12,21, 22,23,24 27:8,14, 16,18,19 28:6,7, 11,16,21,24
**letter** 15:2 24:12 25:4,5,23
**letters** 14:19 16:18 17:10 18:14 19:10 21:10,11,12,15,16 25:14,17,18,19 26:2,17,22 27:6, 17
**listening** 6:11
**locked** 13:8
**long** 14:7 18:15 28:23
**longer** 22:8
**lose** 6:8,14
**lot** 19:15

**M**

**made** 18:16 24:10 26:8
**mail** 12:6,14,16 13:6,16 14:8,9,11, 18,24 16:1,3,4,6, 15,18,23 17:2,6,8, 13,15,23,24 18:4, 17,20,22 19:3,14, 15 20:4,9,10,13, 14 21:9 22:3,14, 18,19,21 23:8,19,

23 24:3,24 25:9 26:5,6,7,12,21,22, 23 27:4,8,10,14, 16,18 28:6,11,16, 21,22
**mailbox** 14:22 15:3,5
**mailing** 17:9,11
**mailroom** 15:14, 18 16:16,22 17:18,21 19:24 22:1,8,22,24 23:2 24:6,21
**mails** 12:10 14:6 19:8 28:16
**make** 6:20 21:6 29:19
**marked** 28:22
**means** 29:22
**medical** 10:10,12, 13
**medication** 10:1
**member** 23:22
**members** 23:10, 14,17
**memory** 10:2
**mention** 12:3
**mentioned** 27:14
**Miller** 10:7,8 15:8, 17 16:1,15 17:7 19:3,13 20:3,14 21:24 22:8,14 23:7 29:2
**mine** 16:7
**misplace** 25:1
**money** 6:5,6,13 24:9 29:4,7
**morning** 4:2

**motion** 4:5,7,11, 17 5:10 6:23,24 8:21,23 13:10,15 30:16
**motions** 4:8
**move** 4:16 7:13 13:2
**moved** 22:4,11
**moving** 21:2

**N**

**names** 8:5
**nodding** 9:19
**noticed** 20:7
**numerous** 16:7, 10,11,17 17:17 19:23 21:9,14 22:2

**O**

**oath** 8:13 9:3
**object** 30:11
**objecting** 13:11, 12
**obligated** 7:1,7
**occasions** 16:17
**October** 15:20 21:19,23 22:7,13
**officer** 24:13
**official** 29:23 30:1, 2
**opinion** 28:14
**option** 29:16
**oral** 9:3
**order** 4:12
**ordering** 31:5

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179


4:23-cv-04170-EIL  # 20-1  Filed: 02/27/25  Page 13 of 14
Willie Wyatt, Jr.
January 21, 2025 Index: outgoing..sending

outgoing 14:11

## P

pack 21:3
paper 4:18 11:2 18:5 20:16,19 24:13
papers 21:4
part 12:4 13:6 15:11 18:23 20:2
parts 12:10
party 7:1
past 26:15
pay 5:24 6:5,6
PDF 31:9
people 12:18,19 16:7,10,11 17:10, 17,21,24 18:11 19:6,7 22:2 27:11
period 15:22
personally 23:12
petition 19:9
place 15:15
places 12:10
plaintiff 4:15 7:12
point 17:5 25:21
points 6:6 12:12, 13,15 14:7 16:20, 21,23 18:4 24:6,7, 8,15,17 25:2 29:12
post 14:21
postage 20:3,5,7, 15,22 25:20
postpone 4:9
postponed 4:4,6

present 8:19
preserve 29:16,18 30:20,22,23
preserving 30:15
presuming 29:11
prevent 9:23
pro 4:16
problem 9:14 10:11 16:23
problems 19:24
process 14:17
produce 21:1
produced 12:13 16:20 17:1 18:6 20:6 24:18 25:21
proof 24:22
property 14:22
proposing 4:22 5:6
proved 19:22
provided 14:3
purpose 7:11 21:16
purposes 8:10
put 14:13,19,21 15:2,5,13,14,15 19:24 22:5 26:6,7, 15

## Q

question 4:3 7:6 8:17 9:3,10,13 13:11 27:1
questions 6:17 7:2,7,8,10,14 9:1, 4,5 13:8 29:14
quitting 17:18

## R

reaching 19:10
read 12:7
reading 4:21
reason 17:22 20:9 26:10 27:9
receipt 20:20
receive 19:18 30:18
received 23:24
recipient 17:24
record 8:24 13:13 29:24 30:1,2
refuse 6:22
refused 10:11 12:11
refusing 5:16
regular 14:9 27:4, 16
reimbursed 29:3
reporter 5:24 8:13, 15 9:8,18 31:5,8, 10
represent 4:10 5:4,9 11:12
representation 5:21 11:10,11
representative 5:9
request 23:4,19
resend 19:21,23
resident 14:3
residents 14:6
respond 23:5 25:15,16 30:5,9
response 12:17, 18 17:12,24 18:1,

