# Illinois  Department of Human  Services Treatment  and Detention Facility



## Resident Handbook
### January 2013

Wyatt v. Miller, et al. (23-4170) Document No.:    000112

# Illinois Department of Human Services Treatment and Detention Facility

**<u>Note</u>:  Effective January 1, 2013, this Resident Handbook will supersede any prior Resident Handbooks, policies and procedures.  This handbook was written at a reading level that should accommodate our entire resident population.  Therefore, an adapted version will not be offered.**

# Table of Contents

I. Introduction and Overview ........................................................................................... 3
    A.   **The Resident Handbook** ................................................................... 3
    B.   **Mission** ................................................................................................ 3
    C.   **Vision** ................................................................................................. 3
II. Daily Living and Rules ................................................................................................ 4
    A.   **Resident Behavior Management System** ....................................... 4
    B.   **Earning Points for Commissary** ................................................... 9
    C.   **Daily Schedule** ............................................................................... 11
    D.   **Daily Life** ........................................................................................ 11
    E.   **Use of Common Areas** .................................................................... 14
    F.   **Recreation Privileges** .................................................................... 15
    G.   **Hygiene and Dress Code** ................................................................ 15
    H.   **Safety and Security** ........................................................................ 18
    I.   **Reading Material and Library** ..................................................... 20
    J.   **Telephone Calls** .............................................................................. 21
    K.   **Mail** .................................................................................................. 23
    L.   **Visitation** ........................................................................................ 25
    M.  **Religion** ........................................................................................... 29
    N.   **Chart Copy Request** ...................................................................... 30
    O.   **Copy Procedures** ............................................................................ 31
    P.   **Education and Vocation Services** ................................................... 32
    Q.   **Health Care** .................................................................................... 33
    R.   **Miscellaneous** ................................................................................. 35
III. Money Funds .......................................................................................................... 36
    A.   **Trust Fund Accounts** ..................................................................... 36
    B.   **Commissary** .................................................................................... 37
IV. Sex Offender Treatment ......................................................................................... 39
    A.   **Consenting to Treatment** ............................................................... 39
    B.   **Your Treatment Team** .................................................................... 40

Illinois Department of Human Services Treatment and Detention Facility

**C.    Treatment Plan** ................................................................................................ 41
**D.    Five Phases of Treatment** ............................................................................. 42
**E.    Three Treatment Tracks** ............................................................................... 43
**F.    Levels of Programming** ................................................................................. 44
**G.    Staff Definitions** ............................................................................................ 45
**H.    Recreation Program** ...................................................................................... 47
**V. Grievance Procedures** ........................................................................................... 48
**A.    Grievance Procedure** .................................................................................... 48
**B.    Informal Grievance Procedure** .................................................................. 48
**C.    Resident Formal Grievance** ......................................................................... 50
**D.    Grievance Appeal of Program Director's Decision** ........................... 52
**VI. Prohibited Activities** ........................................................................................... 53
**VII. Behavior Committee, Cool Down, and Summary Restriction Procedures** ................... 58
**A.    Behavior Committee** ..................................................................................... 58
**B.    Behavior Committee Decision Appeal** ..................................................... 60
**C.    Cool Down Periods** ....................................................................................... 61
**D.    Summary Restriction** .................................................................................... 61
**Appendix A: Property** ................................................................................................ 63
**A.    Personal Property** .......................................................................................... 63
**B.    Resident Ordering Procedure for Outside-of Facility Items** ........... 67
**C.    Excess Items Handling and Disposal Procedure** ................................. 69
**D.    Property Items for All Residents** ............................................................... 71
**E.    Approved Vendor List** .................................................................................. 74
**Appendix B: Contraband List** .................................................................................. 74
**Appendix C: Forms & Documents** .......................................................................... 78

Wyatt v. Miller, et al. (23-4170) Document No.:    000114

# I. Introduction and Overview

## A.    The Resident Handbook

The Resident Handbook has information about the Treatment and Detention Facility (TDF), the treatment program and life on your Housing Unit.

Please read this handbook carefully.  It is your job to read this book and learn the rules.  We hope this handbook is complete, but we can't cover everything.  If you have any questions, contact your Primary Therapist, or your Treatment Team, or Unit Staff.  It is your duty to find answers to your questions.  Keep in mind that rules and policies may change.  If there are changes, you will be notified.

If you break any rules or policies, your privileges may be restricted.  Or, you may lose your privileges altogether.  This handbook is to inform you only; it is not a binding contract.  The handbook is subject to change without notice.  If this handbook and 59 Illinois Administrative Code differ, then refer to Part 299 of the Code (see Appendix C-1).

## B.    Mission

The Illinois Department of Human Services Sexually Violent Persons Treatment and Detention Facility (TDF) provides state of the art, sex offense-specific treatment.  Treatment is offered in a safe, structured residential environment.  The program focuses on the individual needs of each resident.  Each resident is treated with respect and dignity.  We believe that every resident can make a meaningful change.  We also believe that the risk of sexual re-offending can be reduced through specialized treatment.  The treatment promotes a personal responsibility and pro-social behavioral change.  The TDF is not a mental health facility.  It is a secure residential sex offender treatment facility operated by the Department pursuant to Section 50 of the Sexually Violent Persons Commitment Act [725 ILCS 207/1 et seq].

## C.    Vision

The TDF's vision is that you are released and returned to your community.

Illinois Department of Human Services Treatment and Detention Facility

# II. Daily Living and Rules

## A.    Resident Behavior Management System

When you arrive at the TDF, you will be admitted to the Facility.  The admission time is approximately three to seven days.  During this time, medical, clinical and security reviews are made.  You will also begin to learn about the rules and routines of the TDF.  After the reviews are done, you will be placed on a Resident Management Status (RMS).  A RMS is based on your need for structure and support.  The RMS is also based on your behavior and how well you follow the rules.  Each status has its own rewards and privileges.  RMS levels are as follows, with Close Status being the most restrictive and Intermediate A being the least restrictive.

**Close → General → Intermediate C → Intermediate B → Intermediate A**

**<u>General Status</u>**
After you are admitted, you will begin on General Status.  Some reasons for being on General Status include:
1.  Moving to General Status after you are admitted
2.  Moving up to General Status after completion of Close Management Status.
3.  Moving down to General Status from Intermediate C Status.
4.  Various other miscellaneous reasons.

While on General Status, you need to:
1.  Accept direction.
2.  Keep your room clean.
3.  Keep yourself clean.
4.  Follow dress code.
5.  Clean personal use areas.
6.  Follow on and off-Unit movement rules.
7.  Follow ID rules.
8.  Follow all other rules.

If you follow these rules, you may:
1.  Buy from outside Commissary, as long as it is within your personal property limits.
2.  Buy from the TDF Commissary, as long as it is within your personal property limits.
3.  Go to special events on your Unit.
4.  Be out of your room until the 10:00 p.m. curfew.
5.  Use the Reading Library, Exercise Room and Recreation Yard during scheduled hours and according to recreation privileges.
6.  Schedule two hour visits in the Central Visiting Room (CVR).
7.  Maintain your on-Unit tasks, maintain off-Unit tasks with approval, and earn points to buy Commissary items.
8.  Borrow the Unit typewriter.

You are allowed certain items on General status (see Appendix A).

Wyatt v. Miller, et al. (23-4170) Document No.:    000116

You may move from General Status to Intermediate Status C after 180 days (six months) of good behavior.  Good behavior means you do not break any major rule violations.  It also means you do not break three minor rule violations.  (If you break three minor rule violations, you will receive a major.)

**Intermediate Status**
The next higher status is Intermediate Status.  There are three levels of Intermediate Status:
- Intermediate C (Int C)
- Intermediate B (Int B)
- Intermediate A (Int A) (Int A is the highest RMS.)

**Intermediate C (Int C)**
You may be put on Int C if you are:
1. Moving up to Int C Status from General Status.
2. Moving down to Int C Status from Int B Status.

You may move from Int C to Int B (after 180 days) if you do not break a major rule violation.  It also means you do not break three minor rule violations.  (If you break three minor rule violations, you will receive a major.)

If you break a major rule violation or three minor rule violations within the 180 day period, then you might move down a status.

You are allowed certain items on Int C status (see Appendix A).

**Intermediate B (Int B)**
You may be put on Int B if you are:
1. Moving up to Int B Status from Int C Status.
2. Moving down to Int B Status from Int A Status

You may move from Int B to Int A (after 180 days) if you do not break a major rule violation.  It also means you do not break three minor rule violations.  (If you break three minor rule violations, you will receive a major.)

If you break a major rule violation or three minor rule violations within the 180 day period, then you might move down a status.

Residents on Int B Status will have all of the privileges that they had on Int C Status.  In addition, they may have additional personal property (see Appendix A).

**Intermediate A (Int A)**
Int A is the highest RMS.  You may be put on Int A if you are moving up to Int A Status from Int B Status.

Illinois Department of Human Services Treatment and Detention Facility

If you earn Int A Status, you will have all of the privileges that you had at Int B Status.  In addition, you may borrow videos and DVDs from the Reading Library, and you may be allowed to have additional personal property items (see Appendix A), or join the Facility Band.

If you break a major rule violation or three minor rule violations within the 180 day period, then you might move down a status.

Residents on Int C, Int B and Int A Statuses shall:
1. Accept direction.
2. Keep your room clean.
3. Keep yourself clean.
4. Follow dress code.
5. Clean personal use areas.
6. Follow on and off-Unit movement rules.
7. Follow ID rules.
8. Follow all other rules.

If you follow these rules, you may:
1. Buy from outside Commissary, as long as it is within your personal property limits.
2. Buy from the TDF Commissary, as long as it is within your personal property limits.
3. Attend special events on and off the Unit.
4. Borrow Unit electronics, including typewriter.
5. Be out of your room until 10:45 p.m. curfew.
6. Use the Gym, Reading Library and Recreation Yard during scheduled hours.
7. Have extended visits in the Central Visiting Room (CVR) if the Program Director approves.
8. Maintain off-Unit tasks to earn points for Commissary purchases.

**Status Moves**
If you follow the TDF rules and routines for 180 days straight, you may move up in status.   You can only move up one status at a time.  Int A is the highest RMS.

However, if you do not follow the rules, you may drop to a lower status.  You may drop to a lower status if:
• You are dangerous.
• You face criminal charges.
• You break a major rule violation.
• You break three minor rule violations.

You can only drop one level of status at a time.  However, if you are dangerous, you might move straight to Temporary Special Management Status until you are seen by the Behavior Committee.

**Temporary Special Management**
If there is a risk that you might hurt someone else or yourself, you will be put on Temporary Special Management. This includes threats to the safety and security of the TDF, or if you face

criminal or other charges.  While on Temporary Special Management Status, you might be in a room by yourself.

You may be placed on Temporary Special Management until your Behavior Committee Meeting.  If you are placed on Temporary Special Management Status, your Behavior Committee Meeting will be scheduled within 48 hours (excluding State holidays and weekends) of the time that you are placed on this status.

Within one hour of being placed on Temporary Special Management Status, you will be assessed (checked) by Mental Health Staff or a nurse.  This assessment is to determine if you have any mental health needs.  Then, Security and the Treatment Team will decide if you should get a small supply of hygiene items.  While on Temporary Special Management Status, you will be contacted by your Treatment Team on a regular basis.

After your Behavior Committee Meeting, you may be moved from Temporary Special Management Status to Special Management Status or you may go straight to Close Status.

<u>Note</u>:  Temporary Special Management and Special Management Status are basically the same status.  Temporary Special Management Status is the status you may be placed on before your Behavior Committee Meeting.  Then, after your Behavior Committee Meeting, if you are still a risk to yourself or others, you may be placed on Special Management Status.

**<u>Special Management Status</u>**
If you are placed on Special Management Status, then the incident, your behavior, and your safety are reviewed every 48 hours (State holidays or weekends are not included).  When the Behavior Committee feels there is not a risk that you might hurt someone else or yourself, you may be put on another status.  While on Special Management Status, you will be contacted by your Treatment Team on a regular basis.

While you are on Special Management Status, your rights and privileges are in Title 59, part 299 (see Appendix C-1).  These rights include the right to basic care items and reading materials.  <u>If</u> the Program Director allows, you may order from Commissary, have visitors and continue with treatment.  You will be let out of your room at least one hour each day.  Some of this time may be outdoors.  You will still receive your legal phone calls (if any).  However, visits <u>must</u> be approved by the Program Director.

While on Special Management Status (this includes Temporary Special Management Status), you need to:
1. Cooperate with rules and mental health reviews.
2. Stay calm and non-threatening.
3. Accept direction.
4. Keep your room clean.
5. Keep yourself clean.
6. Follow all rules.
7. Follow meal rules.

Wyatt v. Miller, et al. (23-4170) Document No.:     000119

Illinois Department of Human Services Treatment and Detention Facility

**<u>Close Management Status</u> -** You might be put on Close Management Status if:
- You are no longer on Special Management Status or released from Temporary Special Management Status.
- You are on General Status and you break a major rule violation.
- You are on General Status and you break three minor rule violations within a six-month time.

While on Close Management Status, you need to:
1. Accept direction.
2. Keep your room clean.
3. Keep yourself clean.
4. Follow dress code.
5. Follow movement rules.  (<u>Note</u>:  All off-Unit movement will be in restraints.)
6. Follow ID rules.
7. Follow all other rules.

Residents who follow the rules and regulations on Close Management Status may:
1. Buy from outside Commissary, as long as it is within your property limits.
2. Buy from the TDF Commissary, as long as it is within your property limits.
3. Schedule one hour visits in the Central Visiting Room (CVR).
4. Have legal materials and writing material.
5. Have a three-day change of clothing.
6. Make outgoing calls using <u>your</u> Personal Identification Number (PIN).

The Behavior Committee decides how long you will be on Close Management Status.  If you break any more rule violations while you are on Close Management Status, time (days) may be added to your Close Management Status.

You may have to remain on Close Management Status for 30 days.  And, you may have to wear a special jumpsuit while you are on Close Management Status.

While on Close Management Status:
- Your Treatment Team will determine if you will stay on your Housing Unit or Fox Unit.
- You will not be able to leave the Unit by yourself.  You must have a Staff escort.
- You may have to wear a special jumpsuit when you are out of your room.
- You will be allowed one hour of Day Room time during the breakfast meal.  After the meal, you will be secured in your room.
- Following the noon count, you will be allowed to come out to the Day Room until the 2:45 p.m. count.  At that time, you will be secured in your room.
- During the evening meal, you will be allowed one hour of Day Room time.  After the meal, you will be secured in your room.
- You will be offered a shower every other day.
- You will not be allowed any electronics.  These will be returned to you when you complete Close Management.

- Your Treatment Team will decide if it is safe for you to attend groups. You may be given homework to do in your room.

**Mental Health Status** – Mental Health Status is a temporary status that does not affect points or privileges. However, due to safety concerns, there may be times that your Treatment Team or Security denies you certain items (shoe strings, mattress, etc.) If Staff thinks you might harm yourself or others, you may be put on Mental Health Status. You may be put in a special room to help keep you safe. You will be monitored and assessed by Medical and Clinical Staff while you are on this status. You will remain on this status until Staff believes you are no longer at risk to harm yourself or others.

## B.      Earning Points for Commissary

Note:  All TDF-issued points are subject to funding availability.

You may earn Community Living Points for use at the TDF Commissary by any of the following methods:

**1.   Treatment Participation or Treatment Points**
You will earn weekly points based on your level of treatment participation. Then, you may use these points at the Commissary, as follows:
- Residents in Phase 4 level of Treatment (Incorporation/Post Disclosure) will get **5 points** per week.
- Residents in Phase 3 level of Treatment (Application/Post Disclosure), who have passed the polygraph, will get **4 points** per week.
- Residents in Phase 2 level of Treatment (Entry/Disclosure), who have not passed the polygraph yet, will get **3 points** per week.
- Residents in Engagement groups only (i.e., Orientation, Power to Change, Treatment Foundations, Autobiography, etc.) will get **2 points** per week. If you are in one Engagement group or five Engagement groups, you will still earn a total of **2 points** per week until you begin Disclosure groups.

Note:  If you withdraw your consent for treatment, you will not get treatment points for the week that you withdrew. If you stop going to groups, you will not get treatment points for the week you stopped going to groups. If you are no longer in treatment, you should not be receiving treatment points. Therefore, if treatment points are still showing on your Task Sheet, then you must tell your Treatment Team immediately. Then, this error can be fixed. If you do not tell your Treatment Team about the error, you may be referred to the Behavior Committee. You may also have to pay back the points you received in error.

**2.  Task Points**
You may earn weekly points if you have a Facility task (Dietary, Floor Care, etc.). Your RMS level (General and Intermediate) reflects the tasks you can have and the points you can earn. For example, if you are on General Status, you may only work Unit tasks. Therefore, you might earn up to **5 points** per week. Residents on Intermediate Status may work higher paying, off-Unit Facility tasks. Therefore, you might earn up to **12 points** per week.

Illinois Department of Human Services Treatment and Detention Facility

**Task Guidelines**

- **Available Tasks** Flyers are posted on the Units once a month. Once a month the flyers are collected and your task requests are reviewed.
- You can only submit one task request at a time by using the **Vocational Task Assignment Change Form** (see Appendix C-2).
- Primary tasks always take place over secondary tasks. (A primary task is the resident's main focus. A secondary task is an extra task assigned to the same resident so he can earn extra points.)
- Primary tasks are based on:
  o Resident Management Status (RMS).
  o Past task history.
  o Date of your request.
  o Behavioral issues.
- Secondary tasks remain at ½ points.
- All task requests must be approved by the Rehabilitation Department.
- Note: Staff can only make recommendations on certain tasks and/or resident's ability. The final decision belongs to the Rehabilitation Department.
- Do not start your task until the **Vocational Task Assignment Change Form** has been returned to you with task approval. Task approval consists of:
  o Form is marked "Approved."
  o Written directions of the task are provided on the form.
  o Supervisor's initials/signature is on the form.
- Some tasks need interviews and follow-up meetings.
- Sweat pants (this includes athletic pants made of nylon, cotton, etc.) or shorts may not be worn when working a task.
- Some tasks require a signed Behavioral Contract or a Task Plan.
- You should try your task for 90 days before submitting a request for a new task.
- If there is suspicion of inappropriate behavior, unsuitable activity, security issues, lying, stealing, cheating, excessive tardiness or refusing a task, the Rehabilitation Department has the right to dismiss, terminate or suspend (without pay of task points) your task. Task restrictions may also be imposed.
- If your RMS changes to Close or Special Management (or Unit restriction), you will automatically lose your task.
- If you have an on-Unit task, and you move off of the Unit, you will lose your on-Unit task.
- If you refuse housing, you will lose your task until a complete review is made by the Rehabilitation Department and the Behavior Committee.
- If you want to quit your task, you need to send written notice to the Rehabilitation Department.
- Extra task hours must be approved by the Rehabilitation Department.
- **Resident Vocational Task Forms** (see Appendix C-3) are your responsibility. You must:
  o Complete and submit a Task Form weekly.
  o Have the correct dates, times and signatures on your Task Form.
  o Have your Task Form signed by Staff after the task is completed.

<u>Note</u>: The Rehabilitation Department is not responsible for locating missing times and signatures on your **Resident Vocational Task Form**. If information is missing from your Task Form, you might get partial task points for the week or none at all. In addition, the task may be posted for another resident to perform the task as expected.

**3.  <u>Behavioral Status Level Points</u>**
If you are on Intermediate Status (A, B or C), you will get **2 points** per week. If you are on General Status, you will get **1 point** per week. These points are <u>in addition</u> to your treatment or task points. If you are on Close Management or Special Management Status for any part of the week, you will <u>not</u> get Community Living Points for that week.

Keeping your room neat, tidy and clean will also allow you to earn these weekly points. In addition, showering twice a week will also allow you to earn these weekly points. If Staff reports that you are dirty or your room is dirty and/or disorganized, behavioral status points will not be earned for that week. Keep in mind that Staff can perform routine, unannounced inspections.

**4.  <u>Disabled Residents</u>**
If you are found unable to perform Unit or Facility tasks (disabled), you will get **5 points** per week. Disability will be evaluated on a case-by-case basis. If you have a physical disability, every effort will be made to give you a non-physical task.

**5.  <u>New Admission</u>**
For the first four weeks of your admission at the TDF, you will get **5 points** per week to spend in Commissary. This will give you time to sign-up and get a task. If you are placed on Special Management Status during the first four weeks, you will not get the 5 weekly points for the rest of that four-week period.

<u>Note</u>: When buying items from Commissary, you must follow Commissary rules. When buying items from outside vendors, you must follow the rules for buying items from outside vendors (see Appendix A).

<u>Note</u>: All TDF-issued points are subject to funding availability.


## C.    Daily Schedule
Daily routines are posted on each Unit's bulletin board. If there are changes, Staff will try to notify you.


## D.    Daily Life
**<u>Resident Rooms</u>**
In regards to your room:
- A name plate with your name will be posted outside the door of your room. You are not to remove this name plate. If your name plate is removed, you may be referred to the Behavior Committee for "Destruction of State Property."

Illinois Department of Human Services Treatment and Detention Facility

- You may <u>not</u> place signs or decorations on your door, <u>unless</u> it has been approved by the Unit Staff.
- You are allowed to hang posters or approved pin-ups in your designated living area. Living area for the lower bunk is the wall space between the top of the lower bunk and the bottom of the upper bunk. Living area for upper bunk is the wall space between the top of the top bunk and the bottom section of the window.
- You may <u>not</u> cover your vents.
- You may <u>not</u> cover your window or light fixture.
- You may <u>not</u> block your door from opening or closing.
- Your room door must be shut if leaving the Pod or using the toilet.
- The view into your room must not be blocked unless you are using the toilet.
- You may <u>not</u> cover the rear window in your room.
- During count and non-curfew times, your door may be left open. Leaving your door open is a privilege to make going in and out of your room easier. Any violation associated with this privilege may result in loss of the privilege and/or referral to the Behavior Committee.
- You must keep your room clean, and free of clutter, dirt, and odor. Cleaning materials are available for you to use. Staff must supervise your use of these cleaning materials.
- **Do <u>not</u> flush any material or food waste down the toilet.**
- With the exception of electronic devices, all personal property must fit into one large, State-issued personal property box. You may buy one additional property box, not to exceed 33 gallons. All of your legal material must fit into a State-issued legal box. You may request one additional legal box to store in the secured Property Room.
- All clothing, footwear and linens should be folded, hung-up, packed or stored neatly in a dresser or property box. Items may not be on the floor. Clotheslines are not allowed.
- All soiled laundry must be stored in a laundry bag.
- You can exchange your bed linens once a week.
- You should keep all bedding tucked neatly under the mattress so Staff has a clear view of the floor.
- Mattresses are not allowed on the floor.

Room inspections and searches are often done. Contraband, questionable items and excess property may be confiscated or disposed of. You are not allowed to keep any items that do not meet with program policies or that are not included on your list of approved personal property. You can observe room inspections and searches as long as you do not interfere with the inspection or search. And, you must stand at least three feet away from the door entrance during the inspection/search.

If you find any damage to your room or property, you should tell Staff immediately.

<u>Rooming Assignments</u>
You are put in a room based on many reasons. This includes your treatment level, clinical issues, behavior history, medical concerns and the needs of the Facility. At times you may be told to change rooms, change Units, or change roommates. Rooms are determined by the

Rooming Committee.  This committee is made up of Security and Clinical Staff, with input from your Treatment Team.

There are three types of room changes that occur.  They are:
1.  <u>Emergency</u> - A room change that keeps the Facility safe and secure.
2.  <u>Urgent</u> – A room change due to a potential threat to your living area because of a security, clinical or medical reason.
3.  <u>Non-Urgent</u> – A room change that does not fall within the other two categories, such as a conflict with your roommate or a personal request.

**Roommates**
When assigning roommates, the Rooming Committee will look at your behavioral history and how two residents get along, etc.  They will also look at treatment participation and your rooming requests.  Two possible reasons for wanting a room change are a conflict with your current roommate or a personal request.  These are examples of a non-urgent room change.

**1)  Conflict with Current Roommate**
If you are having a conflict with your current roommate:
• Contact your Primary Therapist or Treatment Team for help in working through the problem.
• You <u>must</u> try to solve the conflict with your roommate.  Your Primary Therapist and/or Treatment Team will help you.
• Your Primary Therapist and/or Treatment Team will document your efforts to solve the conflict, including how hard you tried.  If your attempts to work out the problem do not work, the Primary Therapist and your Treatment Team will talk to the Rooming Committee about the situation.

**2)  Resident's Request**
This is a request based on your personal choice.

If you want to request a room change, you will need to follow the below procedure:

**Request a Room Assignment Change**
If you want to request a room change:
1.  Fill out a **Resident Room Change Report Form** (see Appendix C-4).
   • Discuss changing your room assignment with your Primary Therapist or Treatment Team <u>before</u> submitting the form.
   • Your Primary Therapist or Treatment Team will review your request and discuss it with you.
   • You may decide to withdraw your request after talking to your Primary Therapist or Treatment Team.

2.  If you still want to change your room assignment, your Primary Therapist will document your discussion and talk to the Treatment Team and they will forward their recommendation to the Rooming Committee.

Wyatt v. Miller, et al. (23-4170) Document No.:    000125

Illinois Department of Human Services Treatment and Detention Facility

3.  The Rooming Committee will make a decision and you will be notified of that decision.

**Meals**

Meals are served in the dining area or on Units at posted times.  You must follow all meal rules.

- After finishing your meal, empty all food waste in the proper bin and return all trays and utensils to their proper place.  Sporks must be returned to Dietary.
- Styrofoam is contraband and is only allowed on the Units for delivery of meals. If used for meal delivery, Styrofoam items must be disposed of immediately after use.
- Extra meals are not provided.  Residents are allowed one tray only.
- Special meals based on medical needs will need a physician's order and must be approved by the Health Care Unit.
- If your needs require a special meal for religious purposes, you must contact the Religious Services Coordinator and submit a request to the Rehabilitation Director.
- If you are on Close Status or on Unit restriction, you will be served your meal on your Unit.

**Smoking**

As of January 1, 2008, the TDF is a tobacco-free Facility.  No smoking, chewing tobacco, lighters, or matches are allowed in the Facility.  You are not allowed to smoke or chew tobacco anywhere on Facility grounds.

**Work Order Requests** - You may not submit a Work Order to Maintenance.  Contact Security Staff and tell them the situation.  Security Staff will determine if a Work Order should be submitted to Maintenance.

**Addressing Residents and Staff**

Part of the treatment at the TDF is based on respect between the residents and Staff.  Clinical Staff will address residents by using "Mr." followed by the resident's last name (e.g., Mr. Smith).  Residents should address Staff by using "Mr.," "Ms.," "Dr." followed by the Staff's last name (e.g., Mr. Smith, Ms. Smith, Dr. Smith).  Using Staff's first name or calling Staff by a nickname is disrespectful and prohibited.

# E.    Use of Common Areas

## Day Room

When using the Day Room, you should be polite and respectful to everyone.  This includes sitting upright in the chairs and sharing the furniture and property.  You may not lie on the furniture.  You cannot sit or lie on the floor.  You must keep your feet off the walls and furniture. Do not sit on tables, arms of chairs or other objects.  Do not use tables, arms of chairs or other objects as footstools.  You cannot sleep or nap in the Day Room.

You must keep the common areas clean.  This includes cleaning up, disposing of garbage, and returning games, books or other items to their proper places.

You are expected to share the microwave in the Day Room.  You are expected to operate equipment properly and clean up after you use the equipment.  If you misuse the microware or other Day Room property, you may have to pay for repairs or replacement.

You are not allowed to exercise in the Day Room unless it is part of a supervised recreational activity.

You are not allowed to move the Day Room furniture or take the Day Room furniture (i.e., chairs) out of the Day Room or into your room.

Courtesy is expected from all residents when using the common Unit resources (e.g., TV, DVD player, typewriter, phone, microwave, etc.).

**Day Room Television Viewing**
The Day Room TV is for the use of all residents.

**Only Staff can turn on, turn off, change the volume, or change the channel of the Day Room TV.**

The channel can be changed at the end of a program, but not later than five minutes into a program. Majority vote decides what channel to watch.  **Only those residents who do not own a TV have the right to vote.**  The same procedures apply for watching DVDs on the Day Room DVD players.  If the vote is tied, residents can cut cards to decide.


