Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **WILLIE WYATT, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )     Case Number: 23-4170 |
| | ) |
| **SARAH MILLER, ILLINOIS DEPARTMENT OF HUMAN SERVICES, RUSHVILLE TREATMENT AND DETENTION FACILITY, RUSHVILLE CITY POST OFFICE, S. DEMAREE, and . HOLLER,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Willie Wyatt, Jr.'s action against Defendant Sarah Miller is dismissed; Defendants Illinois Department of Human Services, Rushville Treatment and Detention Facility, Rushville City Post Office, S. Demaree, and Holler were dismissed 10/30/2023. Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated: 6/13/2025**

                                                   s/ Shig Yasunaga
                                                   Shig Yasunaga
                                                   Clerk, U.S. District Court