11 19:6,13,18 20:12 25:17 26:1
responsible 6:9
resubmit 17:2 18:8 24:23 25:8
retain 4:9
return 14:11,13
returned 22:14
room 20:17 24:13
rules 8:9,10 13:18 23:21
Rushville 13:2,24 14:2

## S

sanction 6:23
save 6:15
schedule 21:1
scheduling 4:12
school 27:21,23 28:2,4
search 20:23
security 15:11,13
seeking 29:1,3
senator 28:19
senators 19:8 25:14 26:23 27:7, 17 28:8,10
send 12:9,13 14:6, 8,17 16:4,24 19:5, 6,20 20:8,11,14 21:6 22:20,24 24:3,20,23 26:9, 22 27:11 28:7 30:24
senders 18:16
sending 9:1 14:20, 21 16:23 18:4,5,

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F. California Firm Registration #179
LEXITAS

11 19:7,11 21:16 22:16 25:14,23 27:6,7 28:19
**September** 15:20 21:19
**shake** 9:19
**Shara** 15:8,17 16:1,14 17:7 19:13 20:3,14 21:24 22:7,14 23:7 29:2
**sheet** 24:8,14,18
**shift** 17:21
**show** 19:2
**showed** 16:21
**showing** 24:19
**shut** 5:14
**sign** 6:20 31:2
**signature** 29:16, 17,18,22 30:2,15, 20,21,22,23
**sir** 22:9 25:10
**situation** 16:9
**slips** 23:4
**sounds** 17:4 18:19
**speak** 26:15,16,17
**specific** 5:5
**spell** 8:2 12:1
**spoke** 30:7
**spot** 22:5
**STA** 15:9,10
**stacks** 22:19 23:1
**staff** 16:21 23:9, 14,17,22 25:5
**start** 7:24 8:1 19:9
**started** 21:21,22

**state** 8:1 10:14,16
**statement** 24:10
**stating** 18:2 25:4
**stopped** 21:15
**stuff** 14:9 21:3 23:4 26:24 27:9 28:19 29:13
**suit** 12:5
**summary** 30:17
**support** 29:8
**surprised** 26:7
**swore** 8:13
**sworn** 4:1 7:21

**T**

**talk** 8:19,20,22 9:11 10:5 11:13, 15 15:21 23:7,9, 14,17 26:21
**talked** 19:21 23:12 30:14
**talking** 11:3 26:24 27:3,7
**tampered** 20:13
**tampering** 13:6,16
**team** 15:11
**telling** 19:7
**testified** 7:21
**testifying** 8:16 9:23
**thing** 4:21 5:23 12:8 26:14
**things** 9:19
**thousand** 18:4 29:12
**thrown** 12:17

**time** 15:22 16:19 18:15 21:10,12 22:16,20 25:14
**times** 21:8,9,14 22:14,15
**today** 5:12,16 6:16,17,23 7:4,15 8:24 9:23 10:5 11:9 15:21 31:4
**today's** 6:1
**told** 18:8 19:23 24:23
**tooken** 12:15 25:22
**toss** 16:15
**tossed** 16:5,6 17:6,8,13,15,23 18:20 19:3,13,15
**tossing** 18:22
**transcript** 29:19, 23 31:6
**Treatment** 13:24
**trouble** 23:20
**trust** 14:8,24 24:7, 9 25:5,6
**truthfully** 9:23
**typos** 29:20

**U**

**understand** 9:6,21 13:5 27:24
**unit** 12:9

**V**

**verbal** 9:16
**verify** 25:6
**VHS** 10:24

**W**

**W-I-L-L-I-E** 8:3
**W-Y-A-T-T** 8:4
**wait** 9:9,12
**waive** 29:16,22 30:2,21
**week** 5:13 24:14, 19 29:5,6
**Wexford** 11:1
**Willie** 4:15,17 7:19 8:3 31:11
**words** 9:16
**work** 15:17 16:12 24:16 28:7
**worked** 29:4
**working** 15:12 17:18 21:24 22:8 29:5
**works** 15:9
**write** 11:18 12:20, 23 14:19 23:4 25:18 26:2 28:16
**writing** 12:19 21:16 23:24
**written** 8:14 9:1,8
**Wyatt** 4:2,3,13,15, 17,23 5:7,11,18 6:4,11 7:5,15,17, 19 8:3 31:11

**Y**

**year** 11:22 13:21 21:14