## F.     Recreation Privileges

Recreation privileges are earned by those residents who maintain good behavior and are on the appropriate status.  Some recreation privileges are:  Reading Library, Exercise Room, outdoor Recreation Yard, etc.  If you are not on the appropriate status or if your behavior is bad, you might not be allowed these privileges.

   a.  You may use the Reading Library if you sign-up beforehand.
   b.  Residents on Special Management Status or Close Management Status do not have access to the Reading Library or Exercise Room regardless of their treatment status.
   c.  Residents on Special Management or Close Management Status may have access to an outdoor Recreation Yard one time per week.
   d.  All schedules will be posted; however, weather conditions and other Facility needs and/or safety reasons may affect the posted schedules.
      •  Recreation Yard schedules may be cancelled due to storms, extreme heat or extreme cold.


## G.     Hygiene and Dress Code

   1.  **Laundry -** Your laundry is handled by Facility Laundry Services.  Laundry schedules are posted on the Units.  On the scheduled days, you will place personal laundry items or linens in Facility-issued laundry bags.  Your laundry is then collected, washed, dried and

Page 15 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:     000127

Illinois Department of Human Services Treatment and Detention Facility

returned to you.   Towels and bed linens can only be used for personal hygiene.  Towels and bed linens cannot be used as furniture covers or doilies.  Bed linens can be exchanged once a week.  Names or other identifying marks cannot be added to Facility-issued linens.  However, markers are provided on the Units for you to write your name on your personal clothing items.

Note:  The Facility Laundry Services is <u>not</u> responsible for ink or marker damage on your laundry.  You are responsible for removing items from your clothing/laundry prior to having them laundered.

Note:  If you get your laundry back from the Facility Laundry Services and an article of clothing is missing, first check with other residents on your Pod to see if someone else got your laundry by mistake.  If no one on your Pod got your laundry by mistake, then describe the missing items to Security Staff.  Security Staff will call Facility Laundry Services about your missing item(s).

When you arrive at the TDF, Laundry Services will provide you with clothing items.  After arrival, when you request clothing items, you will need to fill out and submit a **Clothing Request/Exchange** Form (see Appendix C-32).

2. **<u>Articles of Personal Hygiene</u> -** You are provided with the following items every month up to the limits: soap, toothbrush, toothpaste, shampoo and toilet tissue.  Limits and other permitted personal hygiene items are listed in Appendix A.

3. **<u>New Resident Supply List</u>** – When you arrive at the Facility, you will get a monthly supply of hygiene items (see Appendix C-33).  You will also receive a PIN number from the Rehabilitation Department.  This PIN number will allow you to get hygiene products from the vending machines each month.  Oversized items are available the first week of each month during Commissary Line.  If you are not shopping at Commissary that week, you may pick-up the item during "last call."

4. **<u>Other Hygiene Standards</u>** - You should shower daily.  If there is concern about your hygiene, you may need to shower, trim fingernails, cut hair, shave facial hair or make other changes as appropriate.
   - Fingernails must be kept clean and trimmed within the length of the finger.  Commissary nail clippers are allowed (no file attachment).  Nail clippers must be bought from Commissary.
   - You may have any length of hair and sideburns as long as they are kept neat and clean.
   - Tattooing, body painting, and piercing ears and other body parts is not allowed.
   - Inserting earrings, foreign objects (e.g., wire, toothpicks, and broom bristles) into existing piercings or body parts is not allowed.

5. **<u>Shaving</u> -** Disposable razors are maintained by Staff.  You can shave each day starting at 7:15 a.m.  You will exchange your ID badge for a disposable razor or electric razor.  You must finish shaving and return the razor before 11:30 a.m.  The returned razor will be

inspected by Staff and then your ID badge will be returned to you. This procedure will be repeated from 3:15 p.m. to 5:45 p.m. daily.  The designated times may vary because of Facility or Unit operations such as Med Lines.  You may own one electric shaver.

6.  **Haircuts** - You are <u>not</u> allowed to cut another resident's hair.  You are <u>not</u> allowed to let another resident cut your hair.  A barber provides haircuts based on the schedule. Residents may be offered a maximum of one haircut per month.

7.  **Resident Dress Code** - The dress code is designed to give a degree of selection while meeting the security needs of the Facility.  Any change (alter) to any clothing is not allowed and may result in a referral to the Behavior Committee.  See Appendix A.

8.  **Dress Code Regulations** - During all movement outside of the Housing Unit Pod, except for recreational programs and Med Lines, you will dress as follows:
    - **Shirts -** Your main outer shirt must be neat and clean.  Shirts with a collar are not to be worn with the collar tucked inside the shirt or altered in any way.  All buttons are fastened.  However, it is your option to button the top button. You are to wear a shirt at all times <u>outside of your room</u>.  Sleeveless shirts are worn only for active recreational activities in the Weight Room and Yard.
    - **Pants –** You may wear State-issued pants, unaltered pants or blue jeans.  If you wear a belt, it must be buckled.  Pants should be zipped and fastened at the waist. Your underwear, boxers or briefs may not hang out of the top of your pants or above the waistline on your pants.
    - **Sweat Pants –** You are not allowed to wear sweat pants (this includes athletic pants made of nylon, cotton, etc.) to clinical groups or while working a task.  In order to wear sweat pants to recreational activities, the recreational activity must be active.  You can wear sweat pants to the activity, in the Fitness Room Gym, and from the activity directly back to your Unit, as long as the activity is an active activity.  Sweat pants may be worn to the Yard, from the Yard, in the Yard, and directly back to your Unit, as long as the activity is an active activity.  For example, Basketball group is an active activity held in the Yard or Gym.  In this case, sweat pants are allowed.  However, Cards Game group is a non-active activity.  Therefore, if Cards Game was held in the Gym, you would not be allowed to wear sweat pants to this non-active activity.  Sweat pants are not to be worn as an outer garment for other than leisure time activities.  The exception would be a medical reason documented in HCU.
    - **Shorts -** You are not allowed to wear shorts to clinical groups or while working a task.  In order to wear shorts to recreational activities, the recreational activity must be active.  You can wear shorts to the activity, in the Fitness Room Gym, and from the activity directly back to your Unit, as long as the activity is an active activity.  Shorts may be worn to the Yard, in the Yard, and from the Yard directly back to your Unit, as long as the activity is an active activity.  For example, Basketball group is an active activity held in the Yard or Gym.  In this case, shorts that are appropriate in length are allowed.  However, Cards Game group is a non-active activity.  Therefore, if Cards Game was held in the Gym, you would not be allowed to wear shorts to this non-active activity.  Your underwear, boxers or

Illinois Department of Human Services Treatment and Detention Facility

briefs may not hang out of the top of your shorts or above the waistline on your shorts.

- **Underwear** – You must wear underwear, boxers or briefs under all pants, shorts, sweats, etc.  Your underwear, boxers or briefs may not hang out of the top of your pants, shorts, sweats or above the waistline on your pants, shorts, or sweats.
- **Jackets** - State-issued or unaltered jackets are allowed.  Approved sweatshirts may be worn as an outer garment during cooler weather.
- **Shoes** - You may wear State-issued work shoes, dress shoes, brown or black civilian shoes, or "tennis" shoes.  The heel on a civilian shoe is not to exceed one inch in height.  You must wear socks if you wear sandals.  No steel-toed shoes or steel-toed boots are allowed.  House slippers or shower shoes (without socks) are permitted only on the Housing Unit Pod, and when receiving medication at the Medical Distribution Room (outside of each Pod).  If house shoes and/or slippers are worn off of the Pod, they must be worn with socks.
- **Caps** - You may wear one approved, unaltered baseball cap (no personal writing/painting, etc.).  Caps must be worn with the ream (bill/rim) facing the front at all times while inside of the Facility.  Caps may be worn with the ream facing the back during active recreational activities only.  Religious caps can be worn more often.
- **Stocking Caps** – You may wear one approved, unaltered, black stocking cap.
- **Handkerchief** - Displaying of handkerchiefs to signify gang memberships is not allowed.  Handkerchiefs must be completely concealed inside your pocket.
- **House Robe** – You may wear a house robe to and from the shower, but it must be completely closed.
- **Black or Navy Blue** – Pants and shirt outfits must be a different color if one item is black or navy blue.  All black/navy blue outfits are <u>not</u> allowed.  Black and navy blue outfits are not allowed.  Black or navy blue outer coats are not allowed.
- **Jewelry** –  You may wear one wedding ring (you must be married to wear a wedding ring).  You may wear one necklace.  Laundry will measure your neck, and your necklace cannot be two inches longer than your neck measurement.  The necklace cannot be thicker than 1/4 inch thick
- **Miscellaneous**
  - Thermals (tops and bottoms) may only be worn as undergarments.
  - Bandanas are <u>not</u> allowed.
  - You may wear hair rollers (no metal) in your room only. You may wear a doo or skull rag in your room only.
  - You cannot wear a doo rag, skull rag, or handkerchief underneath a baseball cap outside of your room.
  - Camouflage clothing or camouflage gear is <u>not</u> allowed.

## H.    Safety and Security

1. <u>**Identification Cards (I.D.  Cards)**</u> **-** When you arrive at the TDF, your picture will be taken.  This picture along with other information will be put on an ID card (badge).

- <u>You are required to carry your valid ID badge at all times.</u> This includes attendance at the Facility Med Lines.
- You are required to present your ID badge to TDF Staff when asked.
- You are not allowed to carry, use, have or pass another resident's ID badge.
- Upon your arrival at TDF, you receive one free, State-issued ID badge.
- <u>You</u> are responsible for reporting and replacing a lost or damaged badge.
- Lost/damaged ID badges must be reported immediately to TDF Security Staff.
- Lost/damaged ID badges will be replaced <u>at your expense</u> (10 points/ID badge).
- You will not be able to make Commissary purchases or receive supplies, etc. without your valid ID badge.

Keep in mind that if your ID badge is damaged, it may not work in the vending machines. The Rehabilitation Department can request that you get a new ID badge (at your expense) <u>if</u> you repeatedly ask the Rehabilitation Department to get you hygiene items from the vending machine.

If you do not have enough points in your Community Living Points System to pay for your replacement ID badge, then each week point(s) will be deducted from your Community Living Points System account until your ID badge is paid for.

Therefore, you will want to take care of your ID badge, and make sure that it does not get damaged or lost.

Use the **Resident Request Form** (see Appendix C-8) to request a new ID badge.

2. <u>**Fire Drills**</u> -  You must participate in all fire drills.  Drills can occur at any time and will <u>not</u> be announced ahead of time.  If you do not follow directions in emergencies or emergency drills, you may be referred to the Behavior Committee.  In addition, you might be placed on Temporary Special Management Status for "Interfering with Facility Operations" until your Behavior Committee Meeting.

3. <u>**Formal Counts**</u> - Formal counts are scheduled seven times a day at the following times:
   - 7:00 a.m.
   - 11:45 a.m.
   - 3:00 p.m.
   - 6:00 p.m.
   - 11:00 p.m.
   - 2:00 a.m.
   - 4:00 a.m.

You will be secured in your room as close to count time as possible.  You are expected to remain on your Housing Unit until the count is finished.

4. <u>**Emergency Counts**</u> - In the event of an emergency (i.e., fire alarm, storm warning, power outage, or possible escape), you will be instructed to return to your room (or to designated areas) for further instruction.  Depending on the reason, you may be secured in your room.

Illinois Department of Human Services Treatment and Detention Facility

5. **Movement of Residents -** Handcuffs, or handcuffs with covers (black box), security belts and/or leg irons may be used to restrain you if:
   - You are being taken outside the Facility.
   - The Program Director decides that restraints are necessary for security purposes.
   - You are on Special Management Status or Close Status.
   - You are involved in a pending investigation and need to be moved from the Facility.

6. **Escort Status** – Other times, you may be placed on Escort Status. This means that due to security or clinical reasons, you will be escorted by Security Staff when you leave your Unit.

7. **Private Viewing** – If someone in your immediate family passes away and you would like to pay your respects:
   - You or one of your family members must contact your SVP attorney.
   - Your SVP attorney must request a court order.
   - If granted, the court order would allow you to have a private viewing of the deceased. For security reasons, you are not allowed to attend the funeral.

8. <mark>**Resident Searches** – All residents and their clothing, property, housing and work assignments can be searched at any time.</mark>

9. <mark>**Rapid Scan** - When you leave the Facility and when you return to the Facility (i.e., writ), you may be strip searched or processed through the Rapid Scan Secure 1000 Visual Detection System. Intrusive body cavity searches will only be done by medical personnel when there is a suspicion that contraband may be hidden in a body cavity.</mark>

## I.     Reading Material and Library

1. **Reading Material** - You can have personal reading items as specified in Appendix A of this handbook. This does not include legal material or religious material. In addition, you may have treatment-related material or educational material, if it has been approved by your Treatment Team. Sexually arousing materials are not allowed (i.e., no nudity). All books must have prior approval. All books must be inspected by Security. You must write your name on the inside cover of <u>all</u> personal reading material.

2. **Restrictions** - Any reading material may be taken from you if the material interferes with treatment, therapy or the safety and/or security of the Facility. No reading material including pictures, photographs or drawings can be passed from one resident to another. If the reading material's content is questionable, then it will be reviewed by your Treatment Team. You may not have photographs of other residents.

3. **Reading Library Privileges** - The Reading Library offers newspapers, magazines, and books. At times, some books on loan from other places may be added to the Library.

<u>Note</u>: Residents on Close or Special Management Status do <u>not</u> have Reading Library privileges. Residents on Close or Special Management Status can ask their Primary Therapist or Treatment Team for a specific book. A list of books may be obtained through the librarian. If the request is approved, the book will be delivered by the Primary Therapist or librarian.

4. **Legal Library Services** - A Legal Library on CD-Rom is provided for your use on a sign-up basis. To sign up, complete the **Resident Request for Use of TDF Facility Computer** (see Appendix C-5). A list of instructions is provided near the Library computer with the Legal Library program. The Legal Library gets updated material from time to time. Staff help with legal research is not provided. The Legal Library is available to all residents regardless of your RMS. However, if the TDF feels like you are a danger to yourself or others, you may be denied access to the Legal Library until you are safe again. <u>Note</u>: You may not use personal CDs or other media on the Legal Library computer. The Legal Library computer is designated for the Legal Library CD-Rom only.

5. **Computer Lab Services** – You may request to use the Computer Lab on a sign-up basis. To sign up for the Computer Lab, complete the **Resident Request for Use of TDF Facility Computer** (see Appendix C-5) and submit the completed form. Next, you will be placed on the waiting list to use the Computer Lab. You will be notified when it is your turn to use the lab. The Computer Lab is open between 9 a.m. and 11 a.m. on Saturdays and Sundays.

<u>Note</u>: These procedures may change. When changes happen, you will be informed. Any violation associated with this privilege may result in loss of the privilege and/or referral to the Behavior Committee.

## J.     Telephone Calls
1. **Telephone Rules**
   - You are allowed two, free, ten minute phone calls when you are admitted to the TDF.
   - Telephones in the Day Room are for your use.
   - You are allowed three, 30-minute telephone calls a week. You cannot exceed your allotted time, even if no one is waiting.
   - The telephones are set up so you can only make out-going collect calls.
   - Telephone calls can be made from 8:00 a.m. to 10:00 p.m.
   - When possible, arrange incoming calls during the less busy times (day time or early evening).
   - The Facility is <u>not</u> responsible for making calls to telephones that have "blocks" against incoming calls.
   - You cannot make calls to 800 numbers or 900 numbers.
   - The phone system does not allow the Facility to record or listen to your phone calls.

Illinois Department of Human Services Treatment and Detention Facility

- It is a violation of Facility rules to conference a collect call to a third party or participate in any conference call or 3-way call.
- You are not allowed to call Staff (inside or outside of the Facility).
- When possible, the Facility will allow residents to get scheduled incoming calls. The specific procedure for this may change slightly in order to make the process more efficient and fair. The procedure for receiving incoming calls is posted on the Housing Unit.

Note: As is the case with all privileges, any violation associated with this privilege may result in loss of the privilege or referral to the Behavior Committee. This privilege requires cooperation among all residents living on each Pod. **Non-compliance by one or more residents may result in the loss of incoming calls for the entire Pod.**

2. **Personal Identification Number (PIN)** - All outgoing calls will need to be dialed collect. You are given an eight-digit PIN number. You must enter your PIN when placing a collect call. The message that the person will hear before accepting your collect call will be specific to the Facility.

3. **Resident Personal Call List** - You will make a **Resident Personal Call List** (see Appendix C-6) of up to 25 names. You will only be allowed to make phone calls to the people on your Resident Personal Call List. Each person on your Resident Personal Call List will be contacted by the telephone vendor and asked whether or not they want to get collect phone calls from you.

4. **Family Information Line** – The Facility has an information line for family members/friends to call regarding general questions or requests. This information line gives information about policies for releasing information about residents. Before we can talk to the caller about you, we must have your written permission on an **Authorization to Disclose/Obtain Information** Form (see Appendix C-12). If we do not have your written permission, we cannot even confirm that you are here. For example, a family member calls the Facility to ask how you are doing. The TDF cannot answer unless there is a signed **Authorization to Disclose/Obtain Information** Form for the person calling. Even if the person is on your Visitors' List or they call you every day, there must be an **Authorization to Disclose** Form on file for this person before the TDF can talk to them about you. So, make sure that you complete this form for each person you want to be able to talk to the TDF about your well being.

5. **Attorney Phone Calls -** If you are unable to contact your attorney by use of the Day Room phone because the calls are blocked, you should:
   a. Write your attorney a letter and ask them to call the facility and schedule a time for a phone call.
   b. Send a **Resident Request Form** (see Appendix C-8) to the Health Information Services Administrator at the TDF to schedule the call.

Page 22 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000134

<u>Note</u>:  If your attorney calls the Health Information Services Administrator to schedule a phone call with you, the Health Information Services Administrator schedules the telephone call for the next available phone time on your Unit.

6. **Emergency/Special Calls** – If there is a family emergency or special circumstance, contact your Primary Therapist or Treatment Team.

7. **Abuse of Phone Privileges** - Telephone privileges may be restricted or denied if you abuse them.  This includes any inappropriate behavior such as cursing, yelling, threatening or abusive language, verbal aggression, or excessive use of the telephone that infringes on the rights of other residents.  Improper calls will be terminated and you may be referred to the Behavior Committee for "Abuse of Privileges."
   - As necessary, Staff can "restrict" calls to certain numbers to prevent harassment and other misconduct over the phone.
   - You <u>cannot</u> share a phone call or speak to a person who is called by another resident.
   - In the event of an emergency, you must immediately end any telephone call.
   - In the event that another resident wants to use the telephone, your calling time is limited to 15 minutes.

# K.    Mail

**Incoming Mail** - You may get mail and packages.  The following are rules about incoming mail:
   - Mail is delivered on State business days.
   - All incoming mail and packages are inspected and examined through an X-ray machine before they are delivered to you.
   - All incoming mail must include your full name and a return address.  If a package is received without a return address, you can either complete an **Excess Items Handling and Disposal Form** (see Appendix C-7) to have the package destroyed or you can authorize Staff to open and search the package without you being present.
   - "Non-standard mail" is recorded in the log book by the Mail Clerk after delivering this mail to the STA on duty in the Unit.  You have to open, separate pages and "shake out" the incoming mail in front of Security Staff.
   - Mail may be restricted if it presents a danger, threat or involves harassment.
   - Items will be taken if they violate restrictions (see Appendix A and Appendix B).
   - All incoming packages will only be delivered with prior approval (this includes all books) (see Appendix A).
   - On or before January 1, April 1, July 1 and October 1 of each year, you may request a copy of your log sheet for the previous three-month period.  This request should be made by completing a **Resident Request Form** (see Appendix C-8) and submitting it to the Mail Room Clerk.  You may also request, in writing, that the Program Director allow you to review your log sheet at additional intervals.  However, you must provide a good reason as to why you need more reviews.  If you present a good reason, then the Program Director may approve your request.

Illinois Department of Human Services Treatment and Detention Facility

**Delivery Address** – In order to get mail at the TDF, your delivery address is:

> Your name
> Illinois Department of Human Services
> Sexually Violent Persons Treatment & Detention Facility
> 1680 E County Farm Road
> Rushville, IL  62681

**Outgoing Mail** – You may send mail out of the Facility.
- All outgoing mail must include your return address (see **Delivery Address**).
- Outgoing mail should be placed in the mail boxes located on the Housing Unit.
- Mail will be picked up on State business days.
- Each month you are allowed a total of 5 points in postage.  If you do not use all 5 of these points, the remainder is added to your Community Living Points System.
- Additional postage (including certified mail) is deducted from your Community Living Points.  If your balance is negative, you are not allowed postage and your mail will be returned to you.
- You may buy additional stamps through outside Commissary using your Trust Fund Account.  These stamps must be received directly from U.S. Postal Service.
- All outgoing mail will be identified as being sent from a Sexually Violent Persons Treatment & Detention Facility.

**Legal Mail** – You may send legal mail out of the Facility.
- Legal mail is defined as any written statement, pleading, motion, notice, subpoena, certification, affidavit, attachment or exhibit that is received from or sent directly to one of the following: (a) court; (b) an attorney in connection with a legal matter which relates to your confinement; or (c) an accredited law school, legal aid clinic at an accredited law school or state or local bar association.
- The word "Legal" must be written on the envelope.
- You are not charged for legal mail.
- Legal mail is sent first class.  Note:  If you want your legal mail mailed other than first class, the fee will be taken from your Community Living Points.
- Envelopes containing legal mail coming in and going out of the Facility are photocopied and you must sign for your legal mail.  These signed copies are maintained by the Facility for mail verification purposes.

**Denial of Mail and Property** – You are not allowed any prohibited items or materials (see Appendix A and Appendix B).  Promotional gifts sent by advertisers, religious organizations, and charities are not allowed.  Residents will not be allowed to send these items out.

**Return Mail** – Mail or contraband items, that need to be returned, should be submitted to the Mail Room Clerk along with the **Excess Items Handling and Disposal Form** (see Appendix C-7).
- If you do not submit the **Excess Items Handling and Disposal Form** within two State business days of mail receipt, then all mail or contraband (excluding damaged items) will be disposed of by the Facility.

- Damaged items – All items, which are determined to be damaged upon opening, will be returned to the sender at your expense, unless you specify differently on the **Excess Items Handling and Disposal Form** within two State business days of mail receipt. When needed, the STA will provide the Mail Room Clerk with the return address and the item to be returned. The Mail Room Clerk prepares the damaged item for return to the sender.

**Summer and Christmas Packages** – Residents are allowed to get Summer and Christmas packages. Prior to Summer and Christmas packages entering the Facility, you must complete **Order Approval** Forms (see Appendix C-31) and **Excess Item Handling and Disposal Forms** (see Appendix C-7). These forms must be submitted together, and approved by the Property Coordinator before the items are allowed into the Facility.

- Orders must meet all limit restrictions.
- Residents must be on proper status to get the requested items. If the resident is not on the proper status, then the package will not be approved.
- All DVDs, CDs, tapes and video games must be new and in the original, un-opened package. No homemade media is allowed.
- Food items must be non-perishable (no refrigeration needed).
- No cans, pop tops, or glass items. Plastic bottles are allowed; the limit is 24 of the 20 oz. soda or water (plastic bottles only).
- All clothing must be approved (see Appendix A). The items must be new with the tags still on the clothing.
- There will be package size and weight restrictions. A memo will be posted prior to the package season with these specific guidelines. In addition:
  - Top of the package must be sealed shut.
  - If packages are delivered during a visit, the visitors must carry the package. Staff will not carry packages.
  - Absolutely no packages will be accepted after the closing date.
- Totes are not allowed.
- Electronic items can be sent separately, as long as they are in the original package.

Note:  Any items that are delivered to the TDF that do not meet the guidelines listed above, including fitting within the box, will be sent back out of the Facility at your expense, or destroyed or donated to the local food pantry/help center.


## L.    Visitation
**General Visitation Rules**
If you would like to request family or friends to visit you, follow the instructions in the Visitor Information packets. Visitor Information packets are available on the Units.

Illinois Department of Human Services Treatment and Detention Facility

Visiting days and hours are as follows:

| Days | Hours | Length of Time for Visit |
|---|---|---|
| Monday through Friday | 2:30 p.m. – 9:00 p.m. *(Visits are not allowed during meal times. See below hours.)* | *No limit |
| Saturday, Sunday and State Holidays | 9:00 a.m. – 9:00 p.m. *(Visits are not allowed during meal times. See below hours.)* | *3 hours |
| *Exceptions*: | *The length of a visit can be limited to one hour if the visiting area is full or your status restricts the visit length.* | |
| *Visits are __not allowed__ during meal times* | *Meal times are:*<br>*11:00 – 1:00 p.m.*<br>*5:00 p.m. – 7:00 p.m.* | NA |

Visitors will not be allowed to check in after 7:30 p.m.

With prior approval from the Program Director, visiting hours may be extended. However, visiting hours can also be limited based on your behavior status.

**Visitors List Approval**

In your Visitor Information packet:

1. Mail the **Visitor Questionnaire** (see Appendix C-9) to the person(s) that you would like to visit you.
   - All visitors must complete the **Visitor Questionnaire** and be pre-approved before a visit is allowed. Without prior approval, there will be no visits. No exceptions.
   - This questionnaire requests information about the person and their relationship to you.
   - Minor children (children under the age of 18) *must be approved by your Treatment Team* before being allowed to visit. You should consult your Primary Therapist or Treatment Team for information about the procedure for minor visitation approval.

2. When the requested visitor(s) has returned the completed **Visitor Questionnaire** (see Appendix C-9), and any other needed information has been obtained, forward the information to the Visitor Security Reviews Coordinator.

3. Your Primary Therapist and Treatment Team review the questionnaire and other information and decide if the request should be approved or denied.

4. Then, the Security Director approves or denies the visitation request(s).

5. If the request is approved by both the Primary Therapist and the Security Director, then the Program Director reviews the request and if the Program Director approves, then the person is added to your Visitor List.

   - You may have as many *approved* visitors on your Visitor List as you want.
   - The Program Director will approve names on a case-by-case basis.

- You must have prior approval from the Treatment Team before any unrelated individual (pastor, counselor, AA sponsor, etc.) can be added to the Visitor List of more than one resident.

    Note:  If your visitor request is not approved, you will get a written notice and the reason(s) why the visit was not approved.

6. A copy of the Facility's Visiting Rules and travel directions are mailed to the approved visitor(s).

## Visiting Rules

You and your visitors must follow all of the rules for visitation.  You must dress in an approved fashion (see below) when you go to the Central Visiting Room (CVR) for your visit. If you are not dressed as outlined below or attempt to bring unauthorized property to the CVR, you will be sent back to your Housing Unit.  And, you will not be allowed to enter the CVR area until you are appropriately dressed and any unauthorized property has been returned to your room.  You will have a complete front and back full body scan before and after every visit.

Clothing items or personal property allowed in the CVR are:
- Unaltered State-issued pants, unaltered personally-owned pants, or blue jeans with one belt.
- Unaltered State-issued shirts or unaltered personally-owned shirts
- Unaltered State-issued shoes or unaltered personal shoes that conform to the dress code.
- Appropriate undergarments.
- One pair of prescription glasses.
- A plain wedding ring/band.  (You must be married in order to wear a wedding ring/band.)
- You must be fully clothed as outlined above, with all buttons and zippers fastened as described in Dress Code Regulations (see Section II.G.8 of the Resident Handbook).

In addition:
- All visitors must submit to a pat down when they enter the Facility.
- A visitor may be searched at any time before, during or after a visit.
- Visitors' vehicles entering or leaving the Facility grounds may be searched.  The State Police may be notified and requested to be present during the search.
- If a visitor refuses to be searched, then visiting will be denied or terminated.
- Female visitors must be fully clothed in full-length pants or skirts with tops, or dresses.  Skirts and dresses cannot be higher than two inches above the knee.
- Extremely tight, provocative, or suggestive clothing is not allowed.
- Shoes must be worn at all times.
- Male visitors must be fully clothed in full-length pants with shirts buttoned.
- Shorts and tank-top shirts are prohibited.
- You must wear your ID badge at all times.
- You are allowed to embrace or shake hands with your visitor(s) at the beginning and

Illinois Department of Human Services Treatment and Detention Facility

at the end of the visit. Embracing must be brief and appropriate. Any kissing, necking, or petting is prohibited. You and your visitor <u>cannot</u> touch during the visit except for holding hands on <u>top</u> of the table in clear view of Security Staff.

- You are <u>not</u> allowed to hold children.
- You and your visitors <u>cannot</u> exchange any items, mail, or packages except those pre-approved before the visit. Only magazines and newspapers are allowed to be brought into the CVR, and only with prior approval and a security check. No other items are allowed.
- Excess items may be sent out during a visit as long as you follow the procedure (see Appendix A, Section C. Excess Items Handling and Disposal Procedure). You must attach a copy of the **Excess Items Handling and Disposal** Form (see Appendix C-7). You will bring the items listed on the **Excess Items Handling and Disposal** Form and the forms with you to the visit. Both the visitor's and a STA IV's signature are needed on the **Excess Items Handling and Disposal** Form. Prior to release of any item, a STA IV will examine items for security purposes.
- Electronics - If you want to send out any electronics during a visit, the **Excess Items Handling and Disposal** Form should be sent to the Property Coordinator before the visit. The Property Coordinator will ask you to bring the electronic item. The electronic item will be checked with the Property Inventory List to determine if it is the correct item. If it is the correct item, it will be removed from your Property Inventory List. At this time, your **Excess Items Handling and Disposal** Form will be signed and the electronic item and **Excess Items Handling and Disposal** Form will be brought to Entry Control before the visit.
- You are only allowed to bring beverages or games into the CVR with prior approval and checked by Security.
- You will only be allowed to use designated resident restrooms. <u>Note</u>: Use of the restrooms during the visit will be closely monitored by Security Staff.
- You and your visitors are responsible for maintaining control and supervision of children during the visit.
- Photographs may be taken during the visit, in accordance with visitation procedures.
- The visit may be terminated if any security violation is observed (e.g., passing contraband or hiding an object, disruptive behavior such as an argument, inappropriate language, inappropriate behavior, or failing to follow directions).

## Restricted Visitation Status

If you are transported on a writ, you are <u>not</u> allowed visitors without the permission of the Program Director <u>and</u> the permission of the jurisdiction to which you are transported.

If you are hospitalized in the community, <u>in special circumstances</u> visitation will be permitted with prior approval from the Program Director.

## Attorney Visits

Given limits on visiting room availability, attorney visits must be scheduled to ensure an opening. Notice must be given 24 hours before the attorney visit.

**Travel Directions**
**Destination**
Illinois Department of Human Services
Treatment and Detention Facility
1680 E County Farm Road
Rushville, IL  62681

**From Chicago, IL**
1. Take Exit 53 to I-55 S towards St. Louis.  Continue on I-55 S (148.1 miles).
2. Take the US-136 (Exit 145) towards McLean/Heyworth (.4 mile).
3. Merge onto US-136 toward McLean.  Continue on US-136 (47.4 miles).
4. Turn right onto E Dearborn St/US-136/IL-97 (1.5 miles).
5. Keep left at the fork to go on US-136 (5.7 miles).
6. Turn left onto US-24 (26.1 miles).
7. Turn right to stay on US-24 (.6 mile).
8. Turn right onto US-67 (.2 mile).
9. Turn left onto County Farm Road (.4 mile).
10. Turn right onto Horney Branch Road.

**From Springfield, IL**
1. Take IL-125 towards Beardstown (45 miles).
2. At Beardstown, IL-125 runs into US-67 (at the 4 way stop by Hardees).  Continue North on US-67 towards Rushville (9 miles).
3. Continue North through the stop light in Rushville (Hardees is on the right).
4. Turn left onto County Farm Road.  Continue on County Farm Road (.4 mile).
5. Turn right onto Horney Branch Road.


# M.     Religion

**Religious Ministry -** There are currently five chaplains who make informal service visits at least once a week.  These five are volunteers.  You may speak with volunteer chaplains in the Day Room or other approved areas at approved times.

Religious services are offered when a volunteer is available.  You may also practice your religion at any time in the privacy of your room.

You may want religious ministry from a person of your own faith.  The Religious Services Coordinator may try to assist you in getting a priest, pastor, rabbi, IMAM Chaplain, or other religious representative of your faith.

**Religious Affiliation** – In order to attend any religion specific meetings, services, groups, etc., you may need to complete a form.  Contact the Religious Services Coordinator for more information about attending services and the form.

**Religious Possessions** - You may possess religious books such as the Bible, Koran, Tanach, and prayer books.   All other religious articles (such as rosaries, Muslim Kufis, Jewish yarmulkes,

Illinois Department of Human Services Treatment and Detention Facility

Native American medicine bags, prayer rugs, etc.) must be identified by an approved religious leader and approved by the Treatment Team and Security Staff.

Religious medallions with chains must be approved by Security Staff and must meet the rules for jewelry and/or necklaces (see Appendix A).

**Religious Caps** - see Section II.G.8.

**Special Religious Events** – You may inform the Religious Services Coordinator about special religious events.

**Religious Copies** – You must pay (with points) for copies of religious documents.

## N.    Chart Copy Request

**Resident Copies -** You are allowed a copy of any DHS generated document in your chart.  One copy will be provided to you at no charge to you (starting at the date you are admitted).    You will be charged the regular rate for any extra copies.  This fee is taken from your Community Living Points.  If you would like a copy of a document that is not made by DHS or contract agencies, you need to get the copy from the agency that made the document (e.g., DOC records or police reports).  Incident reports are not part of your clinical record.  You do not get copies of incident reports.

To request copies of chart documents:
1. Fill out a **Resident's Request for Copied Documents from Clinical/Medical Chart** Form (Appendix C-11).
    a. List the document that you want copied.
    b. Include the date that the document was created.
    c. Sign and date the **Resident's Request for Copied Documents from Clinical/Medical Chart** Form in front of a witness (Staff member).

2. Fill out an **Authorization to Disclose/Obtain Information** Form (see Appendix C-12).
    a. Sign and date the form in front of a witness (Staff member).

3. Submit <u>both</u> forms to your Primary Therapist.  The Primary Therapist reviews and forwards the forms to the Team Leader, who reviews and then forwards these forms to the Health Information Services Administrator.

4. When you get the copied materials, you will sign the ***Confirmation of Documents Received by Resident*** *section* of the **Resident's Request for Copied Documents from Clinical/Medical Chart** Form (see Appendix C-11).

<u>Note</u>:  If you file a Grievance, you will get a copy of your Grievance report.  So, you do not need to request a copy of this document.  If you are referred to the Behavior Committee, you will get a copy of your Behavior Committee report.  So, you do not need to request a copy of this document.  If you request a copy of your Grievances or Behavior Committee reports, you will be

charged the regular copy rate for the extra copies.  If you request a copy of a document that has already been copied for you, put a note on the request form that states you will pay for the extra copies.

**Document Access -** Copies of documents from other agencies (e.g., police reports, DOC records, etc.) cannot be made by the TDF.  You must request the document from the agency where the document was made.


# O.    Copy Procedures

You may copy documents by using one of these methods:
1) Send copies to an outside vendor.  Complete a **Trust Fund Disbursement Authorization and Withdrawal Form** (see Appendix C-13) to pay for the copies with your Trust Fund Account.
2) Use points earned through the Community Living Points System.
3) Send materials to family, friends or attorneys to be copied.

## Copy Procedure for Legal Documents

Facility equipment is only used for copying your legal material.  Legal material is defined as: any written statement, pleading, motion, notice, subpoena, certification, affidavit, attachment or exhibit received from or sent directly to either (a) a court; (b) an attorney in connection with a legal matter which relates to your confinement or (c) an accredited law school, legal aid clinic at an accredited law school or State or local bar association.  You are <u>not</u> allowed to copy other residents' materials (papers, documents, forms, etc.).

## Legal Copy Guidelines

Legal copy guidelines are as follows:
- Legal copies will be made during the 7:00 a.m. – 3:00 p.m. shift on Monday, Tuesday and Wednesday.  Thursday and Friday will be considered make-up days for making legal copies.  See the Legal Photocopy schedule that is posted on the Unit.
- For every point available in the Community Living Points System, ten pages can be copied.  However, if you have a negative point balance, you will not be allowed to make any other TDF Commissary purchases until a positive balance is regained.  You may also pay for copies using your Trust Fund Account.
- **Residents are allowed a <u>maximum of 50 copies per week</u>.  If you want more than 50 copies in one week, you must request written approval.  Send your request to the Director of Rehabilitation Services.  In your request, you need to write the exact number of extra copies you would like and the reason for the extra copies.  The Rehabilitation Services Director forwards your request to the Program Director for review and approval.  Your request will be returned with approval or disapproval. <u>Note</u>:  All legal work may be subject to a review and/or justification of quantity at any time the Program Director requests**
- If all of your legal copies cannot fit in your property box, it will be considered excess property.

Page 31 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000143

Illinois Department of Human Services Treatment and Detention Facility

**Making Legal Copies**
To make legal copies:
1) Fill out a **Photocopy Request Form** (see Appendix C-14).

   Note:  You must fill out the top portion of the **Photocopy Request Form** before the scheduled copy day in the Library.

2) The **Photocopy Request Form** is reviewed by Staff before the materials can be copied.

   Note:  If a copy request is denied, the reason will be written on the form.  Then, the form will be returned to you.

3) You must bring your own legal copies to the Library with a completed **Photocopy Request Form** (see Appendix C-14).  You must stay in the Library until your copies have been made.

**Copy Procedures for Non-Legal Documents**
Residents can make copies for personal use.  This includes religious copies.  **However, you must** **have a positive balance in your Community Living Points System.**  If you do not have a positive balance, you will not be allowed to make copies.
- The guidelines/procedures, quantity and time schedule are the same as the guidelines for copying Legal Documents.
- Items with a copyright will not be copied.
- Questionable items may require approval before copying.
- Some examples of items that <u>cannot</u> be copied are:  coloring pages, photographs, personal addresses, articles regarding personal matters, suggestive images and nudity.
These are just some basic guidelines; each request will be handled individually.


## P.     Education and Vocation Services

The Education and Vocation Services are designed to help you find a job when you leave the TDF.  Job training goals include:  punctuality, communication, attendance, productivity, and good workplace relationships.  Other topics include: coping skills, problem solving, conflict management, responsibility, and respect for others.

We offer other topics of interest including food sanitation, custodial, maintenance, and laundry.  We also offer training in auto-detailing, clerking, inventory skills, computers and horticulture.  When it is feasible, we offer certificates in food service and sanitation, health and safety training, and floor care.

## Q.    Health Care

The Health Care Unit (HCU) is staffed 24 hours a day.  The following people are on the Health Care Team:

| | | |
|---|---|---|
| Medical Doctor (MD) | Director of Nursing (DON) | Optometrist (OD) |
| Registered Nurse (RN) | Licensed Practical Nurse (LPN) | Psychiatrist |
| Office Assistant (OA) | Medical Records Clerk | Podiatrist (DPM) |
| Dentist (DDS) | Dental Assistant | Phlebotomist |

Other professionals are available as needed.

When you arrive at the Facility, you will be called to HCU to meet with a nurse, a doctor, an eye doctor and a dentist.

The HCU primary care doctors will manage your health care, tests and consultations with specialists off site.  Your primary care doctor will determine if this is medically necessary.  Recommendations (medications, procedures, testing) from outside specialists will be reviewed by the HCU primary care doctor.  These recommendations may or may not be incorporated into your treatment plan as medically indicated.

### Medication

Medication is passed (given) four times per day.  This is referred to as Med Line.  The times that medication is passed is approximate:

- 7:30 a.m.
- 12:45 p.m.
- 4:30 p.m.
- 8:00 p.m.

Insulin is passed (given) four times per day.  The times insulin is given is approximate:

- 6:00 a.m.
- 11:00 a.m.
- 4:00 p.m.
- 9:00 p.m.

If you need medication, it is your duty to go to the Med Line when it is called.  Non-urgent, routine (as needed) medicines such as Tylenol (acetaminophen), Motrin (ibuprofen) and Maalox should be requested at the scheduled passes at Med Lines.  Medications will not be given unless they are specifically asked for.

You must show your ID badge in order to get your medications.  If your ID badge is not available, the Security Staff must verify who you are.

You need to bring your own water to Med Line when getting your medicine.

If you miss Med Line, you need to notify Security Staff on your Pod, and request that HCU be called.  The Medical Staff will determine if the medication is safe to give to you at a later time.  **Again, it is <u>your</u> duty to go to Med Line when it is called.**

Page 33 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000145

Illinois Department of Human Services Treatment and Detention Facility

All medication is given by the Nursing Staff.

## Health Care Request

If you need to see the nurse, doctor, dentist, eye doctor or foot doctor, fill out a **Health Care Request** Form (see Appendix C-15). These forms are available on the Housing Units. Once you fill out the form, you can hand it to the nurse during Med Line or turn it into a Staff member on your Unit. The Nursing Staff will triage the Health Care Requests in order of urgency. At the time of your appointment, you will be called to HCU.

Note: If you start having more symptoms, it is your duty to tell the Health Care Staff immediately.

## Tuberculosis (TB) Testing and Flu Vaccine

TB testing is done every year.
Flu vaccines are offered every year.

## Policy Regarding Eye Glasses

You are allowed one pair of eyeglasses a year if you meet one of the following criteria:
1. You do not have eye glasses and you need them.
2. Your prescription has changed significantly.
3. Your frame is broken and cannot be fixed.
4. Your lenses have a lot of scratches that make the lenses cloudy.

If you need a new pair of eye glasses before a year has passed (excluding cataract surgery), you will have to pay for the cost of the eye glasses using your Trust Fund Account. You cannot order a backup pair of eye glasses at your own cost, but you may keep your old pair as a backup (one maximum) upon receipt of your new eye glasses.

You will get a case with every new pair of eye glasses. If the original case is lost, you may buy a second case with your Trust Fund Account.

## Nutritional Supplements

Many nutritional supplements, herbal products and vitamins have significant health effects and can interact with prescription medications. In an effort to protect your safety:
1. If you want a nutritional supplement, herbal product or vitamin to be delivered to the TDF, you will need to fill out a **Health Care Request** Form (see Appendix C-15) and request a **Nutritional Supplement, Herbal Products & Vitamin Request Form** (see Appendix C-16).
2. The **Nutritional Supplement, Herbal Products & Vitamin Request Form** should be filled out by you. It should include the name and ingredients in the product. You must also write the purpose of the product requested.
3. HCU will review your request and your health profile. The Medical Staff will then determine if the product is safe for you. This decision is made on a case-by-case basis.
4. Strength or muscle building proteins or compounds will not be approved unless there is a documented medical need.

**Injuries or Emergencies**

For injuries or emergencies, please report to the Security Staff on your assigned Unit. The Security Staff will notify HCU.


# R.    Miscellaneous

**Health Insurance Portability and Accountability Act (HIPAA) – Notice of Privacy Practices (NPP)** (see Appendix C-34)

It is the duty of the Illinois Department of Human Services Treatment and Detention Facility to protect the privacy of your personal health information. The Facility will obtain your authorization to release your personal health information every time it is a rule of HIPAA regulations. Your signature will be obtained on the acknowledgement page and this page will be filed in your records. This signature means that you have received the Notice of Privacy Practices.


**Voter Registration**

You can register to vote in Schuyler County, Illinois by filling out the **Voter Registration Form** (see Appendix C-35). If you do not complete the form when you are admitted to the Facility, you can register later. If you decide to register to vote in Schuyler County, send a **Resident Request Form** (see Appendix C-8) to Liberty Staff. In the request, ask for a Voter Registration Form so that you can register to vote in Schuyler County. A form will be sent to you. Complete the **Voter Registration Form**, and return it to Liberty Staff.


**Notary Public**

If you need a legal document notarized, fill out a **Resident Request Form** requesting a notary. Submit the form to the Health Information Services Administrator.

Note:  You must sign your name in front of the notary public.

Page 35 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000147

Illinois Department of Human Services Treatment and Detention Facility

# III. Money Funds

## A.    Trust Fund Accounts

**Manager of Resident Accounts -** Your funds are managed through the Resident Trust Fund Accounting System.  You will get an account statement and current account balance each quarter.  **It is your job to keep track of your account balance.**

You <u>cannot</u> have an original birth certificate, driver's license, social security card, insurance card, or other similar documents.  Security will store your original documents. You may keep a copy of these items.  You are not allowed to have cash, checks, money orders, credit cards, debit cards, gift cards, etc.  All transactions and questions about your account must be submitted to the Business Office on a completed **Resident Request Form** (see Appendix C-8).

**Funds at Admission** – If you arrive at the TDF with cash, checks, credit cards, money orders, credit cards, debit cards, gift cards, etc., you should turn these items over to Staff.  These funds will be deposited in your Trust Fund Account.  Also, any funds you received at IDOC (e.g., current savings, final earnings from a previous IDOC job) will be deposited in your Trust Fund Account.  You should have completed a **Trust Fund Deposit Authorization** Form (see Appendix C-17) when you arrived at the TDF.  This form opens your Trust Fund Account and allows money to be put into that account.  You will receive a receipt when money has been deposited in your Trust Fund Account.  The receipt states the amount of money deposited and the person who sent the money/funds.  **Do not try to order/buy anything until you get this receipt.**

**Funds Received by Mail** - Financial gifts from family or friends must be sent by money order to the Business Office Resident Trust Fund Accounting System for deposit in your Trust Fund Account.  You will get a receipt for the amount received and deposited in your account.  **Do not use the funds (order/buy) until you get this receipt from the Business Office.**

**Disbursement Requests** – You must use disbursement requests in order to use your Trust Fund Account for buying personal items.  Once an approved Order Approval Form is received, then you can access your Trust Fund Account.  To access your Trust Fund Account:
1. Fill out a **Trust Fund Disbursement Authorization and Withdrawal Form** (see Appendix C-13).  On the form:
   a. Print the date in the **DATE:** field.
   b. Print your DHS# in the **DHS#:** field.
   c. Print your Housing Unit in the **UNIT:** field.
   d. Print your name in the **PRINT NAME:** field.
   e. In front of a Staff member, sign your name in the **Resident Signature** field, and write your DHS # in the **DHS Number** field.
   f. Ask the Staff member to sign their name in the **Staff Witness Signature** field.
   g. Print the dollar amount of the check you would like written in the **$_____** field.
   h. Print the name of the company/vendor that the check should be made out to in the

Wyatt v. Miller, et al. (23-4170) Document No.:    000148

   **made payable to_____**field.

2. Address an envelope to the company/vendor.  Don't forget your return address.  See **Delivery Address** in Section II.K.

3. Attach the **Trust Fund Disbursement Authorization and Withdrawal Form** to the envelope and submit the form and envelope to the Business Office by Sunday at 5:00 p.m.

   Note:  Exceptions may be made for special circumstances.

**Disbursement Request Guidelines**
Disbursement request guidelines are as follows:
- A separate **Trust Fund Disbursement Authorization and Withdrawal Form** (see Appendix C-13) is needed for each disbursement.
- Disbursement requests are subject to Staff approval.
- If you want to transfer funds from your Trust Fund Account into a personal checking or savings accounts, you will need to submit a **Trust Fund Disbursement Authorization and Withdrawal Form** to be processed through the Resident Trust Fund Accounting System.
- You cannot transfer funds to other residents or to the families of other residents.  These types of disbursement requests will not be granted.

## B.    Commissary
**Outside Commissary -** You may place outside Commissary orders on a weekly basis.  To place an outside Commissary order:

1. Fill out a Commissary Order Form. (Commissary Order Forms can be found on the Pods.)  Note:  Our current vendor is Swanson Services.

   Note:  Make sure you sign the form.  If you do not sign the form, your order cannot be processed.

   Note:  Once an order has been submitted, you cannot change it.  Late orders will not be processed until the following week.

2. Fill out a **Trust Fund Disbursement Authorization and Withdrawal Form**.

3. Submit both forms to the Rehabilitation Department.

4. When the Commissary Order Form and **Trust Fund Disbursement Authorization and Withdrawal Form** are received by the Rehabilitation Department, your Trust Fund Account balance is checked to see if enough money is available.

Illinois Department of Human Services Treatment and Detention Facility

5.   If you have enough money in your Trust Fund Account, the amount is taken out of your account.  If you do not have enough money in your Trust Fund Account, then the order is not placed.

6.   When the order is received, you must verify that the order is correct by signing the receipt.

**TDF (In-House) Commissary -** You may buy TDF Commissary items with points earned in the Community Living Points System.  You can shop in the TDF Commissary on a weekly basis, unless the Commissary is closed for inventory or holidays.  You are allowed to choose items and write these items on the **Life Reward Form** (see Appendix C-36).  If you decide to buy TDF Commissary items, you will sign an itemized receipt.  You will get a copy of the receipt.  The points are then deducted from your Community Living Points.  If you have a negative points balance in your Community Living Points System, items from the TDF Commissary will not be available to buy until a positive balance is reached.

Each week, you will get a receipt showing the points that have been deposited and points that have been used in the Commissary.  If you feel that there is a discrepancy in your points, you must complete and submit a **Life Reward Point Resolution** Form (see Appendix C-37) to the Rehabilitation Department within 14 days of receiving the receipt.  It is your responsibility to submit a form to the Rehabilitation Department within 14 days.

Outside and TDF (In-House) Commissary privileges may be suspended or limited for safety, security, fiscal or disciplinary reasons.

# IV. Sex Offender Treatment

<u>Note</u>: If there is something in the Sex Offender Treatment section you do not understand, ask your Primary Therapist or Treatment Team for help.

## A. Consenting to Treatment

We hope that you want to join sex offender treatment at the TDF.

The TDF offers sex offender treatment to help you:
   a.  Understand and control distorted (problem) thinking, which may lead to sexual offending.
   b.  Control your "deviant arousal" (sexual interest in things that can get you into trouble).
   c.  Avoid the problems that have led you to offend in the past.

The goal of treatment is for you to return home as a safe person who will not harm others.

There is a special treatment program at the TDF.  This program helps you if you have a hard time reading or if you have difficulty understanding.  This program is called "Specialized" treatment.  If you have trouble understanding, please tell your therapist.  Your therapist will talk to the Treatment Team and decide if you should be in the Specialized program.

**<u>Consent to Treatment</u>** – You can join treatment by signing a **Consent to Treatment Form** (see Appendix C-18).  You can join treatment at any time.  Talk to your Primary Therapist about the form.  You will not be treated until you give us your "consent."

The word "consent" means you agree to treatment.  However, before you join treatment, you must read certain forms.  These forms explain what you may learn from sex offender treatment and what could happen if you do not join treatment.  You will also be told about tests that will be given to you after you join treatment.  After you read these forms (or someone reads them to you), you must sign these forms.  Your signature means you understand what you have been told and that you are ready to begin treatment.  Just because you sign the form does not mean that you agree with everything the form says.  By signing your name, you are only saying that you understand what is on the form.  Your Primary Therapist will go over all of these forms with you and answer any questions you might have.

**<u>What Can Happen if You "Consent" to Treatment?</u>**
If you consent to treatment:
- You might learn things about yourself that may help you stop offending.
- You might learn how to control your sexual urges, which may help you stop offending.
- Your self-control might improve, which may help you stop offending.
- You might learn how to get along better with other people.
- You will earn more chances to obtain more privileges and jobs at the TDF.
- You might qualify for release at an earlier date.

**<u>What Can Happen if You Do *not* "Consent" to Treatment?</u>**

Illinois Department of Human Services Treatment and Detention Facility

If you do *not* consent to treatment:
- You might *not* learn things about yourself that may help you stop offending.
- You might *not* learn how to control your sexual urges, and you might reoffend.
- Your self-control might *not* improve, and you might reoffend.
- You might continue to have trouble getting along with other people.
- You might *not* be able to earn certain privileges or jobs at the TDF.
- You might have more trouble with the law.
- Your Treatment Team might *not* learn enough about you in order to help you.
- The court will be told that you refused treatment.  This means that you might have to stay at the TDF for a longer period of time.

**Can You Quit Treatment after you Consented to Treatment?**
Yes, you can quit treatment after you already consented.  If you do want to quit treatment, you must complete and sign a form (**Withdrawal of Consent for Treatment** (see Appendix C-19)).

Before you quit treatment, you should talk to your Primary Therapist and your Treatment Team.  Your Treatment Team will try to answer your questions and help you with any problems you may have in treatment.

Once you quit treatment, and you decide you want to get back into treatment, you will have to sign a new form (**Consent to Treatment Form**)(see Appendix C-18).  In addition, you will need to have a special meeting with the Treatment Team to discuss returning to treatment.

**Is Everything Confidential (private)?**
No, not everything is confidential.  Treatment Staff may discuss what you say or write with certain people (Treatment Team, Security Staff, judges, lawyers for the State of Illinois) without your permission even if you are *not* in treatment.  The court and the lawyers, who are working on your SVP case, will also get copies of your treatment records.

*If you want to learn more about how your treatment information could be shared with others, talk to your Primary Therapist.*

**What is Arousal Reducing Medicine?**
Some medicine can help reduce deviant sexual arousal (sexual interest that can get you into trouble).  If you want to meet with the Psychiatrist to talk about whether this medicine is right for you, ask your Primary Therapist to help you fill out a **Resident Request Form** (see Appendix C-8).

## B. Your Treatment Team

All residents at the TDF are placed on a Treatment Team.  The Treatment Team has a Team Leader, Clinical Therapists, Security Staff, and Health Care Staff.  If you are in treatment, you will have a Primary Therapist.  (Note:  Staff roles are described later in this handbook.)  If you are not in treatment, you will <u>not</u> have a Primary Therapist, but you will still have regular contact with your Treatment Team.

Right now there are four Treatment Teams at the TDF: Blue, Green, Orange and Red. Once you are put on a team, you will stay on that team. If you move to a different Housing Unit, you will not change teams.

Your Treatment Team works with you to provide you with the best course of treatment for your needs. You will have groups with all of the Clinical Therapists who work on your team. If you are in treatment, you will meet with your team every four months to go over your Treatment Plan (specific to your needs) and talk about how you are doing in treatment. This is called Staffing. Just before each of these meetings, your Primary Therapist will meet with you to help you prepare for the meeting (Staffing).

<u>Note</u>: If you want to speak to your Primary Therapist or a therapist on your team, you will need to fill out a **Resident Request Form** (see Appendix C-8). Once you have filled out the form, submit it to the Control Center on your Unit. For emergency situations, such as mental health assessments/crisis, death in family, etc., notify Security Staff, and they will notify your Treatment Team.

**<u>How do I ask for a different Primary Therapist?</u>**  - At times you may have conflicts or trouble working with your Primary Therapist. You can ask for a different Primary Therapist at your next Staffing. The Staffing may be moved up to a sooner date if the Team Leader thinks this is needed. Before asking for a new Primary Therapist, you must try to resolve any conflict. Then, you will need to tell the team why you are making this request. Decisions for changing Primary Therapists are made by the Treatment Team.


## C. Treatment Plan
**<u>What is a Treatment Plan?</u>**
A Treatment Plan is a document that lists your treatment goals. The plan is reviewed every four months at a meeting called a Staffing. In the Staffing, you meet with your Treatment Team to discuss your treatment goals. Other things that are discussed are:
1. Your treatment phase
   - Status/phase
   - Groups
2. Your testing diagnosis
   - ETTE results
   - Areas of improvement
3. Your treatment commitment
   - Interest in your treatment
   - Investment in your treatment
4. Your therapeutic alliance
   - Work with Treatment Team to reach your treatment goals
5. Your interaction with peers
   - How do you get along with others
6. Your cooperation with Staff and Facility rules

Wyatt v. Miller, et al. (23-4170) Document No.:    000153

Illinois Department of Human Services Treatment and Detention Facility

- Respectful towards Staff
- Follow Facility rules
7. Your medication compliance
   - Take your medicine
8. Treatment Plan participation
   - Assist in deciding on treatment goals
   - Aware of the content
   - Agree with the content
   - Sign the Treatment Plan
9. Next Steps
   - Where have you been
   - Where are you going
10. Any other concerns/questions

## D. Five Phases of Treatment

The five phases of treatment are:
1. Assessment
2. Accepting Responsibility (Entry)
3. Self Application
4. Incorporation
5. Transition

**Treatment Objectives Checklist (TOC) –** The TOC is a document or form that is kept in your chart. This form shows how far along you are in treatment. Each phase has goals and behavioral expectations that must be completed before you move onto the next level or phase of treatment. The goals and behavioral expectations for each phase are listed on the TOC. Your Primary Therapist will explain this form to you.

**Phase I - Assessment**

In Phase I you will learn about your past to help develop a Treatment Plan to take care of your own treatment needs. In Phase I:
- You will sign a Consent for Treatment Form.
- You will participate and complete Orientation Group.
- You will need to talk about your sexual offense history.
- Testing of reading and writing skills are done to see if you need extra help (i.e., Specialized).
- You will start your testing shortly after you begin treatment.

**Phase II - Accepting Responsibility (Entry)**

Phase II helps you take "responsibility" for your sexual offense history. This means that you will learn not to blame others for your past offenses. Phase II helps you be honest and open about your past, and this will help you in the future treatment phases.

You will learn about Thinking Errors (problem ways of thinking).  These errors may make you feel like you want to sexually offend.  For example, you may learn that it is not right to think that a person wants to have sex with you because of what they are wearing.

You will answer questions about your sexual offending history.  This includes offenses that have not been reported or for which you haven't been charged. Your answers will help your Treatment Team provide you with the treatment you need so that you can move forward.

You will write your life story and present it to your therapy group.

## Phase III - Self Application
In Phase III you will apply what you have learned in Phase II to your life.  For example, you may learn more about what may have caused you to commit prior offenses.   You will write a Relapse Prevention Plan and a Good Lives Plan.

## Phase IV - Incorporation
In Phase IV you will work on reducing deviant (bad) sexual arousal and increase proper (good) sexual arousal.  In Phase IV:
- Certain tests may be used to make sure you are reducing deviant fantasies and behaviors.
- You will learn to stop and correct Thinking Errors as soon as they happen.
- You will prepare journal entries that show both good and bad thoughts and values.
- You will also learn and practice helpful (good) lifestyle changes.
- You will create a Facility Good Lives Plan.
- You will create a Facility Relapse Prevention Plan.

## Phase V - Transition
Phase V prepares you for release into the community as a safe and responsible person.  In Phase V, you will continue working on your Relapse Prevention and Good Lives Plans.  You will practice these plans on a regular basis.  You will be held to higher standards for your behavior. You will also take active steps to get ready for release back into the community.


## E.  Three Treatment Tracks
In the Accepting Responsibility (Entry) Phase, Self Application Phase and Incorporation Phase (Phases II, III and IV), there are three sections for each one of these phases.  These sections are called treatment "tracks."  These tracks are:  Relapse Prevention (RP), Cognitive Restructuring (CR) and Journaling.

## 1.  Relapse Prevention (RP)
In this track you will list and explain all of your past sexual offending. This will allow you to learn about your past behaviors and thoughts that lead to sex offending.

You will prepare Relapse Prevention Plans and Good Lives Plans.  These plans will teach you how to avoid doing things and thinking of things that caused you to offend in the past.

Illinois Department of Human Services Treatment and Detention Facility

## 2.  Cognitive Restructuring (CR)

In this track you will learn:

- About Thinking Errors (problem thoughts) that aided you to commit sex offenses.
- To identify and change Thinking Errors.
- To be responsible for past sex offenses and deviant (bad) sexual behavior.

## 3.  Journaling

In this track you will write about your life and prior sex offenses. You will also write stories about how you will change your life to stop offending.  Your stories will be presented to your treatment group for discussion.

# F.  Levels of Programming

Treatment at the TDF happens in groups of residents and therapists who work together. There are different levels of programming in the five phases of the treatment program.

***Engagement*** – One of the levels of programming is the Engagement level.  Residents, who are new to treatment, start at the Engagement level.  Groups in the Engagement level prepare you for later treatment.  The first group in the Engagement Level is Orientation.  The Orientation group discusses how the TDF treatment program works.

Once you complete the Orientation group, you may join other groups that will teach you important skills.  You will also be in a group where you will talk about your life history.  When you and the Treatment Team feel you are ready, you will be given some tests.  These tests will help your Treatment Team better understand you.  This will help you and your Treatment Team plan for your next step in treatment.

While in the Engagement level, you may work on goals for Phase II in the Cognitive Restructuring and Journaling tracks.  In these groups, you will learn more about how treatment works at the TDF.  You will also learn about barriers that might get in the way of making good changes in your life.  You will also learn how to remove these barriers.  In addition, you will start learning about the Good Lives Plan.  You will begin to talk about things that are important to you and how to make these things happen in a positive way.

Some residents who are further along in treatment may become stuck.  Therefore, they may revisit an Engagement subject or area.

***Disclosure*** - When your Treatment Team feels you are ready for the next step, you will join a Disclosure group.  Disclosure is another level of programming.  At this level, you will work on the treatment goals for Phase II, such as Relapse Prevention.  This means talking about your sexual history and describing your sexual offenses.  You will be given at least one polygraph test to make sure you are honest about this part of your life.

In Disclosure group you will be working with the same group of residents and therapists for several hours each week.  Everyone in the group will be working on the same goals.  Some

residents find Disclosure hard.  So, you may also continue taking some Engagement groups to help you with this part of the treatment program.

***Post-Disclosure*** – Post-Disclosure is the next level of programming.  Once you pass your polygraph test and describe you sexual offenses, you move on to the Post-Disclosure level of groups.  Here you will work on Phase III and Phase IV goals, such as your Sexual Assault Cycle and Relapse Prevention Plan.  You will also work on Thinking Errors and how these errors relate to your sexual offending.

***Phase V Group*** –  In Phase V Group, you will:
- Implement your Relapse Prevention Plan.
- Determine the effectiveness of your interventions.
- Modify your Facility Relapse Prevention Plan for the community.
- Implement your Facility Good Lives Plan.
- Determine the effectiveness of your Facility Good Lives Plan.
- Modify the Facility Good Lives Plan for the community.

In addition, you will establish community supports and prepare for release into the community as a safe and responsible person.

## G. Staff Definitions

Members of the TDF Staff include the following list of job titles and descriptions.

**Program Director -** The person who directs the TDF program. This person is also known as the Facility Director.

**Medical Director** - The person who directs Health Care Services.  Nursing Services are available twenty-four hours a day, seven days per week.  *Some services are not provided unless informed consent is given* (see Appendix C-1).

**Assistant Program Director -** The person in charge of the Maintenance crew, Business Office, and work and learning programs.

**Security Director** – The person who supervises all Security Staff.

**Clinical Director** - The person who directs the treatment program, supervises the Clinical Staff and Treatment Teams.

**Associate Clinical Director** - The person who assists the Clinical Director with the treatment program and supervises the Clinical Staff and Treatment Teams, and serves as a member of the Behavior Committee.

**Director of Training and Research** – The person in charge of the Psychology training program and arranges research activities.

Wyatt v. Miller, et al. (23-4170) Document No.:     000157

Illinois Department of Human Services Treatment and Detention Facility

**Director of Rehabilitation Services -** The person who supervises the vocational and rehabilitation departments.

**Team Leader** - Someone who supervises the Clinical Staff on a team, and who works with the Security Staff to organize treatment services on the Units, and serves as a member of the Behavior Committee.

**Clinical/Primary Therapist -** The Clinical Therapist leads sex offender and other treatment groups.  Usually, two Clinical Therapists co-facilitate a group.  If you consent to treatment, then you will be assigned a Primary Therapist (who is also a Clinical Therapist).  You will meet regularly with your Primary Therapist to set goals and discuss issues and concerns about your treatment.

**Psychology Fellow** - This person's job duties are the same as the Clinical Therapist.  This person also writes and gives Entry to Treatment Evaluations (ETTEs), and supervises Psychology Interns on ETTEs.

**Psychology Intern –** This person's job duties are the same as the Clinical Therapist.  This person also writes and gives Entry to Treatment Evaluations (ETTEs).

**Recreational Therapist** - The person who leads recreational and leisure activities. Recreational Therapists are also part of the Treatment Team.

**Substance Abuse Counselor** - This person leads group and one-on-one treatment.  They focus on drug and alcohol abuse issues.  They are also part of the Treatment Team.

**Psychiatrist** - This person is a mental health doctor.  They can prescribe medicine if needed.  They participate in the Treatment Team.

**Quality Assurance Director** – The person who makes sure services at the TDF meet quality standards.

**Security Therapy Aide (STA) I -** The person who helps residents with daily living needs.  They escort and supervise residents. They maintain Unit security.  STAs serve as part of the Treatment Team.

**Security Therapy Aide II** – This person supervises STA Is and residents.

**Security Therapy Aide IV** – This person supervises STA Is and IIs and acts as Shift Commander.  In addition, this person takes care of day-to-day Facility security.

**Health Information Services Administrator** - This person releases information for both clinical and medical records.  This person also maintains the clinical portion of each resident's record.

**Executive Assistant** – This person assists the Clinical Director.

**Grievance Examiner** – This person reviews resident grievances and tries to work out problems that residents cannot fix on their own.

**Conditional Release (CR) Agent** – This person provides care, treatment, help and supervision to the TDF resident who has been conditionally released.  The role of the CR Agent is to protect the public and help residents succeed in the community.  The CR Agent also provides the resident with a successful transition from the TDF to the community.

## H. Recreation Program

**Therapeutic Activities** - The treatment program offers recreation groups on a weekly basis.  These groups encourage working with peers and Staff by using social skills.  The Recreational Therapists (RTs) offer active groups and educational groups.  RTs plan and lead groups to meet your needs.  RTs may also help you plan leisure activities.

If you would like to participate in a group that is listed on the Activity Log, submit a **Resident Request Form** (see Appendix C-8) to the RT Department.  Or, if you have a recreation therapy question, you can submit a **Resident Request Form** to the RT Department.

If you are in a recreation group, and you plan on missing the group, notify the RT before the group meets.  You can also submit a **Resident Request Form** to the RT and explain your absence.  If you have more than two unexcused absences, your name may be removed from the group roster.  Then, if you want to rejoin the group, you will need to submit another **Resident Request Form** and ask to rejoin the group.

If you want to participate in a special event presentation (e.g., talking, singing, displaying art), you must sign a participation waiver.  The waiver states that you will only present what you and the RT discussed prior to the event.

Note:  In order to wear sweat pants (this includes athletic pants made of nylon, cotton, etc.) or shorts (appropriate length) to recreational activities, the recreational activity must be active.  You can wear sweat pants or shorts to the activity, during the activity and from the activity directly back to your Unit, as long as the activity is an active activity.  For example, Basketball group is an active activity held in the Yard or Gym.  In this case, sweat pants or shorts are allowed.  However, Cards Game group is a non-active activity.  Therefore, if Cards Game was held in the Gym, you would not be allowed to wear sweat pants or shorts to this non-active activity.  Sweat pants are not to be worn as an outer garment for other than leisure time activities.  The exception would be a medical reason documented in HCU.

**DHS Recreational Yards and Gyms** - You may use the Yards and Gyms at the posted times.  Times are posted in the Day Rooms. Sports gear equipment is available for use.  Certain limits may apply based upon your Resident Management Status.  Yard may be cancelled due to weather (i.e., heat, cold, storms).  Recreational Therapists do not approve equipment requests.

Note:  If there is something in the Sex Offender Treatment section that you do not understand, ask your Primary Therapist or your Treatment Team for help.

Page 47 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000159

# V. Grievance Procedures

## A.    Grievance Procedure

You should talk to Staff before writing a Grievance.  The best way to deal with a problem is to 'talk' about the issue as soon as possible with a Security Therapist Aide (STA).  The STA will attempt to help you or tell you what to do next.

If you cannot resolve the problem after speaking to Staff, you may write a Grievance.  You should write your own Attempt to Resolve (ATR) or Grievance complaint.  Staff will help you, if needed.

<u>Note</u>:  All Grievances, ATRs and Appeals must be submitted to the Grievance Examiner.

## B.    Informal Grievance Procedure

**ATTEMPT TO RESOLVE**
**Staff Complaint or Living Unit Complaint**
**Only one complaint per ATR Form.**
**Submit ORIGINAL form in Black or Dark Blue ink (only)**

An **Attempt to Resolve** (ATR) Form (see Appendix C-21) is used when you have a problem with the Staff who assists you with your daily living needs.  You have five days from the day of the incident/event to file an ATR about a problem that took place.

**<u>To Resolve a Complaint about a Staff Person:</u>**
On the ATR Form, you will fill in your Name, Unit and Pod where you live and when the event occurred.  You need to put the <u>actual date</u> of the event.  Do not use terms like "ongoing or a few days ago."  The form will be returned to you if the blank sections on the front side are not filled out.

***Do <u>not</u> submit an ATR <u>and</u> a Formal Grievance <u>at the same time</u>***.  The ATR Form should be submitted ***first*** if the complaint is about Staff actions.  If the Grievance Examiner thinks you should file a formal Grievance instead of an ATR, the Grievance Examiner will send you a notice to do so.

Fill out the **ATR** Form:

1.  Write what happened by only stating the facts.  Write each Staff person's name that you are grieving.

2.  Put the completed **ATR** Form in the locked Unit Mailbox addressed to the Grievance Examiner.

3. The Staff person will meet with you regarding complaints about Staff attitude, Staff orders and Daily Living Activities on the Unit.  In other cases, the Staff may be able to resolve (fix) the problem without a face-to-face meeting.

4. If the **ATR** Form (see Appendix C-21) is being submitted because of problems on the Living Units, check the ***Daily Living Activities*** box.

**Examples of some Daily Living Activities are:**

| | | |
|---|---|---|
| Showers | PIN problems | Access to Shavers |
| Medication Lines (Med Lines) | Identification Cards (IDs) | Missing Laundry or like issues |
| Movement in and off the Pod or Unit | Announcements of Gym, Group, etc. | Task Sheet |
| Volume of TV/radio/games/instruments | Dress Code | Mail Distribution |
| Sign-up Sheets | Furniture (Day Room) | Window Covering |
| Changes in normal activities | Yard Schedules | Room Doors and Slider Doors |
| Meals after delivery | Court Procedures | Outgoing Phone Procedures |
| Access to supplies | Vending Machine problems | Ice Supply |
| Repairs (must be reported to Staff) | Indoor Activity Schedules | |

5. After meeting with Staff about your ATR, you will check one of the boxes:
   a. ***Resolved*** (which means the problem has been fixed)
   b. ***No*** (which means the problem has not been fixed)

6. You and the Staff person will sign and date the **ATR** Form.

   Note:  If you refuse to meet with the Staff person to talk about the problem, the ATR will be closed.  Once the ATR is closed, a formal Grievance may <u>not</u> be filed.

7. Next, the Staff person fills out the ***Staff Response*** section and sends the **ATR** Form back to the Grievance Examiner.

8. The Grievance Examiner sends you a copy of the ATR response.  <u>Note</u>:  You will have to pay for any additional copies of this response.

9. When you get a copy of the ATR response, if the ***No*** checkbox is checked, you have 15 days from the date of the response to write and submit a formal Grievance.  You must <u>attach</u> your copy of the ATR to the formal Grievance and send both forms to the Grievance Examiner.

Page 49 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000161

Illinois Department of Human Services Treatment and Detention Facility

## C.    Resident Formal Grievance

**RESIDENT FORMAL GRIEVANCE**
**Only one complaint per TDF Resident Grievance Form.**
**Submit ORIGINAL form in Black or Dark Blue ink (only)**

Complaints that do not start with actions by Staff are filed on the formal **TDF Resident Grievance** Form (see Appendix C-22).  You have 30 days from the date of the event to submit a formal Grievance.  You must sign and date the formal Grievance at the bottom of the form.  If you don't sign the form, the Grievance will be returned to you.

**The following issues may be grieved:**
1. Actions by any person that go against the TDF procedures, after the ATR process is complete.
2. The lack of a policy or procedure.
3. The way a policy or procedure is applied (put into practice or use).

**The following issues may <u>not</u> be grieved:**
1. Federal and State laws and regulations.
2. Court actions, Court decisions, or Court rulings.
3. Actions of persons who are not employees at the TDF (Facility).
4. Something you heard from another person but did not hear or see yourself.
5. Another resident's actions.  You should tell the STA Staff as soon as possible if you have a problem with another resident.
6. The same or similar issue more than once.

**<u>Grievance Instructions:</u>**

1. Fill out the **TDF Resident Grievance** Form.  The Date of Incident should be the <u>actual date of the incident.</u>

   <u>Note</u>:  The form will be returned to you if details are missing or your problem cannot be understood.

2. In the *Nature of Grievance* section, check the checkbox that matches your complaint.

3. In the *Summary* section, write a report giving facts and details about what happened.  Write the name of the person you talked to about your problem and what that person said.  If your Grievance is not clear, you may be asked to add more information.

4. In the *Relief Requested* section, write what you think should happen to solve your complaint.  If you leave this section blank, your Grievance may be denied.  <u>Note</u>:  You may <u>not</u> ask for Staff to be punished, fired, or moved to another work area.

5. Place your completed **TDF Resident Grievance** Form in the locked Unit Mailbox addressed to the Grievance Examiner.

6.  The Grievance must be sent within 30 days of the incident/event.  If not, you must give a reason why the Grievance was not filed on time.  The reason and your Grievance will be reviewed by the Program Director.

7.  Grievances may be returned to you if:
    a.  There is more than one complaint listed on the same **TDF Resident Grievance Form** (see Appendix C-22).
    b.  The Grievance is not clear or missing so many details that it cannot be reviewed by the Grievance Examiner.
    c.  There are written threats and/or name calling that does not relate to the incident. (These are rule violations that may be reported.  Then, you may be referred to the Behavior Committee.)
    d.  You do not submit paperwork showing proof of ownership when grieving lost or broken property.  Examples of proof are your Property Inventory List, Order Approval Form, sales receipt or Shakedown record (if applicable).
    e.  The Grievance is written poorly and cannot be read.
    f.  The Grievance is about another resident's actions.
    g.  You write the complaint outside the space provided.
        Note:  If more space is needed, use another form.
    h.  The same or similar issue has already been answered and nothing has changed.
    i.  Additional complaints are written in a Grievance Appeal that were not written in the original Grievance.
    j.  Additional complaints are written in a supplement to a Grievance or Appeal, when a decision has already been made at every level.

8.  The Grievance Examiner will consider the Grievance and write a response to the Program Director within 15 working days, when possible.

9.  The Program Director will make a decision in writing and respond within ten working days (when possible) after receiving the Grievance Examiner's response.  Note:  You will have to pay for any additional copies of this response.

**Emergency Grievances**

An emergency Grievance is anything that makes you feel like there is a real chance of harm (a personal injury) or other serious incident is about to happen.  And, if Staff does not act right away, the incident might not be repaired.

If the Program Director thinks you are at risk for injury or harm, the Grievance will be handled on an emergency basis.  The Program Director will respond to you within three days.  The response will inform you what has been done or will be done to resolve the complaint.

Illinois Department of Human Services Treatment and Detention Facility

## D.   Grievance Appeal of Program Director's Decision

1. After receiving the Program Director's decision, you have 30 days to file an Appeal.

2. You must file your written Appeal on the **TDF Resident Grievance - Appeal Form** (see Appendix C-23) and attach a copy of the Grievance signed by the Program Director.

3. The **TDF Resident Grievance - Appeal Form** must be signed and dated.  If you do not sign the **TDF Resident Grievance - Appeal Form**, it will be returned to you.

4. Send the **TDF Resident Grievance - Appeal Form** and TDF Resident Grievance copy to the Grievance Examiner using the locked Unit Mailbox.

5. The Grievance Examiner will mail the Appeal to the Program Administrator for review. This is the final step in the Grievance process.

6. The Program Administrator reviews the Grievance, the Grievance Examiner's response and the Program Director's response.  The Administrator may look at records or call witnesses if needed.  The Program Administrator makes the final decision on the Grievance Appeal within 45 working days (when possible).  A copy of the DHS Administrator's decision will be sent to you.  Note:  If you want additional copies of this decision, you will have to pay for the additional copies.

Note:  Pay back (reprisals or retaliation) may not be taken against you for using the Grievance procedure.

Note:  You have the right to use the Grievance process when you are on any Resident Management Status (RMS).

# VI. Prohibited Activities

Part of your treatment at the TDF is to learn to make good decisions, which would include good behavior.  Any action that demonstrates poor or bad behavior is considered a prohibited activity.  Any bad behavior that breaks the law may be reason to notify the police.  It is not always easy to recognize what is good and bad behavior.  However, if Staff instructs you stop a specific behavior, then you should stop.  If you have any question regarding a certain behavior, ask Staff before acting.  Below is a list of prohibited activities at the TDF.  <u>Please note that this list is some of the more common prohibited activities.  There may be other prohibited activities that are not listed.</u>

1. **<u>Abuse of Privileges</u>** - Violating any rule that refers to privileges at the Facility.  This includes visits, Yard, Commissary, telephone and recreational activities.

2. **<u>Aiding and Abetting, Attempt, Solicitation or Conspiracy</u>** - Helping any person involved in any of these rule violations is the same as violating the rule itself.  So is trying to commit any of these rule violations, or trying to get another to commit any of these rule violations.  Planning to commit any of these rule violations is also the same as the rule violation itself.

3. **<u>Arson</u>** - Setting fire anywhere outside or inside the Facility, the grounds or State vehicles is not allowed.

4. **<u>Battery to Any Person</u>** – Any physical force on another person, including beating or offensive touching without the person's consent.

5. **<u>Bribery and Extortion</u>** - Asking for or getting anything of value in exchange for protection, to avoid harm or injury, or through pressure is not allowed.  Giving or receiving money or anything of value is not allowed.

6. **<u>Cell Phone or Computer/Internet Usage</u>** – Receiving, possessing or using a cell phone or internet capable device is not allowed.  Homemade computers are not allowed.  You are not allowed to create, make, assemble or build a computer or similar device.

7. **<u>Communication, Misuse, or Possession of Staff Personal Information or Items</u>** - Seeking or giving out any personal information about a Staff member of the TDF is a violation of Facility rules. This would mean talking or writing anything of personal nature about a Staff person with another resident, Staff member, or visitor. This kind of activity or gossiping is very serious; it may result in a major rule violation.

8. **<u>Concealment of Identity</u>** - You may not wear a disguise or mask.  You may not act like you are someone else, or alter your identity.

9. **<u>Conference Calls/3-way Calls</u>** – Participating in a conference call or 3-way call is not allowed.

10. **<u>Contraband</u>** – Contraband is anything that is not allowed to be owned, or to be brought into or out of the Facility (see Appendix B).  Depending on the item, it can be considered major or minor contraband.

Page 53 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000165

Illinois Department of Human Services Treatment and Detention Facility

11. **Cussing and Yelling** - You are not allowed to swear, shout, yell, curse, threaten, or say anything aggressive or offensive to residents or Staff.

12. **Dangerous Contraband -** Contraband is anything that is not allowed to be owned, or to be brought into or out of the Facility (see Appendix B). Dangerous contraband includes having, making, introducing, selling, giving to others or using without authorization any explosive, acid, caustic material for incendiary devices, ammunition, dangerous chemical, escape material, knife, sharpened instrument, gun, firearm, razor, glass, bludgeon, brass knuckles, or any other dangerous or deadly weapon or substance of like character, or any object that is made to appear to be a deadly or dangerous weapon or substance.

13. **Dangerous Disturbance -** Causing, directing or participating in any action, either within the Facility or in the community that may seriously disrupt or cause danger to any persons or property, including the taking or holding of hostages by force or threat of force is not allowed.

14. **Destruction and Damage of Property** - You are not allowed to alter or damage State property or the property of others.

15. **Disobeying A Direct Order -** It is against the rules to refuse to obey Staff's orders.

16. **Disruptive Conduct or Interfering with Facility Operations** - Behavior that interferes with the smooth and orderly operation of the Facility is not allowed. This includes movement to or from the Unit, count, lock-up, or refusing to accept a room assignment, etc.

17. **Drugs and Drug Paraphernalia -** Possessing, manufacturing, introducing, selling, giving to others, or receiving alcohol, any intoxicant, inhalant, narcotic, syringe, needle, controlled substance or marijuana, or being under the influence of any of the above substances is against the rules. This violation includes medication misuse, for example the possession or use of unauthorized amounts of prescribed medication, or selling or supplying or receiving prescribed medication to/from others.

18. **E-mail and Social Networking** – Having an e-mail account or a social networking account inside or outside of the facility is not allowed.

19. **Escape -** Leaving or failing to return to lawful custody without permission will be reported to the police.

20. **Excessive Food Items** – You are not allowed to keep Dietary food items in your room for more than one day. In addition, there will be certain foods you will not be allowed to stock pile, i.e., fruit, bread, sugar. If in doubt, ask Staff.

21. **Excess Property** - You are not allowed to have more property than the TDF rules allow (see Appendix A).

22. **Failing to Maintain Appropriate Personal Hygiene** - You must keep yourself clean and groomed at all times. You must make sure your clothing gets washed on a regular basis.

23. **Failing to Notify** - Failing to let Staff know of any resident rule violation or bad behavior that happened is a violation of Facility rules.

24. **Failure to Report -** Failure to report for a scheduled work or program assignment

without good cause is not allowed.

25. **Fighting** - Unauthorized physical contact against either consenting or non-consenting persons that does not involve the use of a weapon is not allowed.

26. **Forgery** - Forging, counterfeiting or reproducing any signature, document, article of identification, money, security or official paper without authorization is very serious violation and is not allowed.

27. **Gambling** - Gambling of any kind is not allowed.

28. **Health, Smoking or Safety Violations** - Smoking is not allowed in the Facility. All eating, living and work areas are to be kept clean. Tattooing or body piercing is not allowed. Bad hygiene is not allowed. Doing anything on purpose that can spread germs, disease or cause illness is very serious and is not allowed.

29. **Horseplay** - Rowdy, loud or rough play, wrestling or physical contact is not allowed. Horseplay between residents or between residents and Staff is not allowed.

30. **Insolence** - Talking, touching, gesturing or other behavior that harasses, annoys or shows disrespect to any person is not allowed.

31. **Intimidation or Threats** - Expressing by words, actions or other behavior intent to hurt any person that creates a reasonable belief that physical, monetary or economic harm may result to that person or to another is very serious, and may result in a major rule violation.

32. **Loitering** - Loitering (stand idle or linger aimlessly) is not allowed; including in fire escape routes or entry ways.

33. **Lying/Giving False Information to Staff** - Giving false information directly or indirectly that would mislead Staff. Blatant dishonesty is not allowed.

34. **Manipulative Grooming** - Becoming friends or being friendly with a potential victim, past victim, child, or other, by mail, telephone, etc., in order to manipulate that person is not allowed.

35. **Martial Arts** - You are not allowed to practice martial arts such as Karate, Tae Kwon Do, or Judo.

36. **Misrepresentation of Personal Identity** - Pretending to be someone you are not or misleading Staff or others – verbally or in writing – is not allowed.

37. **Non-Individual Showers** - Being in the shower with another resident is not allowed.

38. **Petitions and Business Ventures** - Writing, signing or circulating a petition without authorization is not allowed. Engaging in an unauthorized business venture is not allowed.

39. **Possession of Money** - Possessing or causing to be brought into the Facility, United States currency/coins or other negotiable instruments is against the rules. This includes credit cards, debit cards, gift cards, money orders, cash, etc.

40. **Room Visiting** - You are not allowed to enter another resident's room for any reason. You are also not allowed to stand outside another resident's door in order to talk or visit. You must not take or pass items with other residents when they are in or out of their

Page 55 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000167

Illinois Department of Human Services Treatment and Detention Facility

room. You shouldn't put something in or take something out of another resident's room, whether they are present or not.

41. **Security Risk Group -** Street and prison gangs, and gang activity or colors are not allowed.

42. **Sexual Misconduct and Sexual Contact -** You are not allowed to have sexual activity or sexual contact or ask for sexual activity with other persons in the Facility. Self-gratifying sexual behavior such as masturbation can <u>only</u> occur in the privacy and confines of your own room <u>and</u> cannot be done within view of Staff or other residents, including your roommate. Touching anyone's genital area over or under the clothing, kissing, hugging, patting, fondling of any sort, including sexual activity, is not allowed. Sexual talk or participating with other residents in sexual language and comments that are offensive is not allowed.

43. **Staff Manipulation** - Attempting to bribe, convince, trick or talk a Staff member into going against the Facility, Unit, or Resident Handbook policies and procedures is not allowed. Going from one Staff member to another in order to split Staff or in order to "shop around" for an answer you like, is not allowed.

44. **Stalking** – Willful and repeated following, watching, calling and/or harassing of another resident or Staff member is not allowed.

45. **Stealing/Theft -** Taking any items from another resident, any Staff member, or any part of the Facility (including the Library, Dietary, Group Rooms, Commissary or offices) without their knowledge is not allowed. Theft is a very serious violation and could result in restrictions, limits, loss of privileges or criminal prosecution.

46. **Trading and Trafficking** - The exchange (giving, accepting, loaning, or borrowing) of any item, personal items or services is not allowed. You may not trade or traffic with any employee, visitor or resident.

47. **Transfer of Funds** - Causing money to be moved from one resident's Trust Fund Account to another resident's account; or having someone outside of the Facility place money in the account of another resident is not allowed.

48. **Unauthorized Communication -** Unapproved or unwanted communication (e.g., mail, telephone, or through other persons) with any victim or the family of any victim of sexual violence is not allowed. Unapproved or unwanted communication with Staff (except while at the Facility) or the family of Staff, or any person that has requested no further communication needs to be respected at all times.

49. **Unauthorized Movement** - Authorization is needed for all movement by residents. Unauthorized movement is being anywhere that is not allowed or being absent from where you are supposed to be. This includes going into another resident's room or stopping to talk to someone, or taking a detour when you are supposed to go directly from one place to another.

50. **Unauthorized Property** - Having, giving, loaning, getting or using property that is not allowed. This includes unapproved food or clothes, having property in excess of the limits (see Appendix A), or having or getting property not issued to you.

51. **Violation of Rules** - You are expected to obey all facility rules at all times.

Wyatt v. Miller, et al. (23-4170) Document No.:    000168

52. **<u>Written Threats or Name Calling</u>** – When filling out paper work (e.g., ATRs, Grievances, Resident Request Forms, etc.), threatening Staff or other residents or calling Staff or other residents' negative names, when it does not relate to the incident, is not allowed.

53. **<u>Other</u>** - Any other behavior or activity  that, if in the opinion of the Program Director, Security Director, or Treatment Team poses a therapeutic, fire, health and/or safety risk is not allowed.

Illinois Department of Human Services Treatment and Detention Facility

# VII. Behavior Committee, Cool Down, and Summary Restriction Procedures

## A.    Behavior Committee

When the TDF Staff sees any behavior that looks like prohibited activities or possible violations of Facility rules, you may be called to appear before the Behavior Committee. The Behavior Committee is usually made up of:
- The Associate Clinical Director or Clinical Director
- A STA IV
- Your Treatment Team Leader or another Team Leader

**Behavior Committee Procedure**
1. If you are called to appear before the Behavior Committee, you will get a **Notice of Appearance Before the Behavior Committee** Form (see Appendix C-24 and C-25). Security Staff will give you this Notice the day before the Behavior Committee Meeting.  Security Staff will witness you sign for the form.  The Notice gives the date, time and location of the incident, a brief description of the incident, and the Facility rule(s) that may have been broken/violated.

2. The Notice also lists the date and time of your Behavior Committee Meeting.  One copy of the form is given to you and one copy is kept in the Records Room.  Meetings may be held past the date and time stated on the form, but will not be held before the set time.  However, if you are on Temporary Special Management Status, you may be asked to give up/waive the Notice.  In this case, waiving your Notice allows you to appear before the Behavior Committee sooner.

3. If you are charged with a major rule violation or your third minor rule violation, you will get a **Request for Witness Interviews** Form (see Appendix C-26).  This form is given to you with the Notice.  If you choose to complete the Witness form, you must list each witness' name, tell where each witness was at the time of the incident and what each witness is going to say.  Witnesses who do not add any information or do not know about the incident might not be interviewed.

4. If you have an upcoming Behavior Committee Meeting set for a major rule violation or your third minor rule violation and you file a written request for witnesses to be interviewed, your meeting may be scheduled later than four business days.

5. Staff may talk to your witnesses first.  The Behavior Committee may talk directly to your witnesses if they think it will be helpful.  You do not have the right to call live witnesses or to talk to them at the Behavior Committee.  You can put questions for your witnesses in writing no less than 24 hours before the meeting.  The Behavior Committee will decide if they want to ask your witnesses these questions.

6. If the Behavior Committee decides that there was no rule violation, you may send a written request to the Program Director and ask that the paperwork be removed from your records.  If the Program Director removes these documents, they will not be thrown away.  Instead, they will be kept in a private file that is looked at only by the Director of the Program, the Clinical Director, members of the Behavior Committee, the Security Director, other Staff in their place and their lawyers.

7. In the event that you present an issue, claim or defense related to an event that ended in a no rule violation, any documents that were removed from your records by order of the Director can be used by the Facility Director, the Clinical Director, members of the Behavior Committee, the Security Director, their designees and their counsel in response to any issue, claim or defense asked by you.

8. Appearing before the Behavior Committee is your decision.  (However, if you are on Special Management status, and you do not appear before the Behavior Committee, your Special Management time may continue.)  On the day of your Behavior Committee Meeting, Security Staff will ask you if you want to go to the meeting.  If you choose not to go, the Behavior Committee reviews the incident and decides the rule violation, if any. If you choose to go to the meeting, you will be asked to describe what happened in your own words.  You may also bring written witness statements or statements that you write yourself.

9. You may not be allowed to go to the Behavior Committee if your behavior places you or others at risk of harm.

10. The Behavior Committee will look at all reports and listen to your description of what happened.  They may also look at the security camera tapes or shakedown slips if appropriate or indicated.  The Behavior Committee will then decide if the alleged rule violation occurred or if a lesser violation may have occurred.

11. After the Behavior Committee Meeting, you will get a copy of the **Behavior Committee Initial** (see Appendix C-27) or **Review** Form (see Appendix C-28) (the Behavior Committee's decision) by Facility mail.  Note:  If you want additional copies of this document, you will have to pay for the additional copies.

## Behavior Committee Decisions

The Behavior Committee decides the best way to address resident rule violations.  Options available to the committee include:

- Treatment recommendations
- Change of Resident Management Status (RMS)
  - A major rule violation will drop you one status
  - Three minor rule violations in a six-month period will drop you one status
- Restriction of behavior or privileges
- Any combination of the above (including all of the above)

Page 59 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:     000171

Illinois Department of Human Services Treatment and Detention Facility

**Behavior Committee and Special Management Status**

If you are on Special Management Status, and the Behavior Committee decides that you should remain on Special Management Status, you will get written notice of your next review date. This review date will be written at the bottom of the Behavior Committee Initial or Behavior Committee Review Form.

While you are on Special Management Status, your incident and behavior will be reviewed every two days, until the Behavior Committee decides you are safe to be removed from Special Management Status. You will have the choice to attend your Review(s) to discuss the incident and your behavior. However, if you do not appear before the Behavior Committee, your Special Management time may continue.

When you are taken off of Special Management Status, you may go to Close Status. This means that you may stay on the Special Management Unit (Unit F) or you may return to your Housing Unit and serve your Close time in a special jumpsuit. If you serve your Close time on Unit F, then once you finish your Close time, you will return to your regular Housing Unit. If you get a major rule violation for the incident, you will then drop down one Resident Management Status.

If you do not agree with the Behavior Committee's decision, you should talk to your Primary Therapist first. Then, if you still disagree with the decision, you can appeal the Behavior Committee's decision to the Program Director (see Behavior Committee Decision Appeal – Section VII.B.).

## B.    Behavior Committee Decision Appeal

If you have already talked to your Primary Therapist regarding the Behavior Committee's decision, and you still disagree with the decision, you can appeal the decision. Below are the steps to appeal the Behavior Committee's decision:

1.    You have five days after you get the Behavior Committee's decision to submit a written appeal to the Program Director.

2.    In order to submit an appeal, you will need to complete a **TDF Resident Grievance** Form (see Appendix C-22).

    Note: The Appeal must be the same issue that was discussed in front of the Behavior Committee.

    On the **TDF Resident Grievance** Form:
    - Check the ***Behavior Committee Appeal*** checkbox.
    - Enter the date in the ***Report Date*** field.

3.    Attach the **Notice of Appearance Before the Behavior Committee** Form (see Appendix C-24 or C-25) and the **Behavior Committee Meeting Initial** (the Behavior Committee's decision) (see Appendix C-27) to the **TDF Resident Grievance** Form.

4.      Address the Appeal to the Grievance Examiner.

5.      Put all three forms in the Unit mailbox to be mailed to the Grievance Examiner.

        <u>Note</u>:  If you do not follow this procedure or if you fill out the form incorrectly, the Grievance Examiner will send the Appeal back to you.  You will then need to fix the Appeal and re-submit it to the Grievance Examiner.

6.      Next, the Grievance Examiner will send the Appeal to the Program Director.  **The Program Director makes the <u>final</u> decision about the Behavior Committee Appeal.**

7.      A copy of the Program Director's decision will be sent to you.  <u>Note</u>:  If you want additional copies of the decision, you will have to pay for them.


## C.      Cool Down Periods

Cool down periods are offered to residents who are having a behavior problem.  The cool down period allows you to calm down and think about your behavior. A cool down period is not a punishment for your behavior. The cool down helps you regain control of your behaviors and feelings so that you can safely get along with others on the Unit.  If you are experiencing a behavior problem:

- Security Staff might offer you a cool down in your room. If you do not accept the cool down, Security Staff might place you on Temporary Special Management Status.
- Security Staff (usually a STA I or STA II) informs the STA IV about the incident, the cool down period, and the Temporary Special Management Status (if any).  The STA(s) writes an incident report and might also write a progress note in your chart.
- If you accept the cool down period, regular wellness checks will be conducted.  Security Staff will talk with you to see if you are a threat to yourself or others.  If you are not a threat to yourself or others, the cool down will most likely end.  If you do not talk to Security Staff, they will not know if it is safe for you to come off of the cool down or not. If you are still upset after a couple of hours, your cool down may be longer.  You may also be placed on Temporary Special Management Status until the Behavior Committee can see you.
- If Security Staff decides you can control your behavior when they come to talk to you, then the cool down will be over.
- All incidents are checked by the Program Director or his/her Staff for possible referral to the Behavior Committee.  The Program Director will decide if you should be seen by the Behavior Committee for the behaviors that led to your cool down.


## D.      Summary Restriction

Some behavior problems do not escalate to a cool down.  Instead they can be dealt with through a Summary Restriction.  If Security Staff sees a resident with bad behavior, the Security Staff will offer the resident a **Summary Restriction Form** (see Appendix C-29).  If you are offered a Summary Restriction and you accept it, you will most likely <u>not</u> be sent to the Behavior

Page 61 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:      000173

Illinois Department of Human Services Treatment and Detention Facility

Committee, and no rule violation will be put in your record.  The purpose of the Summary Restriction is to allow you to take responsibility for bad behaviors by accepting a restriction of some privilege instead of a rule violation.

If you show bad behavior such as insolence, disobeying a direct order, violating Facility rules, or other prohibited activities, the STA observing that bad behavior will tell you to stop.  If you do not stop, any STA seeing the bad behavior again will tell you to stop the bad behavior and will offer you a Final Notice and Summary Restriction.

If you **accept** the Summary Restriction, the STA will ask you to sign the **Summary Restriction Form** to show that you have received/accepted the Summary Restriction.  If you **do not accept** the Summary Restriction, the STA writes down your bad behavior.  They also write down your refusal of the Summary Restriction in an incident report.  Once the incident report is reviewed, you may be called to appear before the Behavior Committee.

# Appendix A: Property

<u>Note</u>:  Property information, rules and routines change from time to time.  When these changes occur, we will notify you.

<u>Note</u>:  You may not have more property than can fit in your allowed property box(es).  (See Appendix A, Section D. Property Items for All Residents, Recreational and Miscellaneous Items.)  This does not include electronic items, coats, and jackets.

## A.    **Personal Property**

1.  **<u>Property on Arrival</u> -** When you arrive at the TDF, Staff will inventory all of your personal property.  This includes a description of any valuables.

    Items that are considered contraband are unapproved property.  These items will be removed.  Prohibited items are unapproved.  They will also be removed.  You have 60 days to dispose of the unapproved property.  This includes excess property (this is more property than is allowed).  Your property can be sent out to family, sent to charity, stored off-site at your expense, discarded, etc.

    Allowed items are marked with your name.  These items are held until you have completed the admission process.

    You will get a **Personal Property Receipt** (see Appendix C-30) for your property.  Any cash, checks or money orders are deposited in your Trust Fund Account.  You will get a receipt for these funds.

2.  **<u>Damaged or Worn-Out Property</u> - <u>You</u>** are expected to keep all personal property in good condition.  Property that is broken or worn out will be disposed of.  "Worn out" property means any electronics, clothing, or articles that are damaged or worn beyond repair.

    You may get rid of damaged or worn property items or other items.  You must fill out and sign an **Excess Items Handling and Disposal Form** (see Appendix C-7).  On the form, you must indicate that the item is being disposed.  This form is sent to the Property Coordinator to update the records.  The Property Coordinator will call you to bring the item to them.

3.  **<u>Electronic Repair Program</u>** –This program is designed to extend the life of existing equipment.  The program provides small, minor repairs and adjustments.  If you use this program, you assume all liability, risk and responsibility.  The Staff or Facility will <u>not</u> be responsible for replacing any electronic devices or parts.  Basic information about the program:
    *   Hours of operation are day shift.

Page 63 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000175

Illinois Department of Human Services Treatment and Detention Facility

- Days of operation will vary.
- In order to use this program, fill out the top part of the **Electronic Repair Program Equipment Request Form** (see Appendix C-20).
    a. On the form:
        i. Print your name
        ii. Sign your name.
        iii. Write the location.
        iv. Write the model/serial number of electronic equipment.
        v. Write the problem/why it will not run/work.
    b. Send the form to Maintenance.
- You must purchase your own parts and equipment. The Facility will <u>not</u> purchase any parts or equipment for your repair work.
- You must sign a disclaimer for every request you submit. You will sign the disclaimer (bottom of the **Electronic Repair Program Equipment Request** Form - see Appendix C-20) at the time you pick up your electronic equipment.
- Direct all of your questions and issues to Maintenance or the Rehabilitation Department.
- This program is offered when possible. If the Facility does not have the resources to fix the electronic device, the repair will not be performed.

4. <u>**Lost or Stolen Property**</u> - If property is lost or stolen, you must report it to Staff. Staff will complete and process an incident report. Security may start an investigation. In some cases, Security might request a six-month waiting period before allowing the item to be replaced.

5. <u>**Unlisted Property**</u> - All personal property should be marked with your name. Your personal property should also be listed on your Property Inventory List. Staff will confiscate any property that is not listed on your Property Inventory List. This property will be held for further investigation.

6. <u>**Property Left in Common Areas**</u> - You are in charge of your personal property. Personal property should be left in your room. Personal property left in common areas will be taken by Staff and may be disposed of.

7. <u>**Electronic Equipment**</u> - You may have up to five electronic items. Electronic equipment includes television set, clock, stereo/radio, clock radio, cassette player, DVD player, PlayStation 2, typewriter, and other approved items.

You may have <u>only</u> one 6-foot cable cord per electrical equipment. No extra cords are allowed. Only one remote control is allowed for each electronic device. Universal remote controls are allowed. Splitters are not allowed.

If you are on the proper Resident Management Status (RMS), you may have a musical instrument in your room. A musical instrument with an amp must be equipped with a headphone jack and headphones and must be used in your room and/or Day Rooms. Microphones are prohibited. Electronic transmitters of any kind are not allowed.

Wyatt v. Miller, et al. (23-4170) Document No.:    000176

Electronic items may not measure greater than 28 inches in any dimension.  Specific types and sizes of electronic equipment are shown in Appendix A, Section D.

**Radio/Stereo**
You may have one stereo or one portable radio.  You may not have both.
- Item must not be larger than 28 inches.
- No woofers are allowed.
- No external recording devices are allowed.
- No more than two speakers are allowed.

**Television**
Television sets may not be larger than 22 inches. Rabbit ear antennas are <u>not</u> allowed.  If antennas are broken, they must be given to Staff.  You may connect your television to the Facility's television system.

**Gaming Systems**
Gaming systems are <u>not</u> approved items (except for one PlayStation 2 with the appropriate status).  Therefore, you are not allowed to order or buy gaming systems.  However, if you were on the appropriate status when gaming systems were banned, you were allowed to keep your gaming system as long as you remained on the appropriate status and the gaming system remained operational.  However, if you drop to an unapproved status, then the gaming system will be removed.  You will be offered the option of sending the item out of the Facility or directing Staff to discard it.  If, for any reason your gaming system is sent out of the Facility, it will not be allowed back in to the Facility.

**PlayStation 2**
Only PlayStation 2 systems that are under warranty and need repair will be permitted to leave the Facility for repair and allowed to return.  The device will be inspected by the TDF Staff upon return into the Facility.  PlayStation 2 gaming systems, which are not under warranty, will <u>not</u> be allowed back into the Facility.  Also, anyone who is on the correct status for having a PlayStation 2, will be allowed to keep it as long as they remain on the correct status or higher status.  If your status drops below the approved status, then the gaming system will be taken.  However, the PlayStation 2 will be returned to you if you return to the correct status.

**Cassette Tapes, VHS tapes, CDs, DVDs, Video Games**
If you are on the appropriate status, you may have up to a combined total of 25 cassette tapes, VHS tapes, CDs, DVDs, and video games.  None of these can be blank, recordable or re-writable.  None of these can be on the **Restricted Video Games and Movies** Lists.  You may borrow from the DHS/TDF Video Library according to the procedure.

**VCR or DVD Player**
If you are on the appropriate status, you may have one VCR or a DVD player.  The VCR player must be front loading and use VHS tapes only.  <u>DVD players or any other electronic device with a hard drive or internet capability are **not** allowed</u> (excluding

Illinois Department of Human Services Treatment and Detention Facility

typewriters and a one GB flash drive purchased through Commissary for legal work). Blank, recordable, re-writable VHS tapes or DVDs are not allowed.

You may have one set of headphones made of plastic, and one 10-foot headphone extension. You may have one State-issued extension cord in your possession per room. However, you may buy one additional extension cord (no longer than 6 feet).

**Video Games and Movies**
R-rated movies and MA-rated video games are allowed if they are <u>not</u> on the **Restricted Video Games and Movies** Lists. (<u>Note</u>: These lists are posted on the Pods.) All un-rated movies, NC17-rated movies, X-rated movies, or higher are <u>not</u> allowed. The movie must be rated by the Motion Picture Association of America (MPAA). The only exceptions are movies released prior to the MPAA rating system (1968) that are general, non-graphic movies. However, Staff has the right to refuse acceptance of movies from this time period if they appear questionably violent or sexually explicit.

When renting movies from an outside vendor, such as Netflix, Blockbuster, etc., only PG-13 rated movies or lower can be ordered. No R-rated movies.

DVD collections of network and basic cable television series are allowed. Series or original movies from Showtime, HBO, Cinemax, Starz or other pay movie channels are **not** allowed.

AO rated, Demo, and Rating Pending (RP) video games are <u>not</u> allowed.

If a movie or video game appears to have some questionable content, Staff may take the movie and/or video game for review.

**Miscellaneous**
You are notified of any electronics that are not allowed. Then, you have 60 days to plan to dispose of it. After 60 days, non-permitted property is removed from the Facility.

All equipment must be used with headphones during "quiet time" (10:30 p.m. to 7:15 a.m.). If the equipment is not used with headphones, Staff can take it.

Battery operated electronic equipment may be taken to the Yard only; walkmans with headphones may be taken to the Gym area. Musical instruments cannot be played in the Day Room. The exception is electrical instruments with headphones.

<u>Note</u>: You are not allowed to create, make, assemble or build a computer or similar device. If a homemade computer or similar device is found, it will be taken.

<u>Note</u>: Any altered equipment is contraband and will be taken by Security.

Note:  Any electronic devices that are internet capable or have internal storage capability (e.g., DVD players, flash drives with more than one GB, and gaming systems) are not allowed.

Note:  Blank, recordable/re-writable cassette tapes, VHS tapes, DVDs, CDs, and flash drives (except a one GB flash drive purchased through Commissary for legal work only) are not allowed.

Note:  All electronic devices can be inspected by the TDF Staff at any time.  If a device contains unauthorized programs, images, data, applications, communications or other media, it will be taken.

8.  **Storage Boxes** - You are allowed one State-issued property box and one State-issued legal box to keep your property in. You may buy one additional property box that does not exceed 33 gallons.  You may also request one additional legal box to keep in the locked Property Room.

9.  **Excess Property** - Any items that cannot be stored in your property box are considered excess property (besides the allotted electronics).

Residents have 60 days to dispose of the excess (e.g., arrange for property to be sent to family, sent to a charity, stored off-site at your expense, discarded, donated to the State Loan Program, etc.)  After the 60 days, the Facility will dispose of the items(s).

10.  **New Property** - You should make sure that items are included on the list of approved articles before you buy them. You must follow the **Resident Ordering Procedure for Outside-of-Facility Items** (see Appendix A. Procedure B.) to get new property. When ordering new property, you must stay within property limits.

11.  **Temporary Property Restriction** - Possession or use of personal property may be temporarily restricted for safety and security reasons or to address behavioral problems.

Other items may be permitted if you are on Intermediate Status or in the Transition phase of treatment.  However, the Treatment Team <u>and</u> the Program Director must approve the request.


## B.    Resident Ordering Procedure for Outside-of Facility Items

If you would like to order items from outside of the Facility, you must follow the procedure below:

1.  Send an **Order Approval** Form (see Appendix C-31) to the Property Coordinator.  On the form, list the item(s) you want to order with a detailed description of each item.  The Property Coordinator checks to see if you have the Resident Management Status needed for ordering the item(s).  The Property Coordinator makes sure the vendor is on the Approved Vendor List.  If the listed item(s) are from a vendor that is either not approved or that needs a higher status level, the Property Coordinator informs you that the order cannot be placed.

Illinois Department of Human Services Treatment and Detention Facility

Note:  When requesting any type of electronic equipment, a picture from the catalog and description of the item must be submitted with the **Order Approval** Form.

Note:  Vitamins, proteins, herbal supplements, etc. must be approved by the Facility's medical doctor before you can order them (see Appendix C-16).

2.  The Property Coordinator checks your Property Inventory List to make sure the order will not go over your property limits. If the order goes over your property limits, the Property Coordinator and you will come up with a plan.  The plan will be to send the excess items home at your expense, throw away the excess item(s) or change the order.  You must bring the excess item(s) with you to get the order.  If you do not bring the excess items with you, then you will not get the new items.

3.  If the item(s) does not meet either security or Resident Management Status levels, the Property Coordinator marks "Denied" on the **Order Approval** Form.  If the security or Resident Management Status level is met, then the Property Coordinator marks "Approved" on the **Order Approval** Form.  You must remain on the proper status to receive approved items.  If you are on the proper status at the time of the order, but you fall to an in-proper status before the order comes in, the item will be sent back out.

4.  The Property Coordinator keeps the original **Order Approval** Form, and two copies are sent to you.

5.  You will send a copy of the **Order Approval** Form along with the Order Form to the Business Office to determine if you have enough money in your Trust Fund Account.  If you do not have enough money in your account, the Business Office sends the order back to you and tells you that you do not have enough money in your Trust Fund Account.   No orders will be placed or accepted when there is not enough money to pay for them.

6.  When vendor sends the order to the Facility, the package is processed by Personal Property.

Note:  Packages that come into the Facility <u>without</u> an approved **Order Approval** Form on file will be denied and sent back out at the resident's expense.

7.  The Property Coordinator then hands the packages to the residents.  All packages must be opened in front of the Property Coordinator and Security Staff.  All cassette tapes, CDs, DVDs, video games, etc. must be in factory-sealed packages. These packages cannot have been opened or tampered with.  No homemade or burnt media is allowed.  No DVD/R, no DVD/RW, no CD/R, and no CD/RW (blank, recordable or re-writable) are allowed.  If these items do not meet these rules, then the items will be returned to the sender at the resident's expense.  The packages are checked for contraband.  If contraband is discovered, it is taken.

Note:  If contraband is found, the entire package can be sent back out at your expense.

8.  Next, if you are on the proper status to receive the item, you will sign a form.  Your signature means you got the package and that the items are in good condition.  If any of the items are

damaged, or if you are not on the proper status, the package will be returned to the vendor. Then, the Property Coordinator tells the Business Office about any returned items. The approved items are given to you to be taken to your room. If the package contains unapproved items, you have the choice of either throwing the items away or returning the items to the vendor at your expense.

Note: If you are on the correct status when you order the item, but when the item arrives you are no longer on the correct status, then the item will be sent back out.

9. You must obey the limits of property. If adding a new item(s) means that you'll be going over the property limits, you must bring an item(s) to get rid of. You then complete the **Excess Items Handling and Disposal Form** (see Appendix C-7). On the form you state if you want the items thrown away, sent to a provided address at your expense, or donated to the State Loan Program. The Property Coordinator will update your Property Inventory List. The original **Excess Items Handling and Disposal Form** is filed.

Note: The ordered item needs to meet with the Facility rules in the Resident Handbook. Items will be reviewed upon arrival. The order can be refused if the item doesn't meet the Facility guidelines.


## C.      Excess Items Handling and Disposal Procedure

If you have excess items, then you will need to follow the Excess Items Handling Procedure below:

1. Fill out the **Excess Items Handling and Disposal Form** (see Appendix C-7) when you are:
   - Over the allowed property limits.
   - Replacing old items with new items.
   - Donating to State Loan Program.
   - Throwing away excess items.
   - Mailing out excess items.
   - Sending out items on a visit.

2. On the **Excess Item(s) Handling and Disposal** Form, you must list all items with the description of each item. This includes the model name and model number of each item.

3. On the form, mark the requested method of disposal. Sign and date the form.

4. If you are ordering a new item to replace a current item, the original **Excess Items Handling and Disposal Form** should be attached to the original **Order Approval** Form (see Appendix C-31). You send both original forms to the Property Coordinator. The **Excess Items Form** will be compared to your Property List to verify that the item is your property. The Property Coordinator will approve or deny the request. Copies of the **Excess Item(s) Handling/Disposal** Form and the **Order**

Illinois Department of Human Services Treatment and Detention Facility

**Approval** Form are sent to you. When your package arrives, you will bring your excess items to the Property Coordinator in exchange for any new item(s).

5. If you are sending items out with a visitor, you must attach the approved original **Excess Items Handling and Disposal Form**.  This is then sent to Administration for processing.

   The original **Excess Items Handling and Disposal Form** and one copy are sent back to you.  On the day of the scheduled visit, you will give the <u>original</u> **Excess Items Handling and Disposal Form** and the excess items to Security Staff.  Security Staff places the form and the items in the Security Office.

   Electronics - If you want to send out any electronics during a visit, the **Excess Items Handling and Disposal Form** should be sent to the Property Coordinator before the visit.  The Property Coordinator will ask you to bring the electronic item.  The electronic item will be checked with the Property Inventory List to determine if it is the correct item.  If it is the correct item, it will be removed from your Property Inventory List.  At this time, your **Excess Items Handling and Disposal Form** will be signed and the electronic item and **Excess Items Handling and Disposal Form** will be brought to Entry Control before the visit.

   After the visit, the visitor signs the **Excess Items Handling and Disposal Form**. The Property Coordinator signs the **Excess Items Handling and Disposal Form** when the excess items are given to family.  The Property Coordinator places the original **Excess Items Handling and Disposal Form** in the Shift Office in the Property Mailbox.

6. No order will be made until you have an <u>approved</u> **Order Approval** Form returned to you from the Property Coordinator.  If you order something without prior approval, your order will be sent back.

7. **Order Approval** Forms are valid for 90 days from the date approved by the Property Coordinator.

8. You must be on the proper Resident Management Status for the items ordered at the time that the Property Coordinator gets your **Order Approval** Form and receives your ordered items**.**

9. The Property Coordinator updates your Property Inventory List.

## D.    Property Items for All Residents
### Clothing Wearable Items

| Item | Item | Item |
|---|---|---|
| Shirts/Sweatshirts (7) | Winter coat (1) | Eye glasses (1 pair).  These are provided by the State. |
| Pants/Sweat pants (7) | Light jacket (1) | Wrist watch (1) |
| Shorts (3) (appropriate length) | Bathrobe (1) | Handkerchief (2) (must be completely concealed inside your pocket) |
| Undershorts (7) | Appropriate pajamas (1 set) (to be worn on the Pod only) | Doo rag (1) (to be worn in room only) |
| Undershirts – solid color (7) | Thermal underwear (2 top/ 2 bottoms) | Stocking cap (1) (approved, unaltered, black) |
| Socks (7) | Winter gloves (1 pair) | Workout gloves (1 pair) |
| Baseball cap (1) (approved, unaltered, no personal writing or painting) | Belt (1) | Suspenders (1) (plastic clasp) |
| Shoes/Boots/Sandals (3 pairs total).  Socks must be worn with sandals. | House shoes (1 pair) (Can be worn on the Pod without socks.  If house shoes are worn off of the Pod, you must wear socks.) | Shower shoes (1 pair)(Can be worn on the Pod without socks.  If shower shoes are worn off the Pod, you must wear socks.) |
| Wedding Ring (1) (You must be married to wear a wedding ring.) | Necklace (1).  The length cannot be 2 inches longer than the measurement of your neck.  The necklace cannot be thicker than ¼ inch thick | Hearing Aides (1 set). These must be prescribed by the State and meet HCU rules and regulations. |
| Sun glasses (1 pair) plastic <br> Note:  Sun glasses are not allowed to be worn inside the buildings. | | |
| Set of clothing for court appearances to be kept in Property Room (1 shirt, 1 pant, 1 tie, 1 dress shoes, 1 suit coat or dress coat).  You must provide hanger and garment cover. | | |

### Hygiene Items

| Item | Item | Item |
|---|---|---|
| Bar Soap (4) | Toothbrush (2) | Lotion (1) |
| Shampoo (2) | Deodorant (2) | Toilet paper (6) |
| Toothpaste (2) | Comb/Brush (1) | Plastic hangers (16) |
| Nail clipper (1) no file (must be purchased in Commissary) | Toe nail clipper (1) no file (must be purchased in Commissary) | Magnetic Mirror (1) |

Page 71 of 79

Wyatt v. Miller, et al. (23-4170) Document No.:    000183

Illinois Department of Human Services Treatment and Detention Facility

### Linen Supplies

| Item | Item | Item |
|---|---|---|
| Blanket – Twin (2) | Pillow (1)<br>Purchased Pillow (1) | Bath towel (2) |
| Comforter – Twin (1) (only if you have 1 blanket) | Pillow cases (2) | Hand towel (2) |
| Flat sheets (4) | Laundry bag (2) (1 for dark clothing, 1 for light clothing) | Wash cloth (2) |

### Writing Supplies

| Item | Item | Item |
|---|---|---|
| Address book (1) | Envelopes (25) | Manila file folders (25) |
| Pencils/color pencils (12) | Blue/red/black pens (12) | Greeting cards (25) |
| Personal letters (25) | Mail labels (100) | Paper (4 tablets) (100 sheets) |
| Ruler – flexible plastic (1) | Highlighters (3) | Typing paper (500 sheets) |
| Postage stamps (30) Postage stamps must be received directly from U.S. Postal Service. | Water base color markers (12) | 3 ring binders (plastic, no metal) |

### Electronics

| Item | Item | Item |
|---|---|---|
| Fan 12" (plastic blades) (1) (no metal) | Typewriter ribbons (6) | Headphones with 10' extension (1) |
| Clock (1) | Clock/Radio (1) | Flash Drive 1GB (for legal material only) purchased through Commissary. |
| Musical Instrument (1) (Int A)* | Desk Lamp (1) | State-issued extension cord (1) Purchased extension cord 6' (1) |
| Television 22" (1) (Close) | Electric Razor (1) – **for shaving only** (General) | Typewriter (1) (General) |
| VCR/DVD combo (1) (Int B) No recording device or hard drive. | Radio 28" (1) (General) **or** (not both) Radio with CD player (stereo) 28" (1) 2-speaker system only. (Int B) No recording device or hard drive. No woofers. No microphone. | Handheld Cassette Player (1) (General) **or** (not both) Handheld CD Player (1) (Int B) No recording device or hard drive. |
| PlayStation 2 Video Game System (1) (Int B) No recording device or hard drive. | PlayStation 2 Memory Card (1) (Int B) | Television/DVD combo 22" (1) (Int B) No recording device or hard drive. |

Wyatt v. Miller, et al. (23-4170) Document No.:     000184

| VCR/DVD Head Cleaner (1) (Int B) No liquid | Video Game Controller (2) (Int B) | |
|---|---|---|
| Cassette tapes, VHS tapes, CDs, DVDs, Video Games (25 combined total). These cannot be blank, recordable or re-writable. These cannot be on the Restricted Lists. (Int B) | | |

\* Musical instruments are <u>not</u> considered to be electronic equipment. You will need Security and the Treatment Team's approval in order to have a musical instrument. Musical instruments with amps must be equipped with a headphone jack and headphones. Headphones must be used in your room or Day Rooms.

### Recreational and Miscellaneous Items

| Item | Item | Item | |
|---|---|---|---|
| Art supplies – per approval | Books (10) | Board games (4) | |
| Completed Art projects (5) (must be approved) | Magazines/Newspapers/Periodicals (10) | Dominoes (1) | |
| Posterboard (not group related) (1) | Rug/Prayer rug (1) | Photo album/stamp album (must be approved) (2) | |
| Jigsaw puzzles (1) | Spools of thread (500 yards, 3 ply or less each) (5) | Playing cards, Uno, Skip-Bo, Pinochle (2 decks) | |
| Yarn (6 lbs) (hooks must be checked out weekly from the Recreation Department) | Mug/cup (plastic) (2) (32 oz. maximum) | Paint (12) Must be issued in tubes and water base | |
| Sewing kit (1) No scissors allowed. | Prescription drugs issued by DHS doctor only. Must have Resident Name, DHS # and Expiration Date | Paint brushes (5). Must be no longer than 8 inches. | |
| Property Box (4). This includes: <br> • One State-issued personal property box <br> • One State-issued legal box <br> • You may request one additional legal box to be stored in the Property Room. <br> • You may buy one additional property box that does not exceed 33 gallons. | Loose Photographs and drawings (40). These items: <br> ○ Cannot be displayed in unauthorized places in your room. <br> ○ Cannot be pornographic material. <br> ○ Cannot be of nudes. Cannot be of prior victims or of people who fit your victim profile. <br> ○ Cannot be of other residents. <br> ○ <u>Note</u>: Photos or drawings will be taken if they do not meet the rules. | Facility Band (Int A) <br> <u>Note</u>: You must be on Int A status in order to join the Facility Band | |

Illinois Department of Human Services Treatment and Detention Facility

### E.      Approved Vendor List

As of this writing, these vendors are approved and have business agreements with the TDF. These vendors accept checks issued by the TDF's Trust Fund Account.  Vendors may be added or subtracted to this list.

| | |
|---|---|
| Swanson | J.L. Marcus |
| Music by Mail | JC Penney |
| Sears | Musicians Friend |
| J&R Music World | Dick Blick |
| Eastbay | Pack Central |

Residents on Close Status may only order from the TDF Commissary.

# Appendix B: Contraband List

Contraband is any item that is <u>not</u> allowed by criminal law, DHS or Facility rules, or posted notices and any item you do not have permission to have.  Your property must not exceed the Facility property limits (see Appendix A).  This includes any object or food product that is a treatment, fire, health, and/or safety risk.  Some examples of dangerous contraband are:  any explosive, acid, caustic material for bombs, ammunition, dangerous chemical, knife, sharpened instrument, gun, firearm, razor, glass, bludgeon, brass knuckles or any other dangerous or deadly weapon or substance of like character, or any object that is made to appear to be a deadly or dangerous weapon or substance.

The items below are considered contraband (<u>not</u> allowed):

- Weapons or explosive devices (guns, knives or any item that could cause great bodily harm).  Counterfeit weapons or explosive devices.

- Items made into weapons, or objects that could be used as or shaped into a weapon.

- Any **altered** property which can be made into a weapon, or any property not being used for its design or its initial purpose.

- Metal objects which can be made into weapons, including empty metal food or beverage cans, containers, or steel, aluminum, tin or other metal objects.

- Ammunition.

- Lighters, matches, candles or other incendiary devices/materials.

- Any other item that, in the opinion of the Security Director or Treatment Team, poses a therapeutic, fire, health and/or safety risk.

- Any type of wire, wire rope, rope, twine, zip ties, string (unless with or approved essential musical instrument string), etc.

- Rope, string, shoestring or any other material used as a clothesline in your room is not allowed. Any other item used as a clothesline and/or shelving, and not for its intended use, will be considered contraband.

- Razor or razor blades not issued by the Facility, or possession of razors or razor blades outside the authorized shaving time period.

- Needles (except sewing needles), pins, tattooing devices, hypodermic needles, or syringes.

- Paper clips.

- Nail files (except finger nail and toe nail clippers bought from Commissary only).

- Scissors.

- Key(s).

- Dental floss (unless issued or authorized by the Facility).

- Flammable or combustible liquids.

- Tobacco products of any kind, including smoking, pipe or chewing tobacco or cigars.

- Insecticide or similar materials.

- Aerosol cans.

- Toxic or unsafe materials or chemicals.

- Petroleum based liquids.

- Aluminum foil, plastic wrap, Styrofoam.

- Wax, clay, or any substance that could be used as a mold.

- Glass or glass objects (other than eyeglass prescription lenses).

- Any type of glue, adhesive, masking tape, or stickers.

- Alcoholic beverages (distilled spirits, beer, wine, "hooch," etc.).

- Drugs or medications not issued by DHS doctor. Medicines must have your name, DHS # and expiration date.

- Drug paraphernalia.

- Any kind of fresh or dried flower, plant or weed.

- Cash, any type of check, bank drafts, money orders, debit cards, credit cards, document or instrument thought to have monetary value.

- Free gifts from vendors.

- Any type of plastic or metal card or instrument intended for use other than designed.

- Personal identification cards other than those issued by the Facility (e.g., membership card, driver's license, etc.).

Illinois Department of Human Services Treatment and Detention Facility

- Travel tickets (e.g., airline, train, bus, etc.).

- Road maps or GPS enabled devices or maps of surrounding area.

- Any type of jewelry other than a wedding ring (you must be married) and/or one (1) small religious medallion or a watch; necklace and chain are not to exceed your neck measurement by two inches and not exceed ¼ inch thick.

- Animal or human hair, wigs, toupees, or other synthetic hair.

- Perfume, cologne, or after shave products unless bought from Commissary.

- Any hygiene, cosmetic, or make-up items unless bought from the TDF Commissary or outside Commissary.

- All tools (except Facility tools used in a task).

- Eating utensil(s) not issued by the Facility.

- Food, candy, or other food products not bought from the TDF/In-House Commissary or outside Commissary, or any type of food preparation equipment.

- Perishable food items not consumed from the last meal or excess food items.

- Hot Pots.

- Chewing gum.

- Fruit (in excess).

- Clothing greater than the number permitted each resident (see Appendix A).

- Clothing displayed or worn in such a manner as to suggest security risk, group affiliation or activity that is provocative in any manner.

- Un-approved Sport affiliated clothing (i.e., team jerseys).

- Camouflage clothing or camouflage gear.

- Cargo pants.

- Wallets.

- Bandanas.

- Obscene and sexually explicit media including images, written descriptions, drawings, photographs, DVDs, video games with obscene images, sexually explicit images or nudity.

- Any other property which is in excess of that which is authorized by the Facility (e.g., front cover of fan removed, spliced electrical wires, sheets torn and twined into rope for curtains, etc.).

- Any item besides electronics that cannot be stored in property boxes provided by the Facility.

- Permanent markers.

- Gel ink pens and refills.

- Any metal ink pen refills.  (Plastic refills are allowed.)

- Any altered ink pen with a metal tip.

- Postage stamps received in mail or visits (except postage stamps received directly from the U.S. Postal Service).

- Stapler/Staples.

- Carbon paper.

- Cardboard (in excess).

- Any item found in your room that is issued for cleaning, or any piece of equipment that would be used to perform a task.

- Recording devices.

- Walkie-talkies, 2-way radios, transmission devices, wireless headphones, etc.

- Portable or cellular phones, other telecommunication-related equipment, electronic or telecommunications or related technical manuals.

- Blank, recordable, re-writable cassette tapes, VHS tapes, CDs, DVDs, and flash drives (except a one GB flash drive purchased through Commissary for legal work only).

- Any electronic devices that are internet capable or have internal storage capability (e.g., DVD players, flash drives with more than one GB, and gaming systems).

- Any component/electronic device that could be made into a computer.

- Handheld games.

- Gaming systems (except for one PlayStation 2).

- PlayStation 2 games that support online multi-layer, internet connection and PlayStation 2 network adapters.

- Any unauthorized item provided to a resident from outside the Facility.

Illinois Department of Human Services Treatment and Detention Facility

# Appendix C: Forms & Documents

The following forms and documents are referred to throughout the Resident Handbook.  Most of these forms are available on your Pods; however, if you cannot find a form, ask Staff.

| # (Identifier) | Form or Document Name |
|---|---|
| C-1 | Resident Rights – 59 Illinois Administrative Code, Part 299 (3 pages) |
| C-2 | Vocational Task Assignment Change Form |
| C-3 | Resident Vocational Task Form |
| C-4 | Resident Room Change Report Form |
| C-5 | Resident Request for Use of TDF Facility Computer |
| C-6 | Resident Personal Call List |
| C-7 | Excess Items Handling and Disposal Form |
| C-8 | Resident Request Form |
| C-9 | Visitor Questionnaire (3 pages) |
| C-11 | Resident's Request for Copied Documents from Clinical/Medical Chart |
| C-12 | Authorization to Disclose/Obtain Information (2 pages) |
| C-13 | Trust Fund Disbursement Authorization and Withdrawal Form |
| C-14 | Photocopy Request Form |
| C-15 | Health Care Request |
| C-16 | Nutritional Supplement, Herbal Products and Vitamin Request Form |
| C-17 | Trust Fund Deposit Authorization |
| C-18 | Consent to Treatment Form (2 pages) |
| C-19 | Withdrawal of Consent for Treatment |
| C-20 | Electronic Repair Program Equipment Request Form |
| C-21 | Informal Grievance – Attempt to Resolve (2 pages) |
| C-22 | Formal Grievance – TDF Resident Grievance (2 pages) |
| C-23 | TDF Resident Grievance – Appeal Form |
| C-24 | Notice of Appearance Before the Behavior Committee (Potential Major Violation) |
| C-25 | Notice of Appearance Before the Behavior Committee (Potential Minor Violation) |
| C-26 | Request for Witness Interviews |
| C-27 | Behavior Committee Meeting Initial |
| C-28 | Behavior Committee Meeting Review |
| C-29 | Summary Restriction Form |
| C-30 | Personal Property Receipt |
| C-31 | Order Approval |
| C-32 | Clothing Request/Exchange |
| C-33 | New Resident Supply List |
| C-34 | Health Insurance Portability and Accountability Act (HIPAA) – Notice of Privacy (3 pages) |

Wyatt v. Miller, et al. (23-4170) Document No.:    000190

Resident Handbook - January 2013

| #<br>(Identifier) | Form or Document Name |
|---|---|
| C-35 | Voter Registration Form |
| C-36 | Life Reward Form |
| C-37 | Life Reward Point Resolution |

The following pages give examples of the above-mentioned documents and forms.

# Resident Rights

As a resident of the Department of Human Services Treatment and Detention Facility, you have rights under 59 Illinois Administrative Code §299.  Your rights are as follows:

## General Rights

As a resident of the Treatment and Detention Facility (TDF), you have the right to:

- Adequate notice of institution, program, and Unit rules, as well as changes to any of these rules (59 IL Admin. Code 299.620(b)).
- An interpreter if you do not understand English (59 IL Admin. Code 299.310(d)).
- The use of sign language if you are hearing impaired (59 IL Admin. Code 299.310(d)).
- Reasonable opportunities to pursue your religious beliefs or practices, including the right to refuse medical services if your religion relies upon spiritual healing (59 IL Admin. Code 299.330(b)).
- Reasonable communication with persons of choice by mail, telephone and visitation.  Your rights to send mail, telephone, or visit may be reasonably "restricted, censored, screened, or monitored to protect you or others from harm, harassment, intimidation, or to insure implementation of your services plan" (59 IL Admin. Code 299.330(f)).
- Possess any property that is permitted in the Facility and that is consistent w/ the rules and structure of the TDF (59 IL Admin. Code 299.330(e)).
- A reasonable amount of storage space (59 IL Admin. Code 299.330(e)).
- Use your funds as you choose unless you are a minor or have been assigned a guardian by the Court except that you may not transfer money or other items of value to another resident (59 IL Admin. Code 299.330(e)(4)).
- Use of the least amount of force needed to achieve permitted purposes (59 IL Admin. Code 299.350(a)(1), (59 IL Admin. Code 299.350(b)(1-5)).
- Any use of force must end as soon as force is no longer needed (59 IL Admin. Code 299.350(a)(2)).
- Corporal punishment is prohibited (59 IL Admin. Code 299.350(a)(4)).
- Medical attention if you were subjected to any use of force (59 IL Admin. Code 299.350(a)(3)).

## Treatment Rights

As a resident of the TDF, you have a right to:

- Adequate and human care and treatment (59 IL Admin. Code 299.310(a)).
- Be informed about institutional procedures for getting medical and dental treatment (59 IL Admin. Code 299.340(b)).
- Medical and dental treatment (59 IL Admin. Code 299.340(c)), including emergency treatment 24 hours a day (59 IL Admin. Code 299.340(a)).
- Consent to refuse treatment under non-emergency conditions (59 IL Admin. Code 299.310(e)).
- Appropriate treatment that addresses the issues of which you are confined.
- An individual treatment plan (59 IL Admin. Code 299.310(a)).
- Participate, to an extent, in the creation of your treatment plan (59 IL Admin. Code 299.310(a)).
- Access your treatment records, and authorize release of your records to others (59 IL Admin. Code 299.130(b)(1)).
- Be informed in writing about the side effects of any medicine that is prescribed to you (59 IL Admin. Code 299.310(c)).
- Refuse psycho tropic medication under non-emergency conditions (59 IL Admin. Code 299.330(d)(1)(A)).

If involuntary medication is ordered under emergency conditions, you have the right to:

- A Staff assistant (59 IL Admin. Code 299.330(d)(2)(A)).
- Written notification 24 hours in advance of hearings regarding involuntary medications (59 IL Admin. Code 299.330(d)(2)(B)).

Wyatt v. Miller, et al. (23-4170) Document No.:    000192

- Attend your Treatment Review Committee Hearing regarding involuntary medication unless attendance would jeopardize your safety or the safety of others (59 IL Admin. Code 299.330(d)(2)(C)).
- Request in writing that the Treatment Review Committee interview your identified witnesses (59 IL Admin. Code 299.330(d)(2)(F)).
- Request in writing that identified witnesses attend your Treatment Review Committee Hearing. Your request must indicate what those witnesses can be expected to say (59 IL Admin. Code 299.330(d)(2)(G)).
- Make statements and present documents at the Treatment Review Committee hearing (59 IL Admin. Code 299.330(d)(2)(H)).
- The written decision(s) of the Treatment Review Committee.
- Appeal any involuntary medication decision to the Clinical Director within five days of your receipt of the Treatment Review Committee's decision (59 IL Admin. Code 299.330(d)(2)(L)).
- A copy of the Clinical Director's decision(s) regarding your involuntary medication (59 IL Admin. Code 299.330(d)(3)(C)(ii)).
- Review of any decisions regarding involuntary medication every six months if you request review in writing (59 IL Admin. Code 299.330(d)(4)(A)).

**Grievances Rights**

As a TDF Resident, you have a right to:
- Be informed in writing of the Grievance procedure (59 IL Admin. Code 299.800(d)(1)).
- File grievances in accordance w/ the Grievance procedure (59 IL Admin. Code 299.800(a)).
- Ask Staff for assistance to complete a Grievance if you are incapable of completing it yourself (59 IL Admin. Code 299.800(c)).
- Appeal the Facility Director's decision regarding your Grievance to the Program Administrator (59 IL Admin. Code 299.840(c)).

**Behavior Committee Rights**

If you are called to appear before the Behavior Committee, you have the right to:
- 24 hour advance written notice of any scheduled appearance before the Behavior Committee.  This notice must include a description of the alleged violation indicating the:
  - Day
  - Time
  - Rule Violation
- Appear before the Behavior Committee unless your appearance would be clinically contraindicated, would place you or others at risk of harm, or would jeopardize the security of the Facility (59 IL Admin. Code 299.660(c)).
- Present your own or witness' written statement regarding the alleged misconduct.
- Grieve the Behavior Committee's decision to the Facility Director (59 IL Admin. Code 299.800(a)).

**Special Management Status Rights**

If you are placed on Special Management Status, you have the right to:
- Property as allowed by the Facility Director for safety and security reasons (59 IL Admin. Code 299.700(a)).
- Commissary privileges applicable to the general population unless restricted by the Facility Director for safety and security reasons (59 IL Admin. Code 299.700(b)).
- Meals comparable to those provided the general population (59 IL Admin. Code 299.700(c)).
- Visits as approved by the Facility Director after consideration of safety and security concerns (59 IL Admin. Code 299.700(d)).
- Medical attention (59 IL Admin. Code 299.700(e)).
- Visits by approved religious leader or authority, of your choice, and approved by the Facility Director, consistent with the TDF visitation procedures (59 IL Admin. Code 299.700(f)).
- Contact with your Primary Therapist on a weekly basis (59 IL Admin. Code 299.700(g)).

C-1

- Exercise outside of your room for at least one hour per week unless medically contraindicated or the facility Director determines that such exercise constitutes a threat to safety or security (59 IL Admin. Code 299.700(i)).
- Treatment consistent with your treatment plan unless medically contraindicated or the Facility director determines that attendance at such treatment constitutes a threat to safety or security (59 IL Admin. Code 299.700(h)).
- Send and receive mail (59 IL Admin. Code 299.700(j)).
- Reading materials (59 IL Admin. Code 299.700(k)).

**<u>Condition of Care Rights</u>**
As a TDF Resident, you have the right to:
- A bed (59 IL Admin. Code 299.300(b)(1)).
- Clean bedding (59 IL Admin. Code 299.300(b)(2)).
- A wash basin with running water (59 IL Admin. Code 299.300(b)(3)).
- Flushable toilet facilities (59 IL Admin. Code 299.300(b)(3)).
- Adequate lighting for reading and observation purposes (59 IL Admin. Code 299.300(b)(4)).
- A room at or above ground level with head and ventilation consistent with the climate (59 IL Admin. Code 299.300(c)).
- Cleaning materials on a regular basis (59 IL Admin. Code 299.300(e)).
- A shower and shave no less than weekly (59 IL Admin. Code 299.300(f)(1)).
- A weekly exchange of clean facility clothes and bed linens (59 IL Admin. Code 299.300(f)(3)).
- Weekly access to laundry services (59 IL Admin. Code 299.300(f)(3)).
- False teeth, eye glasses, prosthetic devices or other essential personal items shall be permitted unless determined to be a threat to safety or security (59 IL Admin. Code 299.300(f)(4)).

For TDF Residents without sufficient Commissary funds, the State will provide:
- Toilet tissue, soap, shampoo, razors, shaving cream, towels, toothbrush, and toothpaste (59 IL Admin. Code 299.300(f)(2)).



State of Illinois
Department of Human Services - Rushville Treatment & Detention Facility

## Vocational Task Assignment Change Form

**C-2**

Date: _____

New Task: _____

Transfer of Task: _____

Secondary Task
Request: _____

Name: _____

Notice of Resignation: _____

Unit: _____     POD: _____     Room Number: _____     Status: _____

Current Task Assignment: _____

Shift Currently Worked: _____

Check Days Worked:     ☐ Mon     ☐ Tues     ☐ Wed     ☐ Thur     ☐ Fri     ☐ Sat     ☐ Sun

Requesting Task: _____     Shift: _____

Work:     ☐ Mon     ☐ Tues     ☐ Wed     ☐ Thur     ☐ Fri     ☐ Sat     ☐ Sun

Reason for Task Assignment/Comments:




Task Knowledge:




Resident Signature: _____

## Return completed form to the Rehabilitation Department for consideration

---

### REHABILITATION DEPARTMENT USE ONLY

Approved: _____     Denied: _____

Comments:




Authorizing Signature: _____     Date: _____

---

Wyatt v. Miller, et al. (23-4170) Document No.:     000195

State of Illinois
Department of Human Services

# Resident Vocational Task Form

**C-3**

Resident Name: _____ Unit: _____ Pod: _____ Room Number: _____

Task Assignment: _____ Location: _____ Shift: _____

Week of: _____ through _____ , 20 _____

| | | | Time Started | Time Ended | Staff Signature |
|---|---|---|---|---|---|
| **Saturday** | ☐ Yes | ☐ No | | | |
| | | | | | |
| | | | | | |
| **Sunday** | ☐ Yes | ☐ No | | | |
| | | | | | |
| | | | | | |
| **Monday** | ☐ Yes | ☐ No | | | |
| | | | | | |
| | | | | | |
| **Tuesday** | ☐ Yes | ☐ No | | | |
| | | | | | |
| | | | | | |
| **Wednesday** | ☐ Yes | ☐ No | | | |
| | | | | | |
| | | | | | |
| **Thursday** | ☐ Yes | ☐ No | | | |
| | | | | | |
| | | | | | |
| **Friday** | ☐ Yes | ☐ No | | | |
| | | | | | |
| | | | | | |

**Signature below indicates vocational assignment has been completed and verified by DHS Staff Member.**

Resident Signature: _____ Date: _____

## Attention:
**Please ensure task form is completed and turned into the Rehabilitation Department
by Friday evening for point deposit.**

Wyatt v. Miller, et al. (23-4170) Document No.:     000196  Page 1 of 1



State of Illinois
Department of Human Services - Treatment and Detention Facility

## RESIDENT ROOM CHANGE REPORT FORM

**C-4**

STA IV should complete the top section of this form and turn it into the Chief of Security by the end of the shift.  The Chief of Security will turn the form into the Rooming Committee.

Report generated by: _____
(Name/Title)

Resident Name: _____     Date: _____

Unit: _____     Room: _____     Current Roommate: _____

HCU Permits (lower bunk, etc.): _____

Length of time with current roommate? _____

Reason for making a room change (please be specific):



What has been done to resolve the situation? (please be specific):



*Please attach a copy of any incident reports that support or document this change, including attempts to work with the resident to resolve his concerns, along with the resident's response.*

Date and Time this form was reviewed with AOC: _____
(Date)                                   (Time)

Decision:



Anticipated length of stay in new location: _____

Resident Moved to Room: _____     Roommate: _____

**Approval:**

cc:     Program Director
          Clinical Director
          Rooming Committee



State of Illinois
Department of Human Services - Rushville Treatment and Detention Facility

**C-5**

# Resident Request for Use of TDF Facility Computer

## STATEMENT OF UNDERSTANDING

\*      This statement applies to the utilization of regular computer lab or law library as well as any class or group in which computers are used.

\*      My computer usage will at all TIMES be OBSERVED, SUPERVISED, and MONITORED by a TDF Employee.

\*      Inappropriate use of the Computer will be documented on a progress note and placed in the resident's record.  Misuse will also result in referral to the Facility Behavior Committee, and may result in temporary or permanent suspension of computer privileges in the facility.

I have read and understand the Statement of Understanding indicated above for resident use of the Computer.  My signature below indicates agreement to abide by the Facility guidelines for use of facility computers.

_____          _____

Resident name (printed)                                          DHS Number


_____          _____

Resident Signature                                                  Date

------------------------------------------------------------------------------------------------------------

This request for use of Facility computers is:


☐ approved                          ☐ denied


Authorizing Signature  _____          Date  _____


Title  _____


Original:      clinical record
copy:          TDF Employee
                  Resident

IL462-5802 (R-1-13) Resident Request for Use of TDF Facility Computer
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:      000198      Page 1 of 1

State of Illinois Department of Human Services
Treatment and Detention Facility

**C-6**

# RESIDENT PERSONAL CALL LIST

Resident Name _____    DHS Number _____

PIN Number _____

I wish to add the following individuals to my approved phoned list.  I understand that the phone vendor will confirm with the individuals listed below that they wish to receive my collect phone calls.  I understand that I will only be able to call the individuals named below.

| | Phone Number | Name | Address | Relationship |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

Department of Human Services - Treatment and Detention Facility

# EXCESS ITEMS HANDLING AND DISPOSAL Form A

**C-7**

Resident Name: _____     DHS Number: _____     Date: _____

Housing Unit: _____     Room Number: _____     Responsible Living Status: _____

Enter description for each item in excess of allowed personal property limits. Include item name, quantity, model name, model number, and item description number, as appropriate. Enter only one item per line.

Item 1. _____

Item 2. _____

Item 3. _____

Item 4. _____

I authorize the staff of the Illinois Department of Human Services Treatment and Detention Facility to dispose of the items listed above in the manner I have indicated below. I understand that any items to be disposed are subject to search by Facility security staff. Any items deemed to be inappropriate, based on such search, will be disposed as determined appropriate by Facility security staff. Items on hold/storage will remain in facility for 60 days only.

Requested Method of Disposal:

○ State Loan Program

○ I authorize staff of the Treatment and Detention Facility to dispose of excess items by a means deemed appropriate by the facility security staff.

○ I authorize staff of the Treatment and Detention Facility to mail the excess items to the individual I have listed below, at the address provided, and withdraw the cost of mailing from my postage points.

   Name of Individual to whom to Ship Excess Items: _____

   Mailing Address:


○ I authorize staff of the Treatment and Detention Facility to release the above items to this visitor:
                                                           _____

Resident Signature: _____     Date: _____

Property Signature: _____     Date: _____

Signature of Visitor: _____     Date: _____

Staff Signature: _____     Date: _____

State of Illinois Department of Human Services
Treatment and Detention Facility

**C-8**

# RESIDENT REQUEST FORM

Resident Name _____    DHS #: _____    Date: _____

Unit: _____                           Room #: _____

### ADDRESS ALL REQUESTS TO PROPER DHS STAFF PERSONNEL

Attention: _____

A.  I wish to be interviewed regarding:

**(OR)**

B.  An interview is not necessary but I would like:

Resident Signature: _____

| STAFF RESPONSE |
|---|

Date Request Received: _____

Action Taken/Staff Response:

Staff Signature: _____    Date: _____



State of Illinois
Department of Human Services - Treatment and Detention Facility

**C-9**

# VISITOR QUESTIONNAIRE

Date: _____

Dear: _____

I would like to have your name placed on my approved visitors list. If you are interested in visiting, you need to answer the questionnaire that came with this letter.  All questions must be answered.  Any omission or falsification of information will be considered sufficient reason to deny visiting privileges. Please include any other information that you think would be helpful in evaluating your interest in being considered for visiting.

Please return this questionnaire to the Program Director of the TDF.

If you do not wish to visit, simply discard the questionnaire.

I have also included a Visitation Information Sheet, which includes a copy of the visiting room rules so that you will know what will be expected of you when you are here.

I must obtain prior approval from my Treatment Team before any person under the age of 18 is authorized to visit.  I will need to discuss this issue with you directly, or someone from the Treatment Team may contact you regarding the addition of persons under 18 to my approved visitor list.

If you are approved for visiting and are over the age of 16, you will be required to show identification upon arrival at the Facility.  Only the following forms of identification will be accepted.

1. Illinois Driver's License
2. Military I.D. (If a member of the military)
3. Illinois Picture I.D. (Issued by Motor Vehicle Department)
4. Passport (current)

For those visitors visiting from out-of-state, driver's licenses and picture identification cards from those states will be accepted.

Sincerely,

IL 462-5010 (R-2-13) Visitor Questionnaire
Printed by Authority of the State of Illinois  -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:     000202 Page 1 of 3



State of Illinois
Department of Human Services
Rushville Treatment and Detention Facility
1680 E. County Farm Rd.
Rushville, IL  62681

**C-9**

# VISITOR QUESTIONNAIRE

Resident's Name: _____

Visitor Information

| Visitor's Name | Visitor's Date of Birth | Visitor's Telephone Number |

_____     _____     _____

| Visitor's Street Address | Visitor's City | Visitor's State | Visitor's Zip Code |

_____     _____     _____     _____

Relationship to Resident: _____     Are you a victim of the resident's current or past offense?  ◯ Yes ◯ No

Have you ever been denied visiting or been removed from any resident's or offender's lists?  ◯ Yes ◯ No

If "Yes": Whose list? _____     When? _____

What was the name of the facility? _____     Why was your name removed? _____

Have you ever had restricted visitation?  ◯ Yes ◯ No

Have you ever been arrested or detained with the resident?  ◯ Yes ◯ No

Describe situation: _____

Have you ever been convicted of a misdemeanor or felony?  ◯ Yes ◯ No

Reason for Conviction: _____

Have you ever been in jail, prison or on supervision?  ◯ Yes ◯ No

Location of Jail, Prison or Supervision: _____

Are you currently on probation, intensive supervision or mandatory release?  ◯ Yes ◯ No

Name, Address and Telephone Number of Agent: _____

Have you ever been arrested on drug charges?  ◯ Yes ◯ No

Describe Nature of Drug Charges: _____

Are you currently visiting any other residents?  ◯ Yes ◯ No

List Names of Other Residents Who You Are Visiting: _____

Do you have any children under the age of 18 who will be accompanying you on the visit?  ◯ Yes  ◯ No

| Name of Child | Date of Birth of Child |
| --- | --- |
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |
| 4. _____ | 4. _____ |

I hereby declare that I am the Parent or Guardian of the visitor named above and that I hereby give my approval for him/her to visit the resident named above.

Signature of Parent/Guardian: _____     Date: _____

I hereby declare the above statements are true and I understand that providing incorrect information could result in a denial of visiting privileges.  I further agree to comply with any policies or guidelines which I have received with this questionnaire.

Signature of Visitor: _____     Date: _____

IL 462-5010 (R-2-13) Visitor Questionnaire
Printed by Authority of the State of Illinois  -0- Copies



State of Illinois
Department of Human Services - Treatment and Detention Facility

**C-9**

# VISITOR QUESTIONNAIRE

Families and friends are important in many ways, and visits help residents see and feel connected to their families and other people who care about them.  The Department of Human Services wishes to foster and encourage visits with family and friends and provide a safe and secure setting for visits.

Although we have enclosed a copy of the Visiting Room Regulations, which we ask that you read before you come to visit, we also like to highlight the following information:

Visiting hours are 2:30pm to 9:00pm Monday through Friday, and 9:00am to 9:00pm on Saturdays, Sundays and holidays.  Visits will not be permitted during the residents' meal times of 11:30am to 1:30 pm and 5:00pm to 7:00 pm. Normally, weekday visits will not be limited, but weekend and holiday visits will be limited to three (3) hours.  **All** visits, however, weekday or weekend, may be limited to one (1) hour to accommodate all scheduled visits.

We ask that you arrive at least 15 minutes before your visit is scheduled to begin.
Visitors should register at the Control Center upon arrival; no visitors will be allowed to register after 7:30pm.

Visitors who appear to be intoxicated will not be allowed to register.

While more than four visitors will be permitted to register at one time, no more than four individuals will be allowed to visit at any one time.  If a resident has more than four visitors, visitors will have to take turns visiting.  **Visitors who are waiting for their turn to visit must wait outside the Facility.**

*  Minor children (under 18) will not be allowed in the facility without prior written approval.

Visitors should be aware that they are visiting a secure treatment facility and may be subject to a thorough search of their person. **Refusal to be searched will result in immediate termination or cancellation of their visit and** suspension of visiting privileges.

Visitors should be properly attired. Shoes and shirts are required at all times. Clothes that reveal or bare the midriff, chest or back are not allowed. No see through or tight, revealing clothing is permitted; proper undergarments must be worn.

Visitors will not be allowed to bring anything into the Visiting area. Lockers are available for all personal items.  The Facility accepts no responsibility for visitors' property.

Residents and their visitors may embrace and kiss in an appropriate manner at the start and at the end of each visit. The Facility staff monitoring the Visiting Area have the authority to determine that an embrace or kiss is excessive or inappropriate.

Residents and their visitors will be assigned to a specific table in the Visiting Area.  Visitors are expected to remain at their table with as few trips as possible to the washrooms or vending machines.

If a resident is found with contraband after a visit, we will assume that the visitor(s) gave it to the resident and their visiting privileges will be suspended.

Any behavior or action that Facility staff determine to be inappropriate or objectionable may result in immediate termination of the visit and suspension of visiting privileges.

IL 462-5010 (R-2-13) Visitor Questionnaire
Printed by Authority of the State of Illinois  -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:    000204

Page 3 of 3



**C-11**

State of Illinois Department of Human Services
Treatment and Detention Facility

**RESIDENT'S REQUEST FOR COPIED DOCUMENTS
FROM CLINICAL/MEDICAL RECORDS**

HIM USE:

_____ , hereby request a copy of documents from my records.

Resident's Name _____    DHS Number

| Name of Documents to be Copied | Date Range | HIM use only: |
|---|---|---|
| | | |

_____     _____
Resident's Signature                          Date of Request

_____     _____
Therapist Signature          Team Name          Date of Signature

| Copied by: | Date Copied: | # of Pages Copied: |
|---|---|---|
| # of Pages Copied Before: | Deduction from Community Living System Points: | Trust Fund Charge: |

**CONFIRMATION OF DOCUMENTS RECEIVED BY RESIDENT:**

This is to confirm that on Date _____ and Time _____ (am) (pm), I received the above copies of documents

from my records per my request and I will be charged accordingly.

_____     _____
Resident's Signature                          Staff Signature

IL462-5007 (R-1-13)  Resident's Request For Copied Documents from Clinical/Medical Records
Printed by Authority of the State of Illinois    -0- Copies

State of Illinois
Department of Human Services

## Authorization to Disclose/Obtain Information

C-12

(1) I authorize _____ to ☐ disclose    ☐ obtain    ☐ disclose and obtain
                        Hospital/Agency/Individual

(2) ☐ Discharge Summary  ☐ Discharge Staffing  ☐ Psychiatric Evaluation  ☐ Social History  ☐ History and Physical
    ☐ Treatment/Hab Plans  ☐ Assessments  _____*Specify Type*  ☐ Physicians Orders
    ☐ Med. Administration Records  ☐ Progress Notes  ☐ Behavioral Plans  ☐ Consultations  ☐ Lab/X-Ray
    ☐ Photos  ☐ Record Abstract  ☐ Patient Review  ☐ Other _____
    Concerning the care of the below named person from DATE (or RANGE OF DATES): _____

(3) About (Name) _____  Social Security Number: _____

    Date of Birth: _____  Alias: _____

(4) For purposes of:  ☐ Personal Use  ☐ Continuity of Care  ☐ Placement Transfer  ☐ Financial/Benefits
    ☐ Attorney  ☐ State Law/Court  ☐ Death  ☐ Other _____

(5) Information may be disclosed/obtained:  Mail, In-Person, Phone, E-Mail or by Fax (For Urgent/Emergency Needs).

    *Restrictions if any:* _____

(6) ☐ Disclose To                              ☐ Obtain From

| Name | Name |
|---|---|
| Address | Address |
| City, State, Zip Code | City, State, Zip Code |

(7) This authorization is valid until calendar date:

    _____  _____  _____
        Month            Day            Year

(8) I understand that the above-named agency/facility/person authorized to receive this information has the right to inspect and copy the information disclosed.  I further understand that if the entity receiving this information is not a healthcare provider/ plan covered by HIPAA privacy regulations, the information described above may be re-disclosed and no longer protected by the HIPAA Regulations.

(9) I understand that I may revoke this authorization; however, the revocation must be in writing and must be sent/given to the facility record's department.  I understand that no revocation of this authorization shall be effective to prevent disclosure of records and communications until it is received by the person otherwise authorized to disclose records and communications.

(10) Refusal to sign this form will result in the following consequences:  INFORMATION WILL NOT BE DISCLOSED/OBTAINED.

(11) It is my full understanding that the records and communications to be disclosed WILL include sensitive information such as evaluation, habilitation/treatment information for mental health, developmental disabilities, alcohol or substance use/abuse or HIV/AIDs unless specifically checked below for exclusion.
    ☐ Alcohol/Substance Abuse  ☐ HIV/AID's  ☐ Other _____  ☐ Mental Health  ☐ Developmental Disabilities

(12) _____            (13) _____
    Signature of individual (age 12 or older)    Date/Time    Signature of guardian (Under 18 or Disabled)    Date/Time

(14) _____
    Witness OR (2nd parent/guardian, if co-custodial, may sign here)    Date/Time

(15) Signature of staff person disclosing/obtaining information _____  Date/Time: _____

    Specific information about disclosures and dates shall be documented in the individual's clinical record or Disclosure Tracking System
    A facsimile of this original shall have the same force and effect as the original.

The Standards for Privacy of Personally Identifiable Health Information, 45 CFR Parts 160 and 164, states that information used or disclosed pursuant to this authorization may be subject to a re disclosure by the recipient of the information. The federal confidentiality Rules 42 CFR Part 2 prohibit making any further disclosure of drug or alcohol information unless further disclosure of this information is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 1.  A general authorization for the release of medical or other information DOES NOT restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient (52FR21809, June 9, 1987; 52 FR4 1997, November 2, 1987)

NOTE:  Your refusal to sign an Authorization to Disclose/Obtain Information will not prevent treatment, payment, or enrollment in a health plan or eligibility for benefits

State of Illinois
Department of Human Services

**C-12**

# Authorization to Disclose/Obtain Information

INSTRUCTIONS:  Authorizations to Disclose/Obtain Information

(1)     Identify whether the form will be used to disclose, to obtain or to disclose/obtain (share) information and whom you are authorizing to perform this function.

(2)     Check the specific information you wish to disclose/obtain.  Check only what is the minimum necessary to fulfill the purpose of disclosure.  Enter a service date - if unknown, indicate "last service date" and only checked information from last service dates will be released or obtained.

(3)     Complete the individual's name, date of birth, social security number and aliases or a maiden name to help correctly identify the individual.

(4)     Check the purpose or reason why the information needs to be disclosed/obtained.

(5)     Circle all manners which the information may be disclosed/obtained.  If you wish to restrict any of these, please specify.  If nothing is specified, all manners of release will be considered authorized.  (Information will only be faxed if URGENT.)

(6)     Complete the name and address of the agency, facility or person to whom you will disclose the information or complete the name and address of the agency, facility or person from whom you are obtaining the information.  If you wish it to be phoned or faxed, include area code and numbers.

(7)     Complete the calendar date (month, day and year) on which this authorization will expire.  Information cannot be disclosed/obtained without a specific date of expiration.

(8)     Self-explanatory.

(9)     Self-explanatory.

(10)    Self-explanatory.

(11)    Sensitive information will be released/obtained unless you specifically check an exclusion.  **If no items are checked all information within the patient record is subject to disclosure.**

NOTE:   In accordance with federal and state privacy laws only the following persons shall be entitled to consent in writing to the inspection, copying and/or the release of the individual's protected health information.
  •       The individual if they are 12 years of age or older.
  •       The parent or guardian of an individual less than 12 years of age **(If both parents have co-custody, both individuals must sign - one on line 13, the other on line 14.)**
  •       The parent or guardian of an individual between the ages of 12 and 17, provided the individual does not object and has signed the authorization.
  •       The guardian of a person 18 years of age or older.
  •       An attorney or guardian ad litem who represents a minor 12 or older provided the court has entered an order granting this right.

(12)    Individual to sign and date here if - age 12 or older.

(13)    Parent to sign and date here if -
  •       Individual is less than 12 years of age or
  •       If individual is between 12 and 18 and has signed on line 12 or Guardian to sign here if -
  •       If individual is 18 years of age or older but is legally disabled.  **You must provide a copy of the Guardianship court order granting you this right.**
        Guardian to sign here if -
  •       If you are a guardian ad litem or attorney representing a minor 12 or older in any judicial or administrative proceeding.  **You must provide a copy of the court order granting you this right.**

(14)    Witness to sign and date here.  **All authorizations require a witness signature to attest to the identity of the person entitled to give consent** (person signing line 12/13)
        **Line may be used by a co-custodial parent.**

(15)    Staff person disclosing/obtaining information signs here.  Specific dates when disclosed/obtained shall be documented in the individual's clinical record and/or the Disclosure Tracking system.

IL462-0146 (R-6-12) Authorization to Disclose/Obtain Information
Printed by Authority of the State of Illinois    0 Copies
Wyatt v. Miller, et al. (23-4170) Document No.:        000207 Page 2 of 2

**TRUST FUND DISBURSEMENT AUTHORIZATION AND WITHDRAWAL FORM**

## PART A:

| DATE: | DHS #: | UNIT: |
|---|---|---|
| PRINT NAME: | | |

I hereby authorize the withdrawal of the following amount to be used for the stated purchase as shown. This authorization will be honored only if presented to the "Trust Fund Office" within seven days after the date shown above. (Form MUST be completed in ink).

I further understand ANY order form submitted must be attached to the Trust Fund Disbursement Authorization and Withdrawal Form.  Any form that hasn't been approved and contains more than one staple or piece of tape will be returned without being processed.

**Resident ID must be verified by the Staff Member signing this form.**

_____        _____
Resident Signature                            DHS Number        Staff Witness Signature

Please issue a check in the amount of $ _____ made

payable to: _____

## Below to be completed by Trust Fund Department

## PART B:

| Approved by: | Amount Issued | Check Number Issued | Date Mailed & Initial |
|---|---|---|---|
|  |  |  |  |

IL462-5629 (R-2-13) Trust Fund Disbursement Authorization and Withdrawal Form
Printed by Authority of the State of Illinois   -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:        000208  Page 1 of 1

State of Illinois
Department of Human Services - Treatment and Detention Facility

**C-14**

# Photocopy Request Form

I, _____ _____, authorize the DHS/TDF staff to deduct points totaling

    (Resident - Last Name, First Name)       (DHS Number)

_____ from my Community Living System account for a total of _____

photocopies.  (0.10 points per page).

**Resident's Signature:** _____     **Date:** _____

---

## Copy Request:

☐ **Approved**
☐ **Denied**

**Reason:** _____

I, _____ received _____ copies.  Date: _____

    (Resident Signature)       (Quantity)

Witness: _____     Date: _____

    (Staff's Signature)

    \* Staff Signature - By signing this form you are verifying the number
    of copies received and that the request is complete.

**Original:  Commissary**

IL462-5008 (R-6-12) Photocopy Request Form
Printed by Authority of the State of Illinois     0 Copies

Wyatt v. Miller, et al. (23-4170) Document No.:       000209

State of Illinois Department of Human Services
Treatment and Detention Facility

**C-15**

# HEALTH CARE REQUEST

Resident Name _____    Date _____

Unit                                                 Room # _____

Describe Health Care Problem




Resident Signature _____

**Do Not Write Below This Line**

Date Received _____    Time Received _____

Resolution: _____

_____

_____


_____    Date Completed _____

HCU Staff Name (Signature and Print)

Wyatt v. Miller, et al. (23-4170) Document No.:    000210



State of Illinois
Department of Human Services

**C-16**

## NUTRITIONAL SUPPLEMENT, HERBAL PRODUCTS AND VITAMIN REQUEST FORM

Resident's Name and ID# _____ Date _____

Name of product being requested _____

_____

_____

_____

Ingredients in product being requested _____

_____

_____

_____

Purpose of product being requested _____

_____

_____

_____

Please attach any product information you may have regarding the product. The Nursing Staff can copy the information if requested.

Date received  _____

Approved  _____    Denied  _____

Resident will dispense to self  _____

Nursing Staff will dispense to resident at Medication Line  _____

Comments:  _____

_____

_____

_____

Staff Signature _____    Date _____

IL462-5510 (N-1-13) Nutritional Supplement, Herbal Products and Vitamin Request Form
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:    000211    Page 1 of 1

State of Illinois
Department of Human Services

**C-17**

# Trust Fund Deposit Authorization

ID # or account number: _____

I hereby authorize the program director of the Department facility in which

_____

(individual's name)

is receiving services to deposit in the facility trust fund the following monetary assets  (if additional space is needed, list on the reverse side):

In consenting to the deposit of these funds, I also understand the following:

1.  an individual may retain money and deposit it in a financial institution or use it as he or she chooses, unless he or she is a minor or is prohibited from doing so under a court guardianship order;

2.  this consent may be revoked at any time by the person entitled to give consent by notifying the program director in writing.  The "Revocation of Authorization" may be used for this purpose;

3.  execution of this authorization is not a precondition to the receipt of treatment or habilitation; and

4.  interest is earned based on an end of month or quarter balance.  If the deposit is withdrawn prior to the end of the month or quarter, no interest will be paid for that period.

In the event that _____

(individual's name)

is transferred to another Department facility, consent is hereby given for the transfer of the deposits in this account to the facility trust fund at the facility to which transfer is made.

I further understand that all money in this account, including earnings, will be returned on my/his/her discharge from the facility.

Date: _____    Parent/guardian of individual under age 18 _____

Individual/guardian of individual over age 18 _____

Witness: _____    Date: _____

Approval:

_____    _____    _____
Program Director                                  Facility                                                Date

_____    _____    _____
Program Director                                  Facility                                                Date

Wyatt v. Miller, et al. (23-4170) Document No.:    000212



State of Illinois
Department of Human Services - Treatment and Detention Facility

**C-18**

# Consent to Treatment Form

*Filling out this form is your choice. If you choose not to fill this out, you will not be able to receive treatment unless ordered to by the court, or if there is an emergency. Your decision to fill out and sign this form will be recorded in your chart. This form will be kept in your chart but can only be seen by authorized persons.*

*Placing my initials next to an item below only means that* **I know what it says**. *It does not mean that I have to agree with the item.*

## General Program Information

☐  My therapist explained the TDF program. He/She answered my questions about the program.

☐  The program has different groups and therapies. I will move through the program at my own pace.

☐  I understand that I must finish some parts of the program before going to other parts.

## Individual Treatment

☐  I will have an individualized treatment plan.

☐  My treatment plan will be explained to me. I will be asked to sign the plan when I understand it.

☐  I can tell the team that I don't agree with the plan. If I tell them I disagree, the team will note that in my record.

## Participation in Treatment Decisions

☐  I will get to talk to a treatment team about my plan. I will have the chance to tell them what I think of the plan.

☐  I understand that the treatment team will decide which treatment is best for me.

☐  I can tell the team that I don't agree with the plan. If I tell them I disagree, the team will note that in my record.

## Medication

☐  I understand that medications might help reduce unhealthy sexual arousal.

☐  I understand I can meet with the doctor to talk about these medications. I understand that my therapist will help me set up this meeting if I ask.

☐  The doctor will go over the good and bad things about the medicine. The doctor may do tests to help decide what medicine will work best.

## Benefits of Participating in Treatment

☐  Treatment may help me understand myself better. It may help my interactions with others. My self-control might improve.

☐  My participation in treatment will help the treatment team understand what kind of setting I may need when I leave the TDF.

☐  The court will be told about my progress in Treatment. This might result in earlier release from the TDF than if I refuse treatment.

## Consequences of Refusing Treatment

☐  Without treatment I will not understand myself better. I may not improve the way I interact with others. My self-control might not improve. I might get into more trouble with the law.

☐  If I don't participate, the treatment team might not know what kind of setting I will need when I leave the TDF.

☐  The court will be told if I refuse treatment. If this happens, I might have to stay in the TDF for a longer time.

IL462-5614 (R-1-13) Consent to Treatment Form
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:    000219  Page 1 of 2



State of Illinois
Department of Human Services - Treatment and Detention Facility

## Consent to Treatment Form

**C-18**

---

### Limits of Confidentiality

☐ There are times when the treatment team may talk about me without my consent.  This may happen when the team is planning treatment.

☐ The Attorney General's Office might gather information about me for court.  They do not need my permission for this.

☐ Program staff might be called to court to testify about me and my treatment.  They might also have to testify about my refusal of treatment.

### Required disclosure of Uncharged Offenses

☐ I understand I will be asked to talk about all acts of sexual violence that I have done.

☐ Because of the law, staff may have to report offenses against children I was not charged for.  The people they report this to might look into this and might bring charges against me.

### Staff Signature

☐ I explained the treatment program.  I explained the good things about being in treatment.  I also described what might happen if the resident does not participate in treatment.

Signature of Primary Therapist: _____    Date Signed: _____

### Consent and Right to Withdraw Consent

☐ I understand that I have a right to withdraw my consent to treatment at any time.

☐ If I am not happy with any part of my treatment program, I can take back my consent.  I will have the chance to talk about this with my treatment team before I do so.

☐ I understand that taking back my consent has to be done in writing.

☐ I understand that if I take back my consent, I may have to wait until the next scheduled treatment cycle to begin in treatment again.

☐ I can refuse to sign my individualized treatment plan.

My signature below means I give my consent to participate in the TDF treatment program.

**Signature of Resident:** _____    **Date Signed:** _____

**Signature of Primary Therapist:** _____    **Date Signed:** _____

**OR**

Resident _____ (Resident's Name) refused to sign this document on the date below.

**Signature of Primary Therapist:** _____    **Date Signed:** _____

---

IL462-5614 (R-1-13) Consent to Treatment Form
Printed by Authority of the State of Illinois  -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:     000214



State of Illinois
Department of Human Services - Treatment and Detention Facility

## Withdrawal of Consent for Treatment

**C-19**

---

I, _____ , withdraw my consent for treatment in the Treatment and Detention Facility

program on this date, _____ . I have been given the opportunity to discuss my

dissatisfaction with my treatment team before signing this withdrawal of consent.  I understand that withdrawal of consent for

treatment means that I will not be completing testing, attending group, and/or individual treatment and I may have to wait for the

beginning of the next scheduled cycle of treatment before I participate in treatment again.

Signature of Resident: _____     Date: _____

Signature of Witness: _____     Date: _____

---

IL462-5612 (R-1-13) Withdrawal of Consent for Treatment
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:     000215     Page 1 of 1



**C-20**

State of Illinois
Department of Human Services

## RUSHVILLE TDF ELECTRONIC REPAIR PROGRAM EQUIPMENT REQUEST FORM

Date _____    Resident Name _____    Unit _____

Equipment _____

Model or Serial Number _____

Nature of the Problem _____

**1 electronic device or equipment per request
Submit to Maintenance Dept.
Incomplete forms will not be processed**

DO NOT COMPLETE BOTTOM PORTION UNTIL EQUIPMENT IS PICKED UP

I hereby acknowledge that my electronics will be reviewed and fixed, if possible, by an assigned resident under staff supervision.  I understand that I must purchase any parts or devices needed for my own equipment.  Rushville TDF staff/ facility will not be held liable for equipment that is unrepairable, damaged, or storage of the equipment.

_____          _____
Resident Signature                                        Date
*To be signed at time of equipment pickup*

_____          _____
Employee Signature                                       Date
*To be signed at time of equipment pickup verifying resident understands and will comply with all policies*

Wyatt v. Miller, et al. (23-4170) Document No.:          000216

State of Illinois
Department of Human Services - Treatment and Detention Facility

# INFORMAL GRIEVANCE RESIDENT ATTEMPT TO RESOLVE STAFF PROBLEMS/COMPLAINTS FORM

**C-21**



| Name of Resident: | Date of Occurrence: | Date Submitted: | Time of Occurrence: | Unit: | POD: |
|---|---|---|---|---|---|
| | | | | | |

| Date Received by Grievance Examiner: | AR# |
|---|---|
| | |

### Nature of Complaint

☐ Attitude/Conduct    ☐ Job Duty    ☐ Policy/Rule    ☐ Staff Orders    ☐ Daily Living Activities    ☐ Other _____

**BRIEF Summary of Problem/Complaint:**

Relief request:

**Distribution:  Master File; Resident**

IL462-5005 (R-12-10) Informal Grievance Resident Attempt to Resolve Staff Problems/Complaints Form
Printed by Authority of the State of Illinois  -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:    000217    Page 1 of 2



State of Illinois
Department of Human Services - Treatment and Detention Facility

# INFORMAL GRIEVANCE RESIDENT ATTEMPT TO RESOLVE STAFF PROBLEMS/COMPLAINTS FORM

**C-21**

Additional Space for Complaint

Resolved ☐ Yes ☐ No

Resident Signature _____ Date _____

Staff Signature/Print _____ Date _____

Staff Response:

Not resolved - a copy of this form must be attached to the formal grievance form in order to be processed, forward both forms to the Grievance Examiner.

**Distribution:  Master File; Resident**

IL462-5005 (R-12-10) Informal Grievance Resident Attempt to Resolve Staff Problems/Complaints Form
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:          000218
Page 2 of 2



State of Illinois
Department of Human Services

# TDF Resident Grievance

**C-22**

| Name of Resident: | ID #: | Date of Incident Occurrence: | Unit: | POD |
|---|---|---|---|---|
| Date Received | | Grievance #: | | |

### Nature of Grievance

☐ Personal Property  ☐ Staff Conduct  ☐ Mail Handling  ☐ Meals  ☐ Medical  ☐ Other:  (Specify): _____

☐ Behavior Committee Appeal     Report Date: _____

(Attach copy of Behavior Committee Decision.)

Use only this form to give a BRIEF Summary of Grievance:




Relief Requested:     NOTE: RELIEF THAT ADVISES DISCIPLINARY ACTION BE TAKEN AGAINST AN EMPLOYEE WILL NOT BE CONSIDERED "PERSONAL" RELIEF


☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Resident Signature: _____     Date: _____

**Distribution: Master File; Resident**

IL462-5001 (R-1-13) TDF Resident Grievance
Printed by Authority of the State of Illinois   -0- Copies



State of Illinois
Department of Human Services

# TDF Resident Grievance

**C-22**

Grievance Examiner's Response:

Grievance Examiner's Signature: _____  Date: _____

Date Received: _____  PROGRAM DIRECTOR'S RESPONSE

Program Director's Decision: Grievance: ☐ Upheld ☐ Denied

Behavior Committee Decision Appeal: ☐ Upheld ☐ Denied

Response:

Program Director Signature: _____  Date: _____

**NOTE:  If appealing the Program Director's Decision, please attach the Grievance Appeal Form and forward to Grievance Examiner**

Date Received: _____  PROGRAM ADMINISTRATOR'S RESPONSE

Program Administrator Concurs With The Program Director's Decision:  ☐ Yes  ☐ No

Response:

Program Administrator Signature: _____  Date: _____

**Distribution:  Master File; Resident**

IL462-5001 (R-1-13) TDF Resident Grievance
Printed by Authority of the State of Illinois   -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:        000226

Page 2 of 2

State of Illinois
Department of Human Services

# TDF Resident Grievance - Appeal Form

**C-23**

| Name of Resident: | ID #: | Date Submitted: | Unit: | POD: |
|---|---|---|---|---|

| Date Received by Administration: | Grievance #: |
|---|---|

USE BLACK INK ONLY

SUMMARY OF GRIEVANCE APPEAL:

Resident's Signature:

ALL GRIEVANCE APPEALS MUST BE FILED ON THIS OFFICIAL GRIEVANCE APPEAL FORM

Grievance must be filed within 30 days after receipt of the Program Director's response.  Please attach the grievance with the Grievance Examiner's report and the Program Director's decision.  Forward to the Grievance Examiner.

IL462-5006 (R-8-07) TDF Resident Grievance - Appeal Form
Printed by Authority of the State of Illinois   -0- Copies



State of Illinois Department of Human Services
Treatment and Detention Facility

**C-24**

## NOTICE OF APPEARANCE BEFORE THE BEHAVIOR COMMITTEE

**(Potential Major Violation)**

Resident's Name: _____  Resident's DHS# _____

Date, Time and Location of Incident: _____

Potential Rule Violation to be Reviewed by Behavior Committee*: _____

Nature of Incident/Resident Conduct: _____

_____

_____

_____

_____

Witness(es) identified in the Incident Report: _____

This Notice is to inform you that the Behavior Committee will be meeting to review the incident mentioned above.  This meeting is scheduled to occur on _____ or later, at approximately _____ or later.

You will be contacted by Security Staff during this timeframe.  You will be asked if you wish to appear before the Behavior Committee. Your attendance at a Behavior Committee Meeting is optional.  If you do plan to attend, please be prepared when called.  You may present written documentation (i.e., your own account of the incident, witness statements, etc.) and discuss the circumstances surrounding this incident.

**Request witnesses interviews:**  You may identify witnesses to be interviewed by the DHS Security Staff regarding the incident under review.  If you want to do this, you must complete the attached form (IL462-5514) and return it to a **STA II** or **STA IV** within 24 hours of receiving this Notice.  Please indicate the name of the witness, the location of the witness at the time of the incident and what specific information you expect this witness to be able to provide to the Behavior Committee regarding this specific incident.  **Please note:** If you file the written request for witnesses to be interviewed, your appearance before the Behavior Committee may be delayed up to (4) business days.

If the Behavior Committee finds that a resident has violated a rule, the Behavior Committee shall:  determine the appropriate management status, make appropriate treatment recommendations, impose behavioral restrictions, or any combination thereof.

My signature below indicates that I have received notification of my scheduled appearance before the Behavior Committee.


_____          _____
Resident Signature                                                              Date


_____          _____
Staff Signature                                                                   Date


Date Resident Notified: _____          Time Resident Notified: _____

*Additional information may become available during the course of these proceedings that could modify the wording of any specific rule violation.  *Rev. 12/07*

Wyatt v. Miller, et al. (23-4170) Document No.:          000222



State of Illinois Department of Human Services
Treatment and Detention Facility

**C-25**

# NOTICE OF APPEARANCE BEFORE THE BEHAVIOR COMMITTEE

**(Potential Minor Violation)**

Resident's Name: _____    Resident's DHS# _____

Date, Time and Location of Incident: _____

Potential Rule Violation to be Reviewed by Behavior Committee*: _____

Nature of Incident/Resident Conduct: _____

_____

_____

_____

_____

This Notice is to inform you that the Behavior Committee will be meeting to review the incident mentioned above. This meeting is scheduled to occur on _____ or later, at approximately _____ or later.

You will be contacted by Security Staff during this timeframe. You will be asked if you wish to appear before the Behavior Committee. Your attendance at a Behavior Committee Meeting is optional. If you do plan to attend, please be prepared when called. You may present written documentation (i.e., your own account of the incident, witness statements, etc.) and discuss the circumstances surrounding this incident.

If the Behavior Committee finds that a resident has violated a rule, the Behavior Committee shall: determine the appropriate management status, make appropriate treatment recommendations, impose behavioral restrictions, or any combination thereof.

My signature below indicates that I have received notification of my scheduled appearance before the Behavior Committee.


_____    _____
Resident Signature                                                    Date


_____    _____
Staff Signature                                                          Date


Date Resident Notified: _____        Time Resident Notified: _____

*If additional information becomes available during the course of these proceedings that would significantly change a potential finding to a Major Rule Violation, you will be given the opportunity to reappear before the Behavior Committee according to relevant procedures. *Rev. 12/07*

IL462-5513 (N-1-13) Notice of Appearance Before the Behavior Committee (Potential Minor Violation)
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:    000223    Page 1 of 1



State of Illinois
Department of Human Services

**C-26**

## REQUEST FOR WITNESS INTERVIEWS

**Resident Name:** _____    **Date:** _____

**Date of Incident:** _____

| **1. Potential Witness Name:** |
|---|

Witness location at time of incident:

Summary of what you expect the witness to say about the incident:

DHS Staff Summary of witness account:

Signature of Interviewing Staff: _____    Date: _____

| **2. Potential Witness Name:** |
|---|

Witness location at time of incident:

Summary of what you expect the witness to say about the incident:

DHS Staff Summary of witness account:

Signature of Interviewing Staff: _____    Date: _____

| **3. Potential Witness Name:** |
|---|

Witness location at time of incident:

Summary of what you expect the witness to say about the incident:

DHS Staff Summary of witness account:

Signature of Interviewing Staff: _____    Date: _____



State of Illinois
Department of Human Services

**BEHAVIOR COMMITTEE MEETING INITIAL**

**C-27**

---

NAME: _____  DHS#: _____  DATE OF INITIAL MEETING: _____

DATE OF ADMISSION: _____  MANAGEMENT STATUS: _____  PRIMARY THERAPIST: _____

**Date, Time and Location of Event:** _____

**Summary of Event:** _____

_____

_____

Resident Addressed Behavior Committee: ☐ Yes  ☐ No

Resident received/waived 24 hour notification:  ☐ Yes  ☐ No     (If answered "no" explain):

Resident Comments & Demeanor: _____

_____

_____

Witness Appearance/comments: ☐ Yes _____

☐ No - Reason:  ☐ Minor Violation   ☐ Lacks personal knowledge   ☐ Information cumulative or not relevant

☐ None Requested  ☐ Other: _____

Behavior History over the Past Year: _____

Determination of Rule Violation:  ☐ No Violation  ☐ Warning: _____

☐ Minor Violation: _____  ☐ Major Violation: _____

Information Relied on in Reaching Decision:

☐ Incident report(s)

☐ Resident account

☐ Resident account(s)/interview(s)

☐ Review of security video footage

☐ Other: _____

Treatment Recommendation (if none, reason):

_____

_____

Committee Decision:

_____

_____

**COMMITTEE MEMBER:**

**PRINT NAME:**                    **SIGNATURE:**                    **TITLE:**

_____        _____        _____

_____        _____        _____

_____        _____        _____

**DATE OF REVIEW:** _____

cc: Master File, Primary Therapist, Team Leader, Facility Director, Clinical Director, Associate Clinical Director, Security Director, Unit Director, Rehabilitation Director, Resident *REV. 4/5/11*

IL462-5515 (N-1-13) Behavior Committee Meeting Initial
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:     000225  Page 1 of 1



State of Illinois
Department of Human Services

**BEHAVIOR COMMITTEE MEETING REVIEW**

**C-28**

---

**RESIDENT'S NAME:** _____     **DHS#:** _____     **DATE OF REVIEW:** _____

**DATE OF ADMISSION:** _____     **MANAGEMENT STATUS:** _____     **PRIMARY THERAPIST:** _____

**POTENTIAL RULE VIOLATION:** _____

**DATE OF INCIDENT:** _____

**DESCRIPTION OF BEHAVIOR OR OTHER RELEVANT CIRMCUMSTANCES SINCE LAST MEETING:**

_____

_____

_____

_____

Resident Addressed Behavior Committee: ☐ Yes     ☐ No     (If No, Explain): _____

Resident Comments:

_____

_____

_____

_____

Behavior History for the past year:

Treatment Recommendation (if none, explain): _____

_____

_____

_____

Behavior Committee Decision: _____

_____

_____

_____

_____

**COMMITTEE MEMBER:**

**PRINT NAME:**                **SIGNATURE:**                **TITLE:**

_____        _____        _____

_____        _____        _____

_____        _____        _____

**DATE OF NEXT REVIEW:** _____

cc: Master File, Primary Therapist, Team Leader, Facility Director, Clinical Director, Associate Clinical Director, Security Director, Unit Director, Resident, AOD, Secure
   Management Logs  *REV. 12/19/07*

---

IL462-5516 (N-1-13) Behavior Committee Meeting Review
Printed by Authority of the State of Illinois  -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:     000226

Page 1 of 1

State of Illinois Department of Human Services
Treatment and Detention Facility

**C-29**

# SUMMARY RESTRICTION FORM

_____
**Date**

_____
**Resident Name (First and Last)**

_____
**Staff Completing Form (Name and Title)**

**Description of Behavior:**

_____

_____

_____

**Date of Final Warning:** _____

**Summary Restriction (Describe):** _____

**Restriction Approved By:** _____

**Summary Restriction Starts (Date):** _____

**Summary Restriction Ends (Date):** _____

(To be completed by person serving the Summary Restriction Form)

My signature indicates that I am aware of, have discussed, understand and accept the Summary Restriction described above.

_____      _____
**Signature of the Resident**                                    **Date**

_____      _____
**Signature of STA serving notice of Summary Restriction**          **Date**

_____      _____
**Signature of STA returning notice of Summary Restriction**        **Date**

_____      _____
**Signature of Resident Receiving**                              **Date**

Form Distribution:
_Original to Health Information Services_
_Photocopy to Resident_
_Photocopy to Clinical Director_

IL462-5617 (R-1-13) Summary Restriction Form
Printed by Authority of the State of Illinois  -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:          000227

State of Illinois
Department of Human Services Rushville TDF

**PERSONAL PROPERTY RECEIPT**

**C-30**

Resident Name: _____    DHS #: _____

Date: _____

Property received from storage upon release from (Circle One):

Temp/Special        Incoming        Infirmary        Other: _____

Staff Signature: _____    Date: _____

I have received all personal property that had been placed in storage and have checked the contents to ensure all personal property is present.

Date: _____    Resident Signature: _____

Date: _____    Witness Signature: _____

Date: _____    Witness Signature: _____

IL462-5228 (N-6-10) Personal Property Receipt
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:    000228    Page 1 of 1



State of Illinois
Department of Human Services - Treatment and Detention Facility

# ORDER APPROVAL

**C-31**

One form must be completed for each vendor from which items are being requested.

Resident Name: _____    DHS Number: _____    Date: _____

Housing Unit: _____    Room Number: _____    Responsible Living Status: _____

Name of Vendor: _____

Vendor Address (if applicable): _____

Enter description for each item being requested.  Include model name, model number, item description, and item order number, as appropriate.  Enter only one item per line.

Item 1. _____

Item 2. _____

Item 3. _____

Item 4. _____

Remainder of form for administrative use only.

○ Approved        ○ Denied
Comments:

Security Therapy Aide II Signature: _____    Date _____

Security Therapy Aide IV Signature: _____    Date _____

If order approved, the following signatures required to verify dispensation of items by Storekeeper and receipt by Resident.

Resident Signature: _____    Date _____

Storekeeper Signature: _____    Date _____

Distribution:    Mailroom - Original
Resident - Two Copies

IL 462-5604 (R-06-07) Order Approval
Printed by Authority of the State of Illinois  -0- Copies

Wyatt v. Miller, et al. (23-4170) Document No.:    000229 Page 1 of 1

State of Illinois Department of Human Services
Treatment and Detention Facility

## Clothing Request/Exchange

**C-32**

Resident Name _____     Unit _____     Date: _____

| | Clothing Item Requested/To Exchange | Amount | Size |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Resident Signature: _____

## STAFF RESPONSE

Date Request Received: _____

☐ Approved     ☐ Denied

Comments:

_____

_____

_____     _____

Staff Signature Verifying Receipt of Requested Items     Date Issued

_____     _____

Resident Signature Verifying Receipt of Requested Items     Date

State of Illinois Department of Human Services
Treatment and Detention Facility

# NEW RESIDENT SUPPLY LIST

**C-33**

Resident Name (Print) _____

☐ 1 Personal Hygiene Starter Kit includes: Toothpaste: Toothbrush; Bar Soap; Comb; Deodorant; Shampoo; Drinking Cup; Eating Utensil; Toilet Paper; (5) #10 Envelopes; Big Envelope; Small Envelope; Pen; Paper.

☐ 1 Towel                    ☐ 1 Wash Cloth                    ☐ 2 Flat Sheets

☐ 1 Pillow Case              ☐ 1 Pillow                        ☐ 1 Blanket

☐ 2 Laundry Bags             ☐ 1 Winter Stocking Cap

☐ 1 Large Property Tub       ☐ 1 Small Property Tub

Indicate Sizes needed below:

_____ 3 T-Shirts (white)        _____ 3 T-Shirts (color)        _____ 3 Pair Pants

_____ 1 Belt                    _____ 3 Pair Socks             _____ 5 Pair Underwear

_____ 1 Pair Sweat Pants        _____ 1 Sweatshirt            _____ 1 Pair Gym Shorts

_____ 1 Coat                    _____ 1 Pair Shower Shoes

_____ 1 Pair Shoes (Athletic/Boot)     _____ 1 Pair Gloves (Task Specific)

Signature Below Indicates above items were received:

_____        _____
Resident Signature                                  Date

_____        _____
Staff Signature                                     Date



State of Illinois
Department of Human Services

# TREATMENT AND DETENTION FACILITY
# NOTICE OF PRIVACY PRACTICES

**C-34**

---

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE READ IT CAREFULLY.**

**THIS NOTICE GIVES YOU INFORMATION REQUIRED BY LAW** about the duties and privacy practices of the Illinois Department of Human Services (IDHS) to protect the privacy of your personal health information. IDHS provides you with mental or physical health, dental or pharmaceutical services. IDHS receives and maintains your personal health information in the course of providing these health services to you. IDHS may contract with companies or individuals to help provide these services to you. These contractors may receive and maintain your personal health information.

**THE EFFECTIVE DATE OF THIS NOTICE IS APRIL 14, 2003.** IDHS is required to follow the terms of this Notice until the Notice is replaced. IDHS reserves the right to change the terms of this Notice at any time. If IDHS makes changes to this Notice, IDHS will revise it and send a new Notice to all of its customers enrolled at that time. The most current Notice is posted on IDHS' website: www.dhs.state.il.us. IDHS reserves the right to make the new changes apply to all your personal health information maintained by IDHS after the date of the new Notice.

**Purposes for which IDHS may use or disclose your personal health information without your authorization.**

- **Health Care Providers' Treatment Purposes.** For example, IDHS may disclose your personal health information to your doctor, at the doctor's request, for treatment by your doctor.
- **Payment.** For example, IDHS may use or disclose your personal health information to provide eligibility information to your doctor when you receive treatment, to pay for claims for covered health care services, or to recover costs from other medical insurance or probate estates.
- **Health Care Operations.** For example, IDHS or its contractors may use or disclose your personal health information (1) to conduct quality assessment and improvement activities; (2) to review applications for services; (3) to engage in care coordination or case management ; (4) to manage, plan, or develop IDHS' services and budget; (5) to coordinate services with another public benefit program; or (6) to cooperate with state and federal auditors.
- **Health Services.** IDHS or its contractors may contact you to give you information about treatment alternatives or other health-related benefits and services that may be of interest to you.
- **As required by law.** For example, IDHS is required by law to allow the United States Department of Health and Human Services to audit IDHS records. IDHS may disclose your personal health information necessary to comply with workers' compensation or other laws. IDHS may also be required to disclose personal health information about abuse, neglect, or domestic violence to governmental or social services agencies.
- **For other reasons:**
  - To comply with legal proceedings, such as a court or administrative order or subpoena;
  - To law enforcement officials or to correctional institutions for limited law enforcement and health and safety purposes;
  - With your written authorization, to a family member, friend or other person, to help you with your health care or payment with your health care;
  - To your personal representative appointed by you or designated by law;
  - For research purposes in limited circumstances and where the information will be protected by the researchers;
  - To a coroner, medical examiner, or funeral director to identify a deceased person or to arrange payment benefits;
  - To an organ procurement organization in limited circumstances;
  - To avert a serious threat to your health or safety or the health or safety of others;
  - To a governmental agency authorized to oversee governmental health care programs;
  - To federal officials for lawful national security purposes;
  - To federal officials for lawful national security purposes;
  - To public health authorities for public health purposes;
  - To appropriate military authorities, if you are a member of the armed services.

---



State of Illinois
Department of Human Services

# TREATMENT AND DETENTION FACILITY
# NOTICE OF PRIVACY PRACTICES

**C-34**

---

**Uses and disclosures with your permission.** IDHS will not use or disclose your personal health information for any other purposes unless you give IDHS your written authorization to do so. In most cases, you may revoke your written authorization at any time, unless IDHS has relied upon your authorization for a continuing disclosure, for example, for a research study. Your revocation will be effective from the date IDHS receives the revocation forward, for all your personal health information that IDHS maintains. Authorization and Revocation forms are available on IDHS' website and at the Illinois Department of Human Services facilities or offices.

**Your rights.** You may make a written request to IDHS to do one or more of the following concerning your personal health information that IDHS maintains:

- To put additional restrictions on IDHS' use and disclosure of your personal health information. IDHS does not have to agree to your request.
- To have IDHS communicate with you in confidence about your personal health information by a different means or at a different location than IDHS is currently doing. Your request must be in writing specifying the alternative means or location to communicate with you.
- To see and get copies of your personal health information. You may be charged a fee for the copies.
- To correct your personal health information. In some cases, IDHS does not have to agree to your request.
- To receive a list of disclosures of your personal health information that IDHS and its contractors made for certain purposes for the last 6 years, but not for disclosures made before April 14, 2003.
- To have IDHS send you another copy of this Notice.

If you want to exercise any of these rights described in this Notice, please contact the IDHS Privacy Officer at the address below. IDHS will give you the necessary information and forms for you to complete and return to IDHS.

**Complaints.**
If you believe your privacy rights have been violated by IDHS, you have the right to complain to IDHS or to the Secretary of the U.S. Health and Human Services. You may file a complaint with IDHS at the address where you receive services. IDHS will not retaliate against you if you choose to file a complaint with either IDHS or with the U.S. Department of Human Services.

**Privacy Officer.**
To request additional copies of this Notice or to receive more information about IDHS' privacy practices, your rights or to file a complaint, please contact the Privacy Officer at the following address

Department of Health and Human Services
233 N. Michigan Avenue, Suite 240
Chicago, IL 60601
312-886-2359
312-353-5693 (TDD)
312-886-1897 (Fax)

Privacy Officer - Lynne Shelton, RHIT
Illinois Department of Human Services
RR 1 Box 6A
Rushville, IL 62681
217-322-3204 x 5019
217-322-2122 (fax)

---

IL 462-9103 (R-01-13) Treatment and Detention Facility Notice of Privacy Practices
Printed by Authority of the State of Illinois -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:    000233    Page 2 of 2

C-35

# ILLINOIS VOTER REGISTRATION APPLICATION

Suggested, August 2008

SBE R-19

## FOR ILLINOIS RESIDENTS ONLY

### TO VOTE YOU MUST:

- Be a United States citizen
- Be at least 18 years old
- Live in your election precinct at least 30 days
- Not be convicted and in jail
- Not claim the right to vote anywhere else

### TO VOTE IN THE NEXT ELECTION:

- **Mail or deliver this application to your County Clerk or Board of Election Comissioners** no later than 28  days before the next election.  **(click  here for County Clerk/Election Board listings) or go to www.elections.il.gov**

### IMPORTANT INFORMATION:

- If you do  not have a driver's license, State Identification Card or social security number,  and this form is submitted by mail, and you have never registered to vote in the jurisdiction you are now registering in, then  you must send,  with this application, either (i) a copy of a current and valid photo identification, or (ii) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.  If you do not provide the information required above, then you will be required to provide election officials with either (i) or (ii) described above the first time you vote at a voting place or by absentee ballot.
- If you change your name you must re-register.
- If you register at a public service agency, any information regarding the agency that assisted  you will remain confidential as will any decision not to register.
- If  you  do not receive a Notice within 2 weeks of mailing or delivering this application, call your County Clerk or Board of Election Commissioners.

### TO COMPLETE THIS FORM:

- Box 1-If you do not have a middle name, leave blank.
- Box 3-If mailing address is same as Box 2, write "same".
- Box 4-If you have never registered before, leave blank.  If you do not remember your former address; provide as much information as possible.
- Box 5-If you have not changed your name, leave blank.
- Box 9-If you have an Illinois Driver's License or Secretary of State ID, check the first box and fill in the number.  If you do not have a Driver's License or SOS ID, check the second box and fill in the last four digits of your Social Securi ty Number. If you do not hav e a SSN, check the third box and send a copy  of the appropriate document (as described in the "Important Information" section) along with this form.
- 10-Read, date and personally sign your name or make your mark in the box.

### IF YOU HAVE NO STREET ADDRESS,

below describe your home: list the name of subdivision; cross streets; roads; landmarks; mileage and/or neighbors' names.



If you have questions about completing this form, please call the State Board of Elections at (217)782-4141 or (312)814-6440 (or webmaster@elections.il.gov).

---

### TYPE OR PRINT CLEARLY IN BLACK OR BLUE INK

| Are you a citizen of the United States of America?  (check one) **yes** ☐ **no** ☐ | Office Use |
|---|---|
| Will you be 18 years of age on or before election day?  (check one) **yes** ☐ **no** ☐ | |

If you checked "no" in response to either of these questions, then do not complete this form.

**You can use this form to: (Check One)**  ☐ apply to register to vote in  Illinois  ☐ change your address  ☐ change your name

| 1. | Last Name | First Name | Middle Name or Initial | Suffix (Circle One) Jr. Sr. II III IV |
|---|---|---|---|---|
| | | | | |

| 2. Address where you live (House No., Street Name, Apt. No.) | City/Village/Town | Zip Code | County | Township |
|---|---|---|---|---|
| Treatment & Detention Facility, 1680 E County Farm Rd | Rushville | 62681 | Schuyler | Buenavista |

| 3. Mailing address (P.O. Box) | City/Village/Town, State | Zip Code |
|---|---|---|
| | | |

| 4. Former Registration Address: (include City and State and Zip Code) | Former County | 5. Former Name: (if changed) |
|---|---|---|
| | | |

| 6. Date of Birth: MM/DD/YY | 8. Home    telephone number including area code (optional) | 9. ID number – check the applicable box and provide the appropriate number |
|---|---|---|
| | | ☐ IL Driver's License or, Sec. of State ID or |
| 7. Sex (circle one)     M       F | (        )        - | ☐ Last 4 digits of Social Security Number |
| | | ☐ I have none of the above-listed identification numbers. _____ |

| 10. Voter Affidavit – Read all statements and sign within the box to the right. | This is my signature or mark in the space below. |
|---|---|
| **I swear or affirm that**<br>• I am a citizen of the United States;<br>• I will be at least 18 years old on or before the next election;<br>• I will have lived in the State of Illinois and in my election precinct at least 30 days as of the date of the next election;<br><br>• The information I have provided is true to the best of my knowledge under penalty of perjury.  If you have provided false information, then I may be fined, imprisoned, or if I am not a U.S. citizen, deported from or refused entry into the United States. | |

Today's Date: _____/_____/_____

| 11. If you cannot sign your name, ask the person who helped you fill in this form to print their name, address and telephone number. |
|---|
| Name of person assisting.                     Full Address                              Telephone No. |

Back of SBE No. R-19

YOUR ADDRESS

_____

_____

_____

PUT
FIRST
CLASS
STAMP
HERE
_____

_____

MAIL TO:

_____

## CHANGE OF ADDRESS

| PCT | WARD | CODE | ADDRESS | CITY | ZIP | COUNTY | DATE | CLERK |
|-----|------|------|---------|------|-----|--------|------|-------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## SUSPENSION, CANCELLATION AND REINSTATEMENT

| DATE | EXPLAIN | CLERK | DATE | EXPLAIN | CLERK |
|------|---------|-------|------|---------|-------|
| | | | | | |
| | | | | | |
| | | | | | |

| To Election Judges | Voting Record | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Primary, mark | Primary | | | | | | | | | | | | | | | | | | | | |
| D for Democrat | General | | | | | | | | | | | | | | | | | | | | |
| R for Republican | NonPartisan | | | | | | | | | | | | | | | | | | | | |
| for all other elections mark V | Special | | | | | | | | | | | | | | | | | | | | |

Wyatt v. Miller, et al. (23-4170) Document No.:     000235



State of Illinois
Department Human Services - Treatment and Detention Facility

**C-36**

# Life Reward Form

Name: _____  DHS Number: _____  Unit: _____

Date: _____  Order Approved: _____

| Quantity | Items | Points |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total: _____

Resident Signature: _____

By signing this form you are indicating that you have received the above products and that you are authorizing the Rehabilitation Department to deduct the total points for these products from your Life Rewards Balance.

IL462-5801 (R-8-07) Life Reward Form
Printed by Authority of the State of Illinois  -0- Copies
Wyatt v. Miller, et al. (23-4170) Document No.:    000236    Page 1 of 1

State of Illinois
Department of Human Services - Rushville Treatment and Detention Facility

**C-37**

## Life Reward Point Resolution

Name: _____    Date: _____

Unit: _____    POD: _____    Room Number: _____    Status: _____

Task Assignment: _____

Brief description of discrepancy with points:

Resident Signature: _____

**Return completed form to Rehabilitation Department
for Evaluation within 14 days of Discrepancy**

| *REHABILITATION DEPARTMENT USE ONLY* |
|---|

## Resolution Response:

**Authorizing Signature:** _____    **Date:** _____

IL462-5610 (N-9-07) Life Reward Point Resolution
Printed by Authority of the State of Illinois    -0- Copies



# State of Illinois
# Department of Human Services

IL 462-5619 (R-03-13) Resident Handbook January 2013 Printed by the Authority of the State of Illinois PO #13-0690 2,000 copies

Wyatt v. Miller, et al. (23-4170) Document No.:    000